# United States Bankruptcy Court
# Central District of California

| | |
|---|---|
| In re:<br>Global Premier Regency Palms Oxnard, LP | CHAPTER NO.: 11 |
| | CASE NO.: 8:25−bk−10614−SC |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**
**A.** You must cure the following within 14 days from filing of your petition:

☑ Corporate Ownership Statement as specified by LBR 1007−4
☑ Statement of Related Cases (LBR Form 1015−2) [Information required by LBR 1015−2]
☑ Disclosure of Compensation of Attorney for Debtor (Official Form 2030). [11 U.S.C. § 329; FRBP 2016(b)]

☐ Other *(Specify):*

**B.** If you are a Small Business Debtor under a Subchapter V in a Chapter 11 case, within 7 days after the date of the filing of the petition, you must file the most recent:

1. Balance sheet
2. Statement of operations
3. Cash−flow statement
4. Federal tax return

OR

5. Statement made under penalty of perjury that no balance sheet, statement of operations, or cash−flow statement has been prepared and no Federal tax return has been filed. [11 U.S.C.§1116]

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2.5(a)(2).

Chapter 11 Original and 2 Copies. 1 copy marked as "Judge's Copy."

**Please return the original or copy of this form with all required items to the following location:**

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460−9641.

Dated: March 11, 2025

For the Court
**Kathleen J. Campbell**
Clerk of Court