|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | FOR COURT USE ONLY<br><br>**ENTERED**<br>MAR 13 2025<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk<br><br>**FILED**<br>MAR 13 2025<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
| In re: Global Premier Regency Palms Oxnard, LP | CASE NO.: 8:25-bk-10614-SC<br>CHAPTER: 11<br><br>**ORDER REASSIGNING BANKRUPTCY CASE TO JUDGE (by mutual consent)**<br><br>☐ WITHIN DIVISION TRANSFER<br>☒ WITHIN DISTRICT TRANSFER |
| Debtor(s). | |

It appearing that the above-captioned case is properly transferable in accordance with the provisions of General Order 11-01,

IT IS HEREBY ORDERED that the above-captioned bankruptcy case be reassigned to Bankruptcy Judge Ronald A. Clifford III _____ [name to be inserted by the judge] for all further proceedings.

☐ **Within Division Transfer**

The bankruptcy case number will remain the same. However, the judge's initials must be changed to _____ [initials to be inserted by the judge] on all documents filed with the court.

☐ All adversary proceeding(s) to be transferred

☐ Do not transfer adversary proceeding(s)

☐ Other: _____

☒ **Within District Transfer**

The new bankruptcy case number is _____ [will be issued by the Clerk's Office after the order is signed].

---

July 2013 | Order Reassigning Bankruptcy Case to Judge by Mutual Consent | **F 5004-3**

☐ All adversary proceeding(s) to be transferred and new adversary proceeding case numbers will be issued by the Clerk's Office.

☐ Do not transfer adversary proceeding(s)

☐ Other: _____

Date: 3/13/25

*Scott C. Clarkson*
UNITED STATES BANKRUPTCY JUDGE

The undersigned Bankruptcy Judge hereby consents to the transfer of the above-captioned bankruptcy case to him/her.

Date: March 13, 2025

UNITED STATES BANKRUPTCY JUDGE