GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@wghlawyers.com
**WINTHROP GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel for
Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>GLOBAL PREMIER REGENCY PALMS OXNARD, LP, a California limited partnership,<br><br>            Debtor and<br>            Debtor-in-Possession. | Case No. 9:25-bk-10329-RC<br><br>Chapter 11 Proceeding<br><br>**NOTICE TO CREDITORS OF APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORITY TO EMPLOY WINTHROP GOLUBOW HOLLANDER, LLP AS ITS GENERAL INSOLVENCY COUNSEL**<br><br>[No Hearing Requested] |

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES-IN-INTEREST:**

**NOTICE IS HEREBY GIVEN** that Global Premier Regency Palms Oxnard, LP, a California limited partnership, the debtor and debtor-in-possession in the above-captioned Chapter 11 proceeding (the "Debtor") has filed its application for an order authorizing it to employ Winthrop Golubow Hollander, LLP (the "Firm"), effective as of March 11, 2025, as its general insolvency counsel ("Application").

In support of its Application, the Debtor respectfully represents as follows:

1. The Debtor owns and since January 2021, through its wholly owned subsidiary Global Regency Oxnard Senior Care Services, LLC dba Regency Palms Senior Living ("Regency Palms"), operates an assisted living facility at 1020 Bismark Way, Oxnard, California. Regency Senior Living provides housing and a full spectrum of care and services to fragile seniors in need of a moderate level of medical assistance, including specialized memory care for seniors who suffer from Alzheimer's Disease and other forms of dementia. Regency Palms employs approximately 60 employees.

2. The Debtor requires the services of the Firm to render to the Debtor the following types of professional services:

    a)    To advise and assist the Debtor with respect to compliance with the requirements of the Office of the United States Trustee ("U.S. Trustee");

    b)    To advise the Debtor regarding matters of bankruptcy law, including the rights and remedies of the Debtor in regard to its assets and to the claims of its creditors;

    c)    To represent the Debtor in any proceedings or hearings in this Court and in any proceedings in any other court where the Debtor's rights under the Bankruptcy Code may be litigated or affected;

    d)    To conduct examinations of witnesses, claimants, or adverse parties and to prepare, and to assist the Debtor in the preparation of reports, accounts, and pleadings related to the Debtor's case;

    e)    To advise the Debtor concerning the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules;

    f)    To file any motions, applications or other pleadings appropriate to effectuate the Debtor's reorganization;

    g)    To review claims filed in the Debtor's case, and, if appropriate, to prepare and file objections to disputed claims;

277580

    h)    To assist the Debtor in the negotiation, formulation, confirmation, and implementation of its Chapter 11 plan;

    i)    To take such other action and perform such other services as the Debtor may require of the Firm in connection with its case; and

    j)    To address any other bankruptcy-related issues that may arise in the Debtor's case.

3. The Firm has received a retainer of $40,000 (the "Retainer"), and in accordance with the guidelines set forth by the Office of the United States Trustee, any retainer existing as of the petition date from the retainer paid by the Debtor to the Firm for pre-petition legal consultation will be held in trust by the Firm and will be disbursed by the Firm only pursuant to the provisions of this Application.

4. The Firm intends to apply to this Court for compensation in conformity with the requirements of Bankruptcy Code Sections 330 and 331.

5. The Firm has conducted a conflicts check on the Debtor and the Debtor's creditors. The Firm does not, insofar as the Firm has been able to ascertain: (i) hold or represent any interest adverse to the Debtor or this Chapter 11 case that would impair the Firm's ability to perform objectively professional services for the Debtor; or (ii) have any connection with creditors and other parties-in-interest relating to the Debtor or this Chapter 11 case.

6. To the best of the Firm's knowledge, neither the Firm nor any of its professionals: (i) is a creditor, an equity security holder, or an insider of the Debtor as of the petition date; (ii) is or was, within two years before the petition date, a director, officer or employee of the Debtor; or (iii) has an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in the Debtor or for any other reason.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order:

1. Authorizing the Debtor, based upon the foregoing and pursuant to Sections 327(a) of the Bankruptcy Code and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, to employ the Firm as its general insolvency counsel, effective as of March 11, 2025, with compensation of the Firm to be in accordance with the terms set forth in the Application;

2. Authorizing the Debtor to pay to the Firm 80% of its accruing fees and 100% of its accruing costs, on a monthly basis, to the extent funds exist to pay such compensation, pursuant to the terms, conditions and procedures set forth in the Application; and

3. Granting to the Firm such other and further relief as the Court deems just and appropriate.

For further information, the Application is on file with the Clerk of the Court and may be viewed at the Court, located at 1415 State Street, Santa Barbara, CA 93101, Monday through Friday between 9:00 a.m. and 4:00 p.m. A copy of the Application may be obtained by making a written request therefore, addressed to Winthrop Golubow Hollander, LLP, Attn: Jeannie Martinez, 1301 Dove Street, Suite 500, Newport Beach, CA 92660 (email: jmartinez@wghlawyers.com).

