**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Attorneys for Skolem Group LLC,
Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re:

Skolem Group LLC

Debtor-in-Possession.

Case No.: 8:26-bk-11915-SC

Chapter 11

**NOTICE OF MOTION PURSUANT TO 11 U.S.C. § 363(b) TO ENTER INTO PROPERTY MANAGEMENT AGREEMENT WITH R & K INTERESTS, INC. DBA INVESTORS' PROPERTY SERVICES AS PROPERTY MANAGEMENT COMPANY EFFECTIVE JUNE 19, 2026, AND OPPORTUNITY TO OBJECT AND REQUEST A HEARING**

[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)]

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Skolem Group LLC, the debtor and debtor-in-possession (the "**Debtor**"), has filed a motion (the “**Motion**”) with the Court seeking approval to employ R & K Interests, Inc. dba Investors’ Property Services ("**IPS**") as its property management company in the above-captioned bankruptcy case pursuant to 11 U.S.C. § 363(b), effective as of July 16, 2026. A summary of the relief sought is as follows:

**BACKGROUND**

On June 22, 2026 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned case. The Debtor is operating as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in this case and no official committees have been appointed or designated.

This is a single asset real estate case involving a neighborhood shopping center commonly known as Montclair Town Center, located at 9710-9886 Central Ave Montclair, California (the "**Property**"). The Property consists of five buildings totaling 97,949 square feet. The Property was appraised in as-is condition in January 2026 at $32,200,000. As of the date of that value, the Property was 55.5% leased by thirteen (13) tenants. It is encumbered by a lien in favor of a secured lender, ECRE2 SBC REO 2045055 LLC (the "**Lender**") that is owed approximately $13 million.

Postpetition and because of concerns about former management, Howard Grobstein was appointed as the manager of the Debtor and pursuant to the terms of the written consent appointing him, he can only be removed by Court order or of the case is closed or dismissed. The Debtor intends to sell the Property. In order to fully sever ties with former management, because of concerns about how the Property has been maintained under former management and the former property manager, and to provide assurances to the Debtor’s secured creditor and other parties that the Property is being properly managed, the Debtor has terminated the services of Vierergruppe Management and retained IPS as the new property manager effective July 16, 2026. Tenants have been notified of the change. IPS is a well-qualified property manager with a significant amount of experience in distressed situations and with retail centers.

**PROPOSED EMPLOYMENT**

As set forth in the Property Management Agreement with IPS that is attached to the Motion as **Exhibit 2,** IPS will provide the following services:

**1. Property Management Services.**

a. As appropriate, to work with the Debtor to improve income and operations including a Competitive Market Analysis, Property Position Analysis, and rehab and capital recommendations.

b. Negotiate all vendor contracts as needed.

c. Establish a maintenance work order and documentation system.

d. Prepare and distribute general correspondence.

e. Supervise and regularly inspect all ongoing on-site building operations.

f. Obtain required licenses.

g. Review site level safety and security programs.

h. Obtain any needed on-line processing accounts.

i. Comply with local, state and federal laws and regulations.

j. Provide 24-hour 365 days per year emergency phone contact.

k. Collect and bank revenues and voucher and disburse all vendor invoices.

l. Document operations in a detailed monthly narrative of property operations along with financial report and provide to owner and related parties.

m. Provide weekly key issue status updates to manager/owner as/if requested.

**2. Financial Documentation and Services.**

a. On a monthly basis, IPS will provide the owner with a financial statement that details the month and year to date activity in the areas of collections, disbursements, delinquencies, and receivables/payables account status. The financial package includes:

- Income & Expense Statement
- Balance Sheet
- Budget Comparison Variance Report
- General Ledger and Supporting Journals
- Check Disbursements Record
- Monthly Accounts Receivable Analysis
- Aged Delinquency Analysis
- Bank Account Reconciliation
- Bank Statement(s)

b. Implement an expense documentation policy. Paid expenses will be detailed on the expense and check registers as part of the financial statement report completed each month.

**3. Due Diligence and Sale Preparation.**

a. Assist in the compilation of a due diligence package for brokers including copies of contracts, licenses, tax bills, historical operating data, inventory, leases, and other pertinent materials for sale.

b. Engage or coordinate as needed with brokers and potential purchasers.

c. Engage or coordinate as needed with environmental assessment firms.

d. Engage or coordinate as needed with tax appeal firms.

**4. Client Relations.**

a. Provide takeover reports.

b. Provide weekly update reports.

c. Provide monthly operating reports.

d. Provide rapid responses to questions or requests from asset manager.

e. Establish and complete an effective system of communication between site level information and asset manager and ultimate disposition personnel.

The Debtor does not anticipate IPS providing any services regarding extensions to leases or negotiations with new tenants because the Debtor is retaining a separate leasing broker to provide those services.

**PROPOSED COMPENSATION**

As set forth in the Property Management Agreement attached to the Motion as **Exhibit 2,** IPS will receive the following compensation, subject to the consent of the secured creditors or the authorization of the Court for the Debtor to use cash collateral:

| Fee Type | Fee Amount/Percentage |
|---|---|
| Management Fee | The property management fee is 3.0% of the gross income from operations or $4,000 a month, whichever is greater, except for the first 90 days, when the monthly minimum will be $5,000 a month. |
| One Time Set-Up Fee | $3,000 |
| IPS Roving Maintenance Personnel | $75/hour |
| Bookkeeping Services | Included |
| Copying & Postage | Included |
| Mileage | IRS rate |
| Due Diligence or Sale Coordination Fee | $2,000 (if applicable). In the event the property is sold and IPS is tasked with providing due diligence information and coordination with brokers and buyers, a sale coordination fee will be charged to compensate IPS for time required above and beyond normal property management operations. |
| Construction Management fee | If extraordinary repairs are being done and the Debtor requires IPS to supervise, then IPS will receive a construction management fee of 5% of the rehabilitation costs. The Debtor does not anticipate any extraordinary repairs. |
| Leasing Services | In the absence of a separate leasing broker, IPS is entitled to a leasing commission of 6% for new leases with a co-brokerage, 4% if it is the sole broker, 2% for lease renewals, and $500 for a lease assignment, to be paid by the tenant, with a minimum lease commission of $1,000. |

**FOR FURTHER INFORMATION,** please see the Motion and its exhibits, which are available by contacting the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE that any opposition to the relief sought in the Motion and request for a hearing must be filed with the Court within fourteen (14) days of service of this Notice if you were served electronically and within seventeen (17) days if you were served by mail. Failure to timely object and request a hearing may be deemed by the Court to be consent to the granting of the relief sought in the Motion.**

Respectfully submitted,

Dated: August 24, 2026

**RAINES FELDMAN LITTRELL LLP**

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
Attorneys for Skolem Group LLC, Debtor-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*):
**NOTICE OF MOTION PURSUANT TO 11 U.S.C. § 363(b) TO ENTER INTO PROPERTY MANAGEMENT AGREEMENT WITH R & K INTERESTS, INC. DBA INVESTORS' PROPERTY SERVICES AS PROPERTY MANAGEMENT COMPANY EFFECTIVE JUNE 19, 2026, AND OPPORTUNITY TO OBJECT AND REQUEST A HEARING**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/24/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Marcus Colabianchi** mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **David M Poitras** dpoitras@bg.law
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 8/24/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Overnight Mail
The Honorable Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/24/2026 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

SERVED BY UNITED STATES MAIL:

Label Matrix for local noticing
0973-8
Case 8:26-bk-11915-SC
Central District of California
Santa Ana
Mon Aug 24 08:20:37 PDT 2026

~~Raines Feldman Littrell LLP~~
~~4675 MacArthur Ct Ste 1550~~
~~Newport Beach, CA 92660-2042~~

Skolem Group, LLC
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660-7034

~~Santa Ana Division~~
~~411 West Fourth Street, Suite 2030~~,
~~Santa Ana, CA 92701-4500~~

4G Wireless, Inc.
303 Broadway Street 104-155
Laguna Beach, CA 92651-1816

4G Wireless, Inc.
c/o Lowenstein Sandler LLP
Attn: Christopher Ward
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

Andrew Stupin
215 5th Street, Suite A
Huntington Beach CA 92648-8101

Arco Glass Plus Inc
120 W Holt Blvd
Unite #9388
Ontario, CA 91762-3822

Bank of America, N.A.
100 N. Tyron Street
Mail Code NC1-007-25-50
Property ID (CAW-468)
Charlotte, NC 28255-0001

Burger King
9710 Central Ave
Montclair, CA 91763-2815

Burger King
California Food Management, LLC
c/o Michael Amingour
8306 Wilshire Blvd, #5002
Beverly Hills, CA 90211-2304

Burrtec Waste Industries, Inc
PO Box 515136
Los Angeles, CA 90051-5136

Burrtec Waste Industries, Inc (270)
P.O. Box 515136
Los Angeles, CA 90051-5136

City of Montclair
PO Box 2308
Montclair, CA 91763-0808

County of Orange Treasurer-Tax Collector
PO Box 4515
Santa Ana CA 92702-4515

Dan Cline Architecture Inc.
c/o F Albert Ibrahim
Case, Ibrahim & Clauss LLP
15615 Alton Pkwy, Suite 450
Irvine, CA 92618-3308

Deba shyam
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660

Dollar General Store #13405
Dolgen California, LLC
Attn: General Counsel
100 Mission Ridge
Goodlettsville, TN 37072-2171

Dollar General Store #13405
Dolgen California, LLC
Attn: Melissa L Heisse
100 Mission Ridge
Goodlettsville, TN 37072-2171

Dominion Disposal
1536 E Pinewood Ave
Anaheim, CA 92805-1241

Dr Simon Chang
dba First Dental Group
3232 Bent Twig Lane
Diamond Bar, CA 91765-3809

Dutch Bros
9752 Central Ave
Montclair, CA 91763

Ellington
Elizon DB 2016-1 Trust
53 Forest Avenue
Old Greenwich, CT 06870-1537

Employment Develop ent Department
Bankruptcy Group MIC 92E (ADD)
Sacramento, CA 94280-0001

Eye Specialists an Laser Center of
Texas PA Defined B nefit Pension
Plan (DBPP)
510 Ranch Train, #100
Irving, TX 75063-4879

F.J. Kaile
dba Kaile Barber Shop
9818 Central Ave
Montclair, CA 91763-2817

Feldstein Living Trust
2877 Motor Ave
Los Angeles, CA 90064-3439

First Dental Group
Dr Simon Chang
9804 Central Ave
Montclair, CA 91763-2817

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812-2952

Gerald Marcil
43 Malaga Cove Plaza
Suite D
Palos Verdes Peninsula, CA 90274-1346

Gurraj Malik
5175 Princess Anne Rd
La Canada Flintridge, CA 91011-2427

Hazzard Backflow Inc
558-1 Birch Street
Lake Elsinore, CA 92530-2715

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Ioannis Xilikakis
23572 Duryea Drive
Lake Forest, CA 92630-3746

Joses Nuevo Landscaping LLC
3857 Birch Street
Suite 209
Newport Beach, CA 92660-2616

Kuri Services LLC
14817 Janine Dr
Whittier, CA 90605-1705

Kyra E. Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Suite 1550
Newport Beach, CA 92660-2042

Lisette Espinoza
9910 Lindero Ave
Montclair, CA 91763-3209

Lucky Laundry
c/o Chong W Pak, Aeja Pak,
and Gina Pak
9802 Central Ave
Montclair, CA 91763-2817

Malik Bros 2 LLC
5175 Princess Anne Rd
La Canada Flintridge, CA 91011-2427

Marcus Colabianchi
Duane Morris
One Market Plaza
Suite 2200
San Francisco, CA 94105-1198

Medical Office of Dr. Do
Attn: Dr. Khai Do
9880 Central Ave
Montclair, CA 91763-2817

Mohammad Honarkar
350 Forest Avenue #1438
Laguna Beach, CA 92652-2060

Mohammad Honarkar
c/o Lowenstein Sandler LLP
Attn: Christopher Ward
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

Monte Vista Water District
PO Box 3127
Rocklin, CA 95677-8466

Newmark Pacific, Inc.
c/o Andrew Raunau
Cantor Fitzgerald Securities
18401 Von Karman Ave, #150
Irvine, CA 92612-8590

Newmark Southern California, Inc.
c/o Andrew Raunau
Cantor Fitzgerald Securities
18401 Von Karman Ave, #150
Irvine, CA 92612-8590

Office of the U.S. Trustee (SA)
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-4500

Papillon Financial Services
5175 Princess Anne Rd
La Canada Flintridge, CA 91011-2427

Rise Above Studios
c/o Aimee O'Neill and
Christopher Garcia
9746 Central Ave
Montclair, CA 91763-2815

Rose Spa
c/o Qiue Zhao
9734 Central Ave
Montclair, CA 91763-2815

SFM, LLC
Attn Senior Real Estate Counsel
5455 E High Street, Suite 111
Phoenix, AZ 85054-5464

San Bernardino County Tax Collector
268 W Hospitality Lane
1st Floor
San Bernardino, CA 92408-3229

Smark Key Locksmith
25211 Sunnymead Blvd
Suite C-4
Moreno Valley, CA 92553-4100

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

Sprouts
9790 Central Ave
Montclair, CA 91763-2815

Sprouts Farmers Ma ket
SFM, LLC
Attn Property Manager
5455 E High Street, Suite 111
Phoenix, AZ 85054-5463

State Board of Equ lization
Special Operations Bankruptcy Team (ADD)
MIC 74
P.O. Box 942879
Sacramento, CA 94279-0074

The Beauty Spot by Liz LLC
c/o Lisette Espinoza
9732 Central Ave
Montclair, CA 91763-2815

The Stupin FamilyT rust
Dated April 3, 200
215 5th Street, Suite A
Huntington Beach, CA 92648-8101

Trend Systems Group
2126 S Standard Avenue
Santa Ana, CA 92707-3035

Tridev Assurance C mpany Inc
21218 Pacific Coas HWY
Malibu, CA 90265-5247

U.S. Dept. of Treasury
1500 Pennsylvania Ave, NW
Washington, DC 20 20220-0002

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

VSS Electric, Inc
1890 Trotter Trail
Norco, CA 92860-2877

Vierergruppe Management Inc.
1932 East Deere Avenue
Suite 150
Santa Ana, CA 92705-5716

WNM Enterprises
34145 Pacific Coast Hwy, #402
Dana Point, CA 92629-2731

Yum Yum Donut Shops
9886 Central Ave
Montclair, CA 91763-2817

Yum Yum Donut Shops Inc.
Attn Accounting
18830 East San Jose Ave
Rowland Heights, CA 91748-1325

segal Family Trust
1135 Fallen Leaf Road
Arcadia, CA 91006-1906

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Southern California Edison
PO Box 300
Rosemead, CA 91772

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)4G Wireless, Inc.

(u)Courtesy NEF

(u)Ellington Management Group, LLC

(u)Official Committee of Unsecured Creditors

(u)AV Deshawn Grounds

(d)Skolem Group, LLC
520 Newport Center Drive, Suite 480
Newport Beach, CA 92660-7034

~~(d)Kyra E Andrassy~~
~~Raines Feldman Littrell LLP~~
~~4675 MacArthur Court~~
~~Ste 1550~~
~~Newport Beach, CA 92660-2042~~

(u)Mohammad Honarkar

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 69 |
| Bypassed recipients | 8 |
| Total | 77 |