GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@wghlawyers.com
JOHN D. GIAMPOLO – Pro Hac Admission Pending
jgiampolo@wghlawyers.com
**WINTHROP GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

General Insolvency Counsel for
Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>GLOBAL PREMIER REGENCY PALMS OXNARD, LP a California limited partnership,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 9:25-bk-10329-SC<br><br>Chapter 11 Proceeding<br><br>**STATUS REPORT**<br><br>DATE: June 4, 2025<br>TIME: 1:00 p.m.<br>PLACE: Courtroom 201<br>1415 State St.<br>Santa Barbara, CA 93101 |

**TO THE HONORABLE RONALD A. CLIFFORD, III, UNITED STATES BANKRUPTCY JUDGE, AND TO ALL PARTIES IN INTEREST:**

Global Premier Regency Palms Oxnard, LP, a California limited partnership, the debtor and debtor-in-possession in the above-captioned Chapter 11 proceeding (the "Debtor"), hereby submits the following status of the case.

**A. Motion for Relief from Stay**

JKO Group, LLC ("JKO"), the holder of a junior secured claim against the Debtor's property, has filed a *Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Real Property)* [Docket No. 42], which is scheduled to be heard on June 3, 2025 at 9:00 a.m. On May 20, 2025, the Debtor filed an opposition to JKO's motion. The Debtor has been and will continue to engage in negotiations with JKO in efforts to resolve the motion as well as the disposition of the entire case.

**B. Plan of Reorganization**

The Debtor has obtained a significant source of capital to fund a plan of reorganization. To that end, the Debtor is in the process of formulating a plan, preparing cash flow projections in support thereof, and expects to have a plan on file in short order.

DATED: May 21, 2025

**WINTHROP GOLUBOW HOLLANDER, LLP**

By: */s/ Garrick A. Hollander*
Garrick A. Hollander
General Insolvency Counsel for Debtor and Debtor-in-Possession

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1301 Dove Street, Suite 500, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **STATUS REPORT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 21, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Brian David Fittipaldi - brian.fittipaldi@usdoj.gov
- Garrick A Hollander - ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
- Jeremy H Rothstein - jrothstein@gblawllp.com, msingleman@gblawllp.com; mbowes@gblawllp.com
- United States Trustee (ND) - ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **May 21, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

☐ Service information continued on attached page

**3. SERVED BY EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May ___, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 21, 2025 | Silvia Villegas | */s/ Silvia Villegas* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Label Matrix For local noticing
0973-9
Case 9:25-bk-10329-RC
Central District of California
Santa Barbara
Tue Apr 15 10:15:47 PDT 2025

Global Premier Regency Palms Oxnard LP
Christine Hanna
2020 Main St. Suite 300
Irvine, CA 92614

United States Trustee (LA)
915 Wilshire Blvd., #1850
Los AngelesCA90017

Northern Division
1415 State Street
Santa Barbara, CA 93101-2511

Andrew Hanna
Global Premier Development, Inc.
2010 Main Street, Suite 300
Irvine, CA 92614

California Dept of Tax and Fee Adm
Collection Support Bureau Bk Team
Mic: 74PO Box 942879
Sacramento, CA 94279-0001

California Dept. of Tax
and Fee Adm
Account Info Grp, MIC: 29
PO Box 942879
Sacramento, CA 94279

Christine Hanna
326 Quail Ridge
Irvine CA 92603

**20 LARGEST**
Door Systems
Attn: Mario Martinez
1150 La Brisas Place
Placentia, CA 92870-6643

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

**20 LARGEST**
Franchise Tax Board
PO Box 942857
Sacramento CA 94257-0531

Global Premier Regency Palms Oxnard, LP
Attn: Christine Hanna
2020 Main Street Suite 300
Irvine CA 92614

**20 LARGEST**
Gary White
4206 Great Plains Dr NE
Salem OR 97305

**20 LARGEST**
Global Bancorp
Attn: Nina Hanna
8 Hilltop
Irvine CA 92603

Global Premier America LLC
c/o Christine Hanna (Reg Agent)
2020 Main Street Suite 300
Irvine, CA 92614

Global Premier America LLC
Attn: Christine Hanna
2020 Main Street Suite 300
Irvine, CA 92614

**20 LARGEST**
Global Realty and Investment Corp.
Attn: Nina Hanna
8 Hilltop
Irvine, CA 92603

Global Regency Oxnard
Senior Care Services, LLC
2020 Main St. Suite 300
Irvine, CA 92614

**SECURED**
JKO Group LLC
Attn: Jeremy Rothstein
G&B Law16000 Ventura Blvd
Suite 1000
Encino, CA 91436-2730

**20 LARGEST**
JTC USA Holdings
Attn: Dawn Shuster
75 State Street Suite 2801
Boston MA 02109

**SECURED**
Jones Hall, A Professional Law Corp
Attn: Corp Officer
475 Sansome Street, Suite 1700
San Francisco, CA 94111

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

**20 LARGEST**
Magdy Hanna
2200 Park Newport, #401
Newport Beach, CA 92660

National Affordable
Communities, Inc
Attn: Christine Hanna
2020 Main Street, Suite 300
Irvine, CA 92614

State of California
Employment Development Dpt
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

**20 LARGEST**
Studio Six5, Inc.
Attn: Corporate Officer
811 Barton Springs Rd Ste 800
Austin, TX 78704

U.S. Securities and Exchange Commis
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

**20 LARGEST**
County of Ventura
Treasurer Tax Collector
800 S. Victoria Ave
Ventura, CA 93009

**20 LARGEST**
Vortex Industries, Inc.
Attn: Corporate Officer
320 Irving Dr.
Oxnard, CA 93030

**SECURED**
WO PACE Funding, LLC Series 2023
c/o White Oak Global Advisors, LLC
Attn: Corporate Officer
3 Embarcadero Center, Floor 5
San Francisco, CA 94111

**SECURED**
WO Pace Funding, LLC
Attn: California Statewide Comm.
Development Authority
1700 North Broadway, Suite 405
Walnut Creek, CA 94596

Internal Revenue Service
PO Box 7346
Philadelphia, PA9101-7346

**SECURED**
White Oak Global Advisors, LLC
Attn: Corporate Officer
3 Embarcadero Center, Suite 550
San Francisco, CA 94111

**NEF [36]**
Allen Matkins Leck Gamble
Mallory & Natsis LLP
Attn: Matthew D. Pham
865 S. Figueroa Street, Suite 2800
Los Angeles, California 90017-2543

**NEF RSN [35]**
Allen Matkins Leck Gamble
Mallory & Natsis LLP
Attn: Debra A. Riley
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903

**NEF RSN [35]**
CSCDA
c/o White Oak Global Advisors
Attn: Jeff Habicht
3 Embarcadero Center, Suite 550
San Francisco, CA 94111