JAMES R. FELTON, ESQ. (State Bar No. 138767)
  jfelton@gblawllp.com
JEREMY H. ROTHSTEIN, ESQ. (State Bar No. 316140)
  jrothstein@gblawllp.com
G&B LAW, LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel:  (818) 382-6200 • Fax: (818) 986-6534

Attorneys for Movant
JKO Group, LLC and Blackhawk Solar, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>GLOBAL PREMIER REGENCY PALMS OXNARD, LP, a California limited partnership,<br><br>    Debtor and<br>    Debtor-in-Possession. | Case No.: 9:25-bk-10329-RC<br><br>Chapter 11 Proceeding<br><br>**DECLARATION OF JASPREET SINGH IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Hearing Info:<br>Date:    June 3, 2025<br>Time:    9:00 a.m.<br>Ctrm:    Courtroom 201[1]<br>            1415 State Street<br>            Santa Barbara, CA 91301 |

I, Jaspreet Singh, declare:

1.    I am the authorized agent for JKO Group, LLC and Blackhawk Solar, LLC (collectively, "Movant"). I have personal knowledge of the matters set forth below and could testify competently if called. I make this declaration in support of Movant's Reply in support of its Motion for Relief from the Automatic Stay. Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

---

[1] The hearing on the Motion is scheduled to be heard via Zoom. Please check the Court's calendar just prior to the hearing to confirm. http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/.

1

1 | Movant. She proposed, among other terms, an eighteen-month loan extension, a reduction of the
2 | required monthly payments to $26,065 "to allow for financial stabilization," and payoff through a
3 | future HUD refinancing and equity infusion. A true and correct copy of that e-mail thread is attached
4 | as **Exhibit D**.

5 |     3. On March 6, 2025, Ms. Hanna emailed again, requesting that the March 10 payment
6 | be reduced to $25,000 and the April 10 payment to $35,000, with regular payments of $89,000
7 | resuming only from May through September, with no immediate plans to repay the March or April
8 | shortfalls. The proposed ending of payments in September, the vague statement about a long-term
9 | solution, and Ms. Hanna's prior request to lower all payments to $26,065 to allow for stabilization
10 | all suggested that the Debtor could not sustain monthly payments over time. A true and correct copy
11 | of that e-mail thread is attached as **Exhibit E**.

12 |     4. Movant did not agree to either proposal and have never waived the stay-relief rights
13 | granted to them under the Court's August 15, 2023 Dismissal Order.

14 |     I declare under penalty of perjury under the laws of the United States of America that the
15 | foregoing is true and correct. Executed this 27th day of May, 2025.

JASPREET SINGH



# EXHIBIT D

1684700.1 - 30464.0000

 Thomas Jones <thomas@continuumanalytics.com>

## RE: Oxnard Meeting
1 message

**Christine Hanna** <Christine@geb5.com>    Fri, Feb 21, 2025 at 3:16 PM
To: Jaspreet Singh Sethi <jaspreet@continuumanalytics.com>
Cc: Michael Kluchin <michael@continuumanalytics.com>, "mahender@continuumanalytics.com" <mahender@continuumanalytics.com>, Thomas Jones <thomas@continuumanalytics.com>, Sarang Tatimatla <sarang@clarityh.com>

Jaspreet,

We appreciate your time and consideration as we work toward a solution that benefits all parties involved. Below is our formal proposal, along with an updated financial model for your review. Given the complexity of this matter, we would like to schedule an in-person meeting at your earliest convenience to discuss the best path forward.

1. **Loan Extension** – Extend the loan for 12 months, with an option for a 6-month extension if there is a delay in the HUD closing
2. **Reduced Loan Payments** – Adjust payments to $26,065 per month to allow for financial stabilization, with balance moved to the back of loan.
3. **HUD Loan Processing** – Begin HUD loan application in August 2025, targeting a closing by May 2026 to provide permanent financing.
4. **Equity Infusion** – We are actively engaged with multiple potential equity groups interested in investing $8–10M into the project. These funds would be used to pay down the JKO Loan upon closing.
5. **Loan Payoff Plan** – The expected HUD loan proceeds of approximately $16M, combined with the $8–10M in new equity, will allow for a full payoff of the JKO loan.
6. **Alternative Structure** – We are also open to JKO converting a portion of the loan into equity under the same financial scenario, should that be of interest.

The building's financial performance has been steadily improving, but industry cap rates have yet to rebound to a level that would maximize the project's valuation. Given more time, the project will reach full stabilization and its highest valuation. Additionally, there are 15 EB-5 investors whose green card approvals remain delayed due to government processing times, and a property transfer would result in the loss of both their immigration status (and investment). We strongly believe that open communication is the way to resolve this matter amicably. The previous lawsuit and bankruptcy filing were a result of a lack of direct engagement, and we are committed to preventing a similar situation from occurring again.

Please let us know your availability for a meeting in the coming weeks. We look forward to working together on a solution that aligns with everyone's goals.

Sincerely,

*Christine Hanna*

Office (949) 222-9119 x143

Fax (949) 271-4565

Cell (949) 422-1143

---

**From:** Jaspreet Singh Sethi <jaspreet@continuumanalytics.com>
**Sent:** Thursday, February 13, 2025 4:50 PM
**To:** Christine Hanna <Christine@geb5.com>
**Cc:** Michael Kluchin <michael@continuumanalytics.com>; mahender@continuumanalytics.com; Thomas Jones <thomas@continuumanalytics.com>; Sarang Tatimatla <sarang@clarityh.com>
**Subject:** Re: Oxnard Meeting

Please let us know when we can expect a detailed plan on how to get paid back in full and how that will happen?  Once we have time to review the detailed plan, then we can set up a meeting with all.

thanks

On Wed, Feb 12, 2025 at 3:03 PM Christine Hanna <Christine@geb5.com> wrote:

> Hello All,
>
> When would be a good time to meet regarding the Oxnard loan?
>
> Sincerely,
>
> Christine Hanna
>
> 949-422-1143

On Feb 10, 2025, at 1:16 PM, Christine Hanna <christine@geb5.com> wrote:

Hello All,

We have made the February mortgage payment but will not be able to pay the full amount for March. Last week, we met with Jaspreet and shared the attached financials, but we would still like to request a meeting with Mahender to discuss the next steps.

Please let me know when we can plan for an in-person mtg.

Sincerely,

*Christine Hanna*

Office (949) 222-9119 x143

Fax (949) 271-4565

Cell (949) 422-1143

---

**From:** Christine Hanna
**Sent:** Thursday, January 23, 2025 12:30 PM
**To:** Michael Kluchin <michael@continuumanalytics.com>; mahender@continuumanalytics.com
**Cc:** Sarang Tatimatla <sarang@clarityh.com>
**Subject:** Oxnard Meeting

Micheal/Mahender,

We would like to schedule a meeting with you to do some live modeling of the forecast and discuss different options for the long-term future of the facility and your loan.

Post-bankruptcy, the facility was at 46% occupancy, and we've successfully increased it to 76%. While we've consistently added 4-6 new residents each month, we've experienced a few months of unexpected deaths, which has kept our resident count relatively steady over those months. These were primarily early residents from when we first opened in 2021/2022, and the losses came in a wave.

Unfortunately, we are unable to make the full mortgage payment in February and would like to discuss a reduced payment and loan extension until a HUD refinance, projected around May 2026.

I was also recently approached by a group interested in a 15-year NNN lease for the facility. I'm working through the numbers with them now and will share the proposal with you once finalized. If acceptable, a lease like this would be favorable to the banks, and we can potentially refinance the loan at its maturity without extension.

Please let me know your availability for a Zoom or in-person meeting to go over a few scenarios live. We would also like to understand your long-term goals with the Facility and how we can work together to get to full stabilization and value.

Sincerely,

*Christine Hanna*

*Chief Operations Officer*

Global Premier America, LLC

2020 Main Street, Suite 300

Irvine, CA 92614

Email: christine@geb5.com

Office (949) 222-9119 x143

Fax (949) 271-4565

Cell (949) 422-1143

www.geb5.com

**Important Disclaimer:**  This communication is not and may not be interpreted as constituting an offer to sell or a solicitation of any offer to sell or buy any securities. Offers are made only by prospectus or other offering materials in an offshore transaction. None of the information or analyses presented herein are intended to form the basis for any offer or sale or any investment decision, and no specific recommendations are intended. Accordingly, this electronic email does not constitute sales or investment advice or counsel or solicitation for investment in any security.

**Confidentiality Notice:** The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and is confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system.

<RPOX Working Session Model 1.23.2025.xlsx>

--

Jaspreet Singh

**Continuum Analytics, Inc.**
**520 Newport Center Dr**

**Suite 480**

**Newport Beach, CA 92660**
562-331-8206 (C)

213-261-9872 (F)

http://www.continuumanalytics.com/

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect. Please note that any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the Company.

 **RPOX Working Session Model 2.21.2025.xlsx**
34K

# EXHIBIT E

1684700.1 - 30464.0000



Thomas Jones <thomas@continuumanalytics.com>

---

## Re: Oxnard Meeting
1 message

**Christine Hanna** <Christine@geb5.com>   Thu, Mar 6, 2025 at 2:45 PM
To: mahender makhijani <mahender@continuumanalytics.com>
Cc: Thomas Jones <thomas@continuumanalytics.com>, Jaspreet Singh Sethi <jaspreet@continuumanalytics.com>, Sarang Tatimatla <sarang@clarityh.com>

Hi Mahender,

Thank you for joining our call yesterday and for your flexibility in considering modified payment arrangements.

Below is the proposed payment schedule that the operation can commit to over the next few months:

- **March 10:** $25,000
- **April 10:** $35,000
- **May 10 – September 10:** $89,000 per month

Additionally, we are committed to addressing the $118,000 shortfall from March through May as soon as possible and will allocate any available cash toward closing this gap.

In the meantime, we will begin working on a takeout/cash-out proposal to present to you.

Please confirm that this schedule is acceptable and that we will not be placed in breach of payment while we put together a long/term solution for your loan.

Looking forward to your response.

Sincerely,
Christine Hanna
949-422-1143

> On Mar 4, 2025, at 12:37 AM, mahender makhijani <mahender@continuumanalytics.com> wrote:
>
> 3.30 is fine with me
>
> > On Mon, Mar 3, 2025 at 6:48 PM Christine Hanna <Christine@geb5.com> wrote:
> > Thomas,
> >
> > Can we do 3pm or 3:30 by chance?
> >
> > Sincerely,
> > Christine Hanna
> > 949-422-1143
> >
> > > On Mar 3, 2025, at 3:49 PM, Thomas Jones <thomas@continuumanalytics.com> wrote:
> > >
> > > Does after 3 work? Thank you
> > >
> > > **Thomas Jones**
> > >
> > > 949-877-4863
> > >
> > > Continuum Analytics, Inc.
> > >
> > > 520 Newport Center Drive, Suite 480
> > >
> > > Newport Beach, CA 92660
> > >
> > > > On Mon, Mar 3, 2025 at 12:30 PM Christine Hanna <Christine@geb5.com> wrote:
> > > > Thomas,
> > > >
> > > > Thank you. What are the possible times for Wednesday? I will need to coordinate with Sarang as well.
> > > >
> > > > Sincerely,
> > > > Christine Hanna
> > > > 949-422-1143
> > > >
> > > > > On Mar 3, 2025, at 2:55 PM, Thomas Jones <thomas@continuumanalytics.com> wrote:
> > > > >
> > > > > Hi Christine,
> > > > > We can chat Wednesday, as we are busy today and tomorrow.

Thank you,

**Thomas Jones**

949-877-4863

Continuum Analytics, Inc.

520 Newport Center Drive, Suite 480

Newport Beach, CA 92660

On Mon, Mar 3, 2025 at 11:52 AM Christine Hanna <Christine@geb5.com> wrote:
> Thomas,
>
> Please know when we can have this mtg. We are prepared to take any remedies to protect the asset and I would hate to take such drastic measures without having a conversation together.
>
> Sincerely,
> Christine Hanna
> 949-422-1143
>
>> On Feb 28, 2025, at 1:45 PM, Christine Hanna <christine@geb5.com> wrote:
>>
>> Thomas,
>>
>> Thank you for your email. We have been asking to meet for months knowing that our inability to make full payment was approaching. Our proposal is a starting point for discussion, which requires a conversation together.
>>
>> I understand that Mahender has more pressing matters to handle at the moment, but some level of coordination is still necessary, especially if you are planning to put us in default and take over the property.
>>
>> You can only begin a HUD application once the property has been operating at the HUD underwritten DSCR ratio for a few months. Per the model sent, we expect reach that point in August 2025. It takes between 7-10 months to close after that. This is the HUD regulation and process.
>>
>> Please propose a few options for our meeting.
>>
>> Sincerely,
>>
>> *Christine Hanna*
>>
>> Office (949) 222-9119 x143
>>
>> Fax (949) 271-4565
>>
>> Cell (949) 422-1143
>>
>> ---
>>
>> **From:** Thomas Jones <thomas@continuumanalytics.com>
>> **Sent:** Friday, February 28, 2025 10:24 AM
>> **To:** Christine Hanna <Christine@geb5.com>
>> **Cc:** Jaspreet Singh Sethi <jaspreet@continuumanalytics.com>; Michael Kluchin <michael@continuumanalytics.com>; mahender@continuumanalytics.com; Sarang Tatimatla <sarang@clarityh.com>
>> **Subject:** Re: Oxnard Meeting
>>
>> Christine,

We are disappointed that you are requesting extension and changing the deal that we agreed to. Why is the HUD application taking that long? Why wasn't this done earlier? We are happy to discuss next week via zoom meeting.

Thank you,

**Thomas Jones**

949-877-4863

Continuum Analytics, Inc.

520 Newport Center Drive, Suite 480

Newport Beach, CA 92660


On Thu, Feb 27, 2025 at 11:50 AM Christine Hanna <Christine@geb5.com> wrote:

> All,
>
> It is critical that we meet to discuss this loan, and all the possible ways forward. I would expect that we can figure this out without a legal battle.
>
> Sincerely,
>
> *Christine Hanna*
>
> Office (949) 222-9119 x143
>
> Fax (949) 271-4565
>
> Cell (949) 422-1143
>
> ---
>
> **From:** Christine Hanna
> **Sent:** Tuesday, February 25, 2025 7:17 PM
> **To:** 'Jaspreet Singh Sethi' <jaspreet@continuumanalytics.com>
> **Cc:** 'Michael Kluchin' <michael@continuumanalytics.com>; 'mahender@continuumanalytics.com' <mahender@continuumanalytics.com>; 'Thomas Jones' <thomas@continuumanalytics.com>; 'Sarang Tatimatla' <sarang@clarityh.com>
> **Subject:** RE: Oxnard Meeting
>
> Hi Jaspreet,
>
> Have you been able to discuss our proposal with your Team? I would like to meet this week if possible.
>
> Sincerely,
>
> *Christine Hanna*
>
> Office (949) 222-9119 x143
>
> Fax (949) 271-4565
>
> Cell (949) 422-1143
>
> **From:** Christine Hanna
> **Sent:** Friday, February 21, 2025 3:16 PM

**To:** 'Jaspreet Singh Sethi <jaspreet@continuumanalytics.com>
**Cc:** Michael Kluchin <michael@continuumanalytics.com>; mahender@continuumanalytics.com; Thomas Jones <thomas@continuumanalytics.com>; Sarang Tatimatla <sarang@clarityh.com>
**Subject:** RE: Oxnard Meeting

Jaspreet,

We appreciate your time and consideration as we work toward a solution that benefits all parties involved. Below is our formal proposal, along with an updated financial model for your review. Given the complexity of this matter, we would like to schedule an in-person meeting at your earliest convenience to discuss the best path forward.

1. **Loan Extension** – Extend the loan for 12 months, with an option for a 6-month extension if there is a delay in the HUD closing
2. **Reduced Loan Payments** – Adjust payments to $26,065 per month to allow for financial stabilization, with balance moved to the back of loan.
3. **HUD Loan Processing** – Begin HUD loan application in August 2025, targeting a closing by May 2026 to provide permanent financing.
4. **Equity Infusion** – We are actively engaged with multiple potential equity groups interested in investing $8–10M into the project. These funds would be used to pay down the JKO Loan upon closing.
5. **Loan Payoff Plan** – The expected HUD loan proceeds of approximately $16M, combined with the $8–10M in new equity, will allow for a full payoff of the JKO loan.
6. **Alternative Structure** – We are also open to JKO converting a portion of the loan into equity under the same financial scenario, should that be of interest.

The building's financial performance has been steadily improving, but industry cap rates have yet to rebound to a level that would maximize the project's valuation. Given more time, the project will reach full stabilization and its highest valuation. Additionally, there are 15 EB-5 investors whose green card approvals remain delayed due to government processing times, and a property transfer would result in the loss of both their immigration status (and investment). We strongly believe that open communication is the way to resolve this matter amicably. The previous lawsuit and bankruptcy filing were a result of a lack of direct engagement, and we are committed to preventing a similar situation from occurring again.

Please let us know your availability for a meeting in the coming weeks. We look forward to working together on a solution that aligns with everyone's goals.

Sincerely,

*Christine Hanna*

Office (949) 222-9119 x143

Fax (949) 271-4565

Cell (949) 422-1143

---

**From:** Jaspreet Singh Sethi <jaspreet@continuumanalytics.com>
**Sent:** Thursday, February 13, 2025 4:50 PM
**To:** Christine Hanna <Christine@geb5.com>
**Cc:** Michael Kluchin <michael@continuumanalytics.com>; mahender@continuumanalytics.com; Thomas Jones <thomas@continuumanalytics.com>; Sarang Tatimatla <sarang@clarityh.com>
**Subject:** Re: Oxnard Meeting

Please let us know when we can expect a detailed plan on how to get paid back in full and how that will happen?  Once we have time to review the detailed plan, then we can set up a meeting with all.

thanks

On Wed, Feb 12, 2025 at 3:03 PM Christine Hanna <Christine@geb5.com> wrote:

> Hello All,
>
> When would be a good time to meet regarding the Oxnard loan?
>
> Sincerely,
>
> Christine Hanna

949-422-1143

On Feb 10, 2025, at 1:16 PM, Christine Hanna <christine@geb5.com> wrote:

Hello All,

We have made the February mortgage payment but will not be able to pay the full amount for March. Last week, we met with Jaspreet and shared the attached financials, but we would still like to request a meeting with Mahender to discuss the next steps.

Please let me know when we can plan for an in-person mtg.

Sincerely,

*Christine Hanna*

Office (949) 222-9119 x143

Fax (949) 271-4565

Cell (949) 422-1143

**From:** Christine Hanna
**Sent:** Thursday, January 23, 2025 12:30 PM
**To:** Michael Kluchin <michael@continuumanalytics.com>; mahender@continuumanalytics.com
**Cc:** Sarang Tatimatla <sarang@clarityh.com>
**Subject:** Oxnard Meeting

Micheal/Mahender,

We would like to schedule a meeting with you to do some live modeling of the forecast and discuss different options for the long-term future of the facility and your loan.

Post-bankruptcy, the facility was at 46% occupancy, and we've successfully increased it to 76%. While we've consistently added 4-6 new residents each month, we've experienced a few months of unexpected deaths, which has kept our resident count relatively steady over those months. These were primarily early residents from when we first opened in 2021/2022, and the losses came in a wave.

Unfortunately, we are unable to make the full mortgage payment in February and would like to discuss a reduced payment and loan extension until a HUD refinance, projected around May 2026.

I was also recently approached by a group interested in a 15-year NNN lease for the facility. I'm working through the numbers with them now and will share the proposal with you once finalized. If acceptable, a lease like this would be favorable to the banks, and we can potentially refinance the loan at its maturity without extension.

Please let me know your availability for a Zoom or in-person meeting to go over a few scenarios live. We would also like to understand your long-term goals with the Facility and how we can work together to get to full stabilization and value.

Sincerely,

*Christine Hanna*

*Chief Operations Officer*

Global Premier America, LLC

2020 Main Street, Suite 300

Irvine, CA 92614

Email: christine@geb5.com

Office (949) 222-9119 x143

Fax (949) 271-4565

Cell (949) 422-1143

www.geb5.com

**Important Disclaimer:** This communication is not and may not be interpreted as constituting an offer to sell or a solicitation of any offer to sell or buy any securities. Offers are made only by prospectus or other offering materials in an offshore transaction. None of the information or analyses presented herein are intended to form the basis for any offer or sale or any investment decision, and no specific recommendations are intended. Accordingly, this electronic email does not constitute sales or investment advice or counsel or solicitation for investment in any security.

**Confidentiality Notice:** The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and is confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system.

<RPOX Working Session Model 1.23.2025.xlsx>

--

**Jaspreet Singh**

**Continuum Analytics, Inc.**
**520 Newport Center Dr**

**Suite 480**

**Newport Beach, CA 92660**
562-331-8206 (C)

213-261-9872 (F)

http://www.continuumanalytics.com/

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect. Please note that any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the Company.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16000 Ventura Blvd., Ste. 1000, Encino, CA 91436

A true and correct copy of the foregoing document entitled (specify): **DECLARATION OF JASPREET SINGH IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY** be served or was served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 27, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Brian David Fittipaldi**    brian.fittipaldi@usdoj.gov
- **Garrick A Hollander**    ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
- **Matthew D Pham**    mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Debra Riley**    driley@allenmatkins.com
- **Jeremy H Rothstein**    jrothstein@gblawllp.com, msingleman@gblawllp.com;mbowes@gblawllp.com
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On May 27, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 27, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 27, 2025 | Matthew J. Bowes | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
2544129.1 - 32572.0001