**IF YOU DO NOT OPPOSE THE RELIEF REQUESTED BY THE APPLICATION, YOU NEED TAKE NO FURTHER ACTION. HOWEVER, IF YOU OBJECT TO THE RELIEF REQUESTED BY THE APPLICATION, PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1, OBJECTIONS MUST BE FILED WITH THE COURT WITHIN FOURTEEN (14) DAYS OF THE DATE OF SERVICE OF THIS NOTICE, PLUS THREE ADDITIONAL DAYS AS SERVICE IS BEING MADE BY MAIL. YOU MUST FILE YOUR OBJECTION AND REQUEST FOR A HEARING WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, LOCATED AT 1415 STATE STREET, SANTA BARBARA, CA 93101. YOU MUST SERVE A COPY OF YOUR OBJECTION TO THE APPLICATION, AND REQUEST FOR A HEARING, UPON THE DEBTOR'S COUNSEL AT THE MAILING ADDRESS INDICATED IN THE UPPER LEFT CORNER OF THIS NOTICE, AND UPON THE OFFICE OF THE UNITED STATES TRUSTEE LOCATED AT 915 WILSHIRE BOULEVARD, SUITE 1850, LOS ANGELES, CA 90017. UPON ANY RECEIPT OF A WRITTEN OBJECTION AND REQUEST FOR A HEARING, THE DEBTOR'S GENERAL INSOLVENCY COUNSEL WILL OBTAIN A HEARING DATE ON THE APPLICATION AND GIVE APPROPRIATE NOTICE THEREOF. ANY FAILURE TO TIMELY FILE AND SERVE AN OBJECTION TO THE APPLICATION MAY RESULT IN ANY SUCH OBJECTION BEING WAIVED.**

DATED: April 9, 2025                         **WINTHROP GOLUBOW HOLLANDER, LLP**

                                                  By:*/s/ Garrick A. Hollander*
                                                      Garrick A. Hollander
                                                      John D. Giampolo
                                          [Proposed] General Insolvency Counsel for
                                          Global Premier Regency Palms Oxnard, LP,
                                          Debtor and Debtor-in-Possession

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1301 Dove Street, Suite 500, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **NOTICE TO CREDITORS OF APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORITY TO EMPLOY WINTHROP GOLUBOW HOLLANDER, LLP AS ITS GENERAL INSOLVENCY COUNSEL** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 10, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Brian David Fittipaldi - brian.fittipaldi@usdoj.gov
- Garrick A Hollander - ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
- Jeremy H Rothstein - jrothstein@gblawllp.com, msingleman@gblawllp.com; mbowes@gblawllp.com
- United States Trustee (ND) - ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **April 10, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

☐ Service information continued on attached page

**3. SERVED BY EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April___, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 10, 2025 | Silvia Villegas | /s/ Silvia Villegas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

United States Trustee (LA)
915 Wilshire Blvd., #1850
Los AngelesCA90017

Andrew Hanna
Global Premier Development, Inc.
2010 Main Street, Suite 300
Irvine, CA 92614

Christine Hanna
326 Quail Ridge
Irvine CA 92603

Global Premier Regency Palms Oxnard LP
Christine Hanna
2020 Main St. Suite 300
Irvine, CA 92614

**20 LARGEST**
County of Ventura
Treasurer Tax Collector
800 S. Victoria Ave
Ventura, CA 93009

**20 LARGEST**
Door Systems
Attn: Mario Martinez
1150 La Brisas Place
Placentia, CA 92870-6643

**20 LARGEST**
Franchise Tax Board
PO Box 942857
Sacramento CA 94257-0531

**20 LARGEST**
Gary White
4206 Great Plains Dr NE
Salem OR 97305

**20 LARGEST**
Global Bancorp
Attn: Nina Hanna
8 Hilltop
Irvine CA 92603

**20 LARGEST**
Global Realty and Investment Corp.
Attn: Nina Hanna
8 Hilltop
Irvine, CA 92603

**20 LARGEST**
JTC USA Holdings
Attn: Dawn Shuster
75 State Street Suite 2801
Boston MA 02109

**20 LARGEST**
Magdy Hanna
2200 Park Newport, #401
Newport Beach, CA 92660

**20 LARGEST**
Vortex Industries, Inc.
Attn: Corporate Officer
320 Irving Dr.
Oxnard, CA 93030

**20 LARGEST**
Studio Six5, Inc.
Attn: Corporate Officer
811 Barton Springs Rd Ste 800
Austin, TX 78704

**SECURED**
JKO Group LLC
Attn: Jeremy Rothstein
G&B Law16000 Ventura Blvd
Suite 1000
Encino, CA 91436-2730

**SECURED**
WO Pace Funding, LLC
Attn: California Statewide Comm.
Development Authority
1700 North Broadway, Suite 405
Walnut Creek, CA 94596

**SECURED**
WO PACE Funding, LLC  Series 2023
c/o White Oak Global Advisors, LLC
Attn: Corporate Officer
3 Embarcadero Center, Floor 5
San Francisco, CA 94111

**SECURED**
White Oak Global Advisors, LLC
Attn: Corporate Officer
3 Embarcadero Center, Suite 550
San Francisco, CA 94111

**SECURED**
Jones Hall, A Professional Law Corp
Attn: Corp Officer
475 Sansome Street, Suite 1700
San Francisco, CA 94111

California Dept of Tax and Fee Adm
Collection Support Bureau Bk Team
Mic: 74PO Box 942879
Sacramento, CA 94279-0001

California Dept. of Tax
and Fee Adm
Account Info Grp, MIC: 29
PO Box 942879
Sacramento, CA 94279

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Global Premier Development, Inc
Attn: Andrew Hanna
2020 Main Street, Suite 300
Irvine, CA 92614

Global Premier Regency Palms Oxnard, LP
Attn: Christine Hanna
2020 Main Street Suite 300
Irvine CA 92614

Global Premier America LLC
c/o Christine Hanna (Reg Agent)
2020 Main Street Suite 300
Irvine, CA 92614

4

| | | |
|---|---|---|
| Global Regency Oxnard<br>Senior Care Services, LLC<br>2020 Main St. Suite 300<br>Irvine, CA 92614 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA9101-7346 | Los Angeles County Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054-0110 |
| National Affordable<br>Communities, Inc<br>Attn: Christine Hanna<br>2020 Main Street, Suite 300<br>Irvine, CA 92614 | State of California<br>Employment Development Dpt<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 | U.S. Securities and Exchange Commis<br>Attn:  Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA 90071-9591 |