JAMES R. FELTON, ESQ. (State Bar No. 138767)
jfelton@gblawllp.com
JEREMY H. ROTHSTEIN, ESQ. (State Bar No. 316140)
jrothstein@gblawllp.com
G&B LAW, LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel: (818) 382-6200 • Fax: (818) 986-6534

Attorneys for Movant
JKO Group, LLC and Blackhawk Solar, LLC

G&B LAW

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

In re

GLOBAL PREMIER REGENCY PALMS OXNARD, LP, a California limited partnership,

Debtor and Debtor-in-Possession.

Case No.: 9:25-bk-10329-RC

Chapter 11 Proceeding

**DECLARATION OF JEREMY ROTHSTEIN IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Hearing Info:
Date: June 3, 2025
Time: 9:00 a.m.
Ctrm: Courtroom 201[1]
1415 State Street
Santa Barbara, CA 91301

I, Jeremy H. Rothstein, declare as follows:

1. I am an attorney duly admitted to practice law in the State of California and before this Court. I am a partner at G&B Law LLP, counsel of record for JKO Group, LLC and Blackhawk Solar, LLC (together, "Movant") in this case. I make this declaration in support of Movant's Reply in support of its Motion for Relief from the Automatic Stay.

[1] The hearing on the Motion is scheduled to be heard via Zoom. Please check the Court's calendar just prior to the hearing to confirm. http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/.

2. On **August 13, 2023**, at 11:11 a.m., I emailed Debtor's representative, Christine Hanna, a working draft of the Conditional Grant Deed in Lieu of Foreclosure (the "Deed in Lieu"). In my transmittal message I noted that the deed "will need the court's order attached and document number, once the order gets entered," reflecting that execution had to await entry of the Bankruptcy Court's dismissal order. A true and correct copy of this email chain is attached hereto as **Exhibit A**.

3. The Bankruptcy Court entered the Dismissal Order on **August 15, 2023**. At 10:21 a.m. that same morning, Debtor's counsel (via paralegal Jeannie Martinez) circulated a revised version of the Deed in Lieu "with the revisions we discussed." The revised deed now contained a citation to the freshly entered Dismissal Order and instructions that it be notarized and overnight-delivered to my office. A true and correct copy of that email (with attachments omitted) is attached hereto as **Exhibit B**.

4. At 11:14 a.m. on **August 15, 2023**, after email receipt of the notarized deed, I emailed the refinancing working group stating: "Green light from JKO to close," confirming JKO's final authorization for the transaction to fund later that day. A true and correct copy of this email is attached hereto as **Exhibit C**. At the time, JKO still had not received the original version of the Deed in Lieu, which was en route.

5. These communications show that the Deed in Lieu could not have functioned as a pre-closing remedy for any alleged failure to close. Rather, both the deed and the associated provision for stay relief were intended to protect JKO after the closing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 27, 2025.

JEREMY ROTHSTEIN

G&B LAW

# EXHIBIT A

**Jeremy Rothstein**

**From:** Jeremy H. Rothstein <jrothstein@gblawllp.com>
**Sent:** Sunday, August 13, 2023 11:11 AM
**To:** Christine Hanna
**Cc:** Garrick Hollander BK Attorney
**Subject:** RE: Oxnard deed in lieu
**Attachments:** Conditional Grant Deed in Lieu of Foreclosure (7.10.23).DOCX

Christine, please see attached. This will need the court's order attached and document number, once the order gets entered.

-----Original Message-----
From: Christine Hanna <Christine@geb5.com>
Sent: Friday, August 11, 2023 6:27 PM
To: Jeremy H. Rothstein <jrothstein@gblawllp.com>
Cc: Garrick Hollander BK Attorney <ghollander@wghlawyers.com>
Subject: Oxnard deed in lieu

Hi Jeremy,

Can you send me the copy of the deed in lieu that is supposed to be signed. Garrick is out of town.

Sincerely,
Christine Hanna
949-422-1143

# EXHIBIT B

**Jeremy Rothstein**

---

**From:** Jeannie Martinez <jmartinez@wghlawyers.com>
**Sent:** Tuesday, August 15, 2023 10:21 AM
**To:** Jeremy H. Rothstein; Christine Hanna
**Cc:** Garrick Hollander; Jeannie Martinez
**Subject:** Grant Deed - Regency Palms Oxnard
**Attachments:** MAINDOCS-#267009-v1-Oxnard_-_Conditional_Grant_Deed_in_Lieu_of_Foreclosure.DOCX; 267009-v1-Oxnard_-_Conditional_Grant_Deed_in_Lieu_of_Foreclosure.pdf

Christine and Jeremy,

Attached in Word and PDF is the Grant Deed with the revisions we discussed. Have the Deed notarized and then send by Federal Express for 1st delivery tomorrow a.m.
Let me know if you have any questions or need anything else, I'm happy to help.

Attn: Jeremy H. Rothstein, Esq.
G&B Law LLP
16000 Ventura Blvd. Suite 1000
Encino, CA 91436
818-382-6200 Ext. 6009

Thanks!
***Jeannie Martinez***
***Paralegal***

**Main (949) 720-4100**
**Direct (949) 720-4160**
**jmartinez@wghlawyers.com**
**www.wghlawyers.com**

**California**
**1301 Dove Street, 5th Floor**
**Newport Beach, CA 92660**
**(949) 720-4100**

**New York**
**521 5th Avenue, 17th Floor**
**New York, NY 10175**
**(917) 361-3400**

---

**From:** Jeremy H. Rothstein <jrothstein@gblawllp.com>
**Sent:** Tuesday, August 15, 2023 9:30 AM
**To:** Jeannie Martinez <jmartinez@wghlawyers.com>; Garrick Hollander <ghollander@wghlawyers.com>; shanson@joneshall.com; gina@geb5.com; michael@continuumanalytics.com; jhabicht@whiteoaksf.com; awadhwa@whiteoaksf.com; SKelly@winston.com; LKrucks@winston.com; cdreyfus@coxcastle.com; SDesai@coxcastle.com; James R. Felton <jfelton@gblawllp.com>; mryan@sksrlawyers.com; FSTRUNK@wilmingtontrust.com; clynch@joneshall.com; lbartholomew@joneshall.com; mganzer@joneshall.com;

HVuong@whiteoaksf.com; McGuire, Dan <DMcguire@winston.com>; Christine Hanna <Christine@geb5.com>; jhamill@cscda.org; Eric Weissman <eweissman@wilshirepacificadvisors.com>
**Cc:** Jeannie Martinez <jmartinez@wghlawyers.com>; Silvia Villegas <svillegas@wghlawyers.com>; mstockl@wghlawyers.om
**Subject:** Re: Entered Orders - DIP Financing and Compromise/Dismissal Order - Final PACE documents - Regency Palms Oxnard

Excellent. The deed in lieu of foreclosure can now be completed and signed. We'll need that before we can give final signoff.

---

**From:** Jeannie Martinez <jmartinez@wghlawyers.com>
**Sent:** Tuesday, August 15, 2023 9:16 AM
**To:** Garrick Hollander <ghollander@wghlawyers.com>; shanson@joneshall.com <shanson@joneshall.com>; gina@geb5.com <gina@geb5.com>; michael@continuumanalytics.com <michael@continuumanalytics.com>; jhabicht@whiteoaksf.com <jhabicht@whiteoaksf.com>; awadhwa@whiteoaksf.com <awadhwa@whiteoaksf.com>; SKelly@winston.com <SKelly@winston.com>; LKrucks@winston.com <LKrucks@winston.com>; cdreyfus@coxcastle.com <cdreyfus@coxcastle.com>; SDesai@coxcastle.com <SDesai@coxcastle.com>; James R. Felton <jfelton@gblawllp.com>; mryan@sksrlawyers.com <mryan@sksrlawyers.com>; FSTRUNK@wilmingtontrust.com <FSTRUNK@wilmingtontrust.com>; clynch@joneshall.com <clynch@joneshall.com>; lbartholomew@joneshall.com <lbartholomew@joneshall.com>; mganzer@joneshall.com <mganzer@joneshall.com>; HVuong@whiteoaksf.com <HVuong@whiteoaksf.com>; McGuire, Dan <DMcguire@winston.com>; Jeremy H. Rothstein <jrothstein@gblawllp.com>; Christine Hanna <Christine@geb5.com>; jhamill@cscda.org <jhamill@cscda.org>; Eric Weissman <eweissman@wilshirepacificadvisors.com>
**Cc:** Jeannie Martinez <jmartinez@wghlawyers.com>; Silvia Villegas <svillegas@wghlawyers.com>; mstockl@wghlawyers.om <mstockl@wghlawyers.om>
**Subject:** Entered Orders - DIP Financing and Compromise/Dismissal Order - Final PACE documents - Regency Palms Oxnard

All,

Attached are the Entered Orders for the DIP Financing and the Compromise/Dismissal Order.

Thank you,
***Jeannie Martinez***
***Paralegal***

**Main (949) 720-4100**
**Direct (949) 720-4160**
**jmartinez@wghlawyers.com**
**www.wghlawyers.com**

**California**
**1301 Dove Street, 5th Floor**
**Newport Beach, CA 92660**
**(949) 720-4100**

**New York**
**521 5th Avenue, 17th Floor**
**New York, NY 10175**
**(917) 361-3400**

**From:** Garrick Hollander <ghollander@wghlawyers.com>
**Sent:** Tuesday, August 15, 2023 9:08 AM
**To:** Jeannie Martinez <jmartinez@wghlawyers.com>
**Subject:** Fwd: Final PACE documents - Regency Palms Oxnard

Garrick Hollander, Esq.
Winthrop Golubow Hollander, LLP
Direct (949) 720-4150
Cell (949) 929-3609
Ghollander@wghlawyers.com
www.wghlawyers.com

**California**
1301 Dove Street, 5th Floor
Newport Beach, CA 92660
(949) 720-4100

**New York**
521 5th Avenue, 17th Floor
New York, NY. 10175
(917) 361-3400

Begin forwarded message:

**From:** Stacey Hanson <shanson@joneshall.com>
**Date:** August 15, 2023 at 8:58:17 AM PDT
**To:** Hue Vuong <HVuong@whiteoaksf.com>, "McGuire, Dan" <DMcguire@winston.com>, "Jeremy H. Rothstein" <jrothstein@gblawllp.com>, Christine Hanna <Christine@geb5.com>, gina@geb5.com, Garrick Hollander <ghollander@wghlawyers.com>, eweissman@wilshirepacificadvisors.com, Michael Kluchin <michael@continuumanalytics.com>, Jeffrey Habicht <jhabicht@whiteoaksf.com>, Ankit Wadhwa <awadhwa@whiteoaksf.com>, "Kelly, Sean" <SKelly@winston.com>, "Krucks, Laura" <LKrucks@winston.com>, cdreyfus@coxcastle.com, "Desai, Sydney S." <SDesai@coxcastle.com>, "James R. Felton" <jfelton@gblawllp.com>, Michael Ryan <mryan@sksrlawyers.com>, "Strunk, Frank" <FSTRUNK@wilmingtontrust.com>, James Hamill <jhamill@cscda.org>
**Cc:** Chris Lynch <clynch@joneshall.com>, Lindsay Bartholomew <lbartholomew@joneshall.com>, Miranda Ganzer <mganzer@joneshall.com>
**Subject: Re: Final PACE documents - Regency Palms Oxnard**

Hello Mike,

Can you please let the group know when we can expect revised drafts of your Opinion and the amendments? We cannot close this morning without them.

Thanks very much,
Stacey

Stacey Hanson
Jones Hall, A Professional Law Corporation
C: (415) 471-4472

shanson@joneshall.com

---

**From:** Stacey Hanson <shanson@joneshall.com>
**Date:** Monday, August 14, 2023 at 2:26 PM
**To:** Hue Vuong <HVuong@whiteoaksf.com>, "McGuire, Dan" <DMcguire@winston.com>, "Jeremy H. Rothstein" <jrothstein@gblawllp.com>, Christine Hanna <Christine@geb5.com>, "gina@geb5.com" <gina@geb5.com>, Garrick Hollander <ghollander@wghlawyers.com>, "eweissman@wilshirepacificadvisors.com" <eweissman@wilshirepacificadvisors.com>, Michael Kluchin <michael@continuumanalytics.com>, Jeffrey Habicht <jhabicht@whiteoaksf.com>, Ankit Wadhwa <awadhwa@whiteoaksf.com>, "Kelly, Sean" <SKelly@winston.com>, "Krucks, Laura" <LKrucks@winston.com>, "cdreyfus@coxcastle.com" <cdreyfus@coxcastle.com>, "Desai, Sydney S." <SDesai@coxcastle.com>, "James R. Felton" <jfelton@gblawllp.com>, Michael Ryan <mryan@sksrlawyers.com>, "Strunk, Frank" <FSTRUNK@WilmingtonTrust.com>, James Hamill <jhamill@cscda.org>
**Cc:** Chris Lynch <clynch@joneshall.com>, Lindsay Bartholomew <lbartholomew@joneshall.com>, Miranda Ganzer <mganzer@joneshall.com>
**Subject:** Re: Final PACE documents - Regency Palms Oxnard

Hello All,

Our Notice of Assessment was successfully recorded in the real property records of Ventura County today. Please find a file-stamped copy attached for your records.

We have compiled executed PDF copies of the final PACE financing documents. You can access the transcript using the following Dropbox link:
https://www.dropbox.com/scl/fo/r2td4sqcuohk41j00wk09/h?rlkey=fr0c61bf7skelqkx6x421sj8x&dl=0

Please note the following:

Document B.6. Officers Certificate and Certificate of Incumbency. We will add this document once we have the final amendments to the Property Owner's Limited Partnership Agreement and Operating Agreement.

Document B.8. Opinion of Counsel to the Property Owner. We will add this upon receipt from Mike Ryan.

Document B.11. Order Granting Debtor's Motion for Order Authorizing Debtor to Enter into Assessment Contract and Obtain Post-Petition Loan Secured Against Real Property. **Garrick**, please keep us apprised. We will not be able to close without a signed copy.

Document D.2.2., CDIAC Report of Final Sale. This is a post-closing item. We will file this with CDIAC after the Bonds close.

Please let us know if you have any questions.

Thanks very much All,

Stacey

Stacey Hanson
Jones Hall, A Professional Law Corporation
C: (415) 471-4472
shanson@joneshall.com

---

**From:** Stacey Hanson <shanson@joneshall.com>
**Date:** Wednesday, August 9, 2023 at 5:10 PM
**To:** Hue Vuong <HVuong@whiteoaksf.com>, "McGuire, Dan" <DMcguire@winston.com>, "Jeremy H. Rothstein" <jrothstein@gblawllp.com>, Christine Hanna <Christine@geb5.com>, "gina@geb5.com" <gina@geb5.com>, Garrick Hollander <ghollander@wghlawyers.com>, "eweissman@wilshirepacificadvisors.com" <eweissman@wilshirepacificadvisors.com>, Michael Kluchin <michael@continuumanalytics.com>, Jeffrey Habicht <jhabicht@whiteoaksf.com>, Ankit Wadhwa <awadhwa@whiteoaksf.com>, "Kelly, Sean" <SKelly@winston.com>, "Krucks, Laura" <LKrucks@winston.com>, "cdreyfus@coxcastle.com" <cdreyfus@coxcastle.com>, "Desai, Sydney S." <SDesai@coxcastle.com>, "James R. Felton" <jfelton@gblawllp.com>, Michael Ryan <mryan@sksrlawyers.com>, "Strunk, Frank" <FSTRUNK@WilmingtonTrust.com>, James Hamill <jhamill@cscda.org>
**Cc:** Chris Lynch <clynch@joneshall.com>, Lindsay Bartholomew <lbartholomew@joneshall.com>, Miranda Ganzer <mganzer@joneshall.com>
**Subject:** Final PACE documents - Regency Palms Oxnard

Hello All,

In connection with the Regency Palms Oxnard PACE financing, currently scheduled to close on Tuesday, August 15, please find attached for your review clean and marked final drafts of the below documents. The documents have been updated to include the intercreditor provisions discussed amongst the group, final numbers and schedules and comments we've received from various parties.

1. A.0. Transcript List
2. B.1. Assessment Contract
3. B.2. Notice of Assessment and Payment of Contractual Assessment Required (the "Notice of Assessment")
4. B.4. Lender Acknowledgement and Consent (Clean/final copy approved by JKO attached.)
5. B.6. Officer's Certificate and Certificate of Incumbency of the Property Owner*
6. B.7. Property Owner Closing Certificate
7. B.8. Property Owner Counsel Opinion*
8. C.3. Indenture

*We note that these two documents will be updated further to reflect the amendments to the Limited Partnership Agreement of Global Premier Regency Palms Oxnard, LP and the Operating Agreement of Global Premier America #3, LLC. We will follow up with those changes.

Please note that we are circulating these drafts to all parties simultaneously and as such they remain subject to further review and comment by White Oak and Winston Strawn.

We ask that the following parties please provide any final comments or sign off on the attached documents and authorize us to proceed with recording the Notice of Assessment, by **12:00 pm PST on Friday, August 11.**

1. A representative of Global Premier Regency Palms Oxnard, LP
2. A representative of JKO
3. A representative of White Oak
4. A representative of WTNA

Thanks very much All. Please reach out with any questions.

Stacey

Stacey Hanson
Jones Hall, A Professional Law Corporation
475 Sansome Street, Suite 1700
San Francisco, CA 94111
(415) 471-4472
shanson@joneshall.com

# EXHIBIT C

**Jeremy Rothstein**

**From:** Jeremy H. Rothstein <jrothstein@gblawllp.com>
**Sent:** Tuesday, August 15, 2023 11:14 AM
**To:** Jeannie Martinez; Garrick Hollander; shanson@joneshall.com; gina@geb5.com; michael@continuumanalytics.com; jhabicht@whiteoaksf.com; awadhwa@whiteoaksf.com; SKelly@winston.com; LKrucks@winston.com; cdreyfus@coxcastle.com; SDesai@coxcastle.com; James R. Felton; mryan@sksrlawyers.com; FSTRUNK@wilmingtontrust.com; clynch@joneshall.com; lbartholomew@joneshall.com; mganzer@joneshall.com; HVuong@whiteoaksf.com; McGuire, Dan; Christine Hanna; jhamill@cscda.org; Eric Weissman
**Cc:** Silvia Villegas; mstockl@wghlawyers.om
**Subject:** RE: Regency Palms Oxnard - Notarized Grant Deed

Thank you both. Green light from JKO to close. Sounds like we're still on track for closing today. Please let us know once the wires have gone out.

---

**From:** Jeannie Martinez <jmartinez@wghlawyers.com>
**Sent:** Tuesday, August 15, 2023 10:53 AM
**To:** Garrick Hollander <ghollander@wghlawyers.com>; shanson@joneshall.com; gina@geb5.com; michael@continuumanalytics.com; jhabicht@whiteoaksf.com; awadhwa@whiteoaksf.com; SKelly@winston.com; LKrucks@winston.com; cdreyfus@coxcastle.com; SDesai@coxcastle.com; James R. Felton <jfelton@gblawllp.com>; mryan@sksrlawyers.com; FSTRUNK@wilmingtontrust.com; clynch@joneshall.com; lbartholomew@joneshall.com; mganzer@joneshall.com; HVuong@whiteoaksf.com; McGuire, Dan <DMcguire@winston.com>; Jeremy H. Rothstein <jrothstein@gblawllp.com>; Christine Hanna <Christine@geb5.com>; jhamill@cscda.org; Eric Weissman <eweissman@wilshirepacificadvisors.com>
**Cc:** Silvia Villegas <svillegas@wghlawyers.com>; mstockl@wghlawyers.om; Jeannie Martinez <jmartinez@wghlawyers.com>
**Subject:** Regency Palms Oxnard - Notarized Grant Deed
**Importance:** High

All,

Attached is the Notarized Grant Deed.

Thank you,
***Jeannie Martinez***
***Paralegal***

**Main (949) 720-4100**
**Direct (949) 720-4160**
**jmartinez@wghlawyers.com**
**www.wghlawyers.com**

**California**
**1301 Dove Street, 5th Floor**
**Newport Beach, CA 92660**

(949) 720-4100

New York
521 5th Avenue, 17th Floor
New York, NY 10175
(917) 361-3400

---

**From:** Jeannie Martinez <jmartinez@wghlawyers.com>
**Sent:** Tuesday, August 15, 2023 9:16 AM
**To:** Garrick Hollander <ghollander@wghlawyers.com>; shanson@joneshall.com; gina@geb5.com; michael@continuumanalytics.com; jhabicht@whiteoaksf.com; awadhwa@whiteoaksf.com; SKelly@winston.com; LKrucks@winston.com; cdreyfus@coxcastle.com; SDesai@coxcastle.com; jfelton@gblawllp.com; mryan@sksrlawyers.com; FSTRUNK@wilmingtontrust.com; clynch@joneshall.com; lbartholomew@joneshall.com; mganzer@joneshall.com; HVuong@whiteoaksf.com; McGuire, Dan <DMcguire@winston.com>; Jeremy H. Rothstein <jrothstein@gblawllp.com>; Christine Hanna <Christine@geb5.com>; jhamill@cscda.org; Eric Weissman <eweissman@wilshirepacificadvisors.com>
**Cc:** Jeannie Martinez <jmartinez@wghlawyers.com>; Silvia Villegas <svillegas@wghlawyers.com>; mstockl@wghlawyers.om
**Subject:** Entered Orders - DIP Financing and Compromise/Dismissal Order - Final PACE documents - Regency Palms Oxnard
**Importance:** High

All,

Attached are the Entered Orders for the DIP Financing and the Compromise/Dismissal Order.

Thank you,
***Jeannie Martinez***
***Paralegal***

Main (949) 720-4100
Direct (949) 720-4160
jmartinez@wghlawyers.com
www.wghlawyers.com

California
1301 Dove Street, 5th Floor
Newport Beach, CA 92660
(949) 720-4100

New York
521 5th Avenue, 17th Floor
New York, NY 10175
(917) 361-3400

---

**From:** Garrick Hollander <ghollander@wghlawyers.com>
**Sent:** Tuesday, August 15, 2023 9:08 AM
**To:** Jeannie Martinez <jmartinez@wghlawyers.com>
**Subject:** Fwd: Final PACE documents - Regency Palms Oxnard

Garrick Hollander, Esq.
Winthrop Golubow Hollander, LLP
Direct (949) 720-4150
Cell (949) 929-3609
Ghollander@wghlawyers.com
www.wghlawyers.com

**California**
1301 Dove Street, 5th Floor
Newport Beach, CA 92660
(949) 720-4100

**New York**
521 5th Avenue, 17th Floor
New York, NY. 10175
(917) 361-3400

Begin forwarded message:

**From:** Stacey Hanson <shanson@joneshall.com>
**Date:** August 15, 2023 at 8:58:17 AM PDT
**To:** Hue Vuong <HVuong@whiteoaksf.com>, "McGuire, Dan" <DMcguire@winston.com>, "Jeremy H. Rothstein" <jrothstein@gblawllp.com>, Christine Hanna <Christine@geb5.com>, gina@geb5.com, Garrick Hollander <ghollander@wghlawyers.com>, eweissman@wilshirepacificadvisors.com, Michael Kluchin <michael@continuumanalytics.com>, Jeffrey Habicht <jhabicht@whiteoaksf.com>, Ankit Wadhwa <awadhwa@whiteoaksf.com>, "Kelly, Sean" <SKelly@winston.com>, "Krucks, Laura" <LKrucks@winston.com>, cdreyfus@coxcastle.com, "Desai, Sydney S." <SDesai@coxcastle.com>, "James R. Felton" <jfelton@gblawllp.com>, Michael Ryan <mryan@sksrlawyers.com>, "Strunk, Frank" <FSTRUNK@wilmingtontrust.com>, James Hamill <jhamill@cscda.org>
**Cc:** Chris Lynch <clynch@joneshall.com>, Lindsay Bartholomew <lbartholomew@joneshall.com>, Miranda Ganzer <mganzer@joneshall.com>
**Subject: Re: Final PACE documents - Regency Palms Oxnard**

Hello Mike,

Can you please let the group know when we can expect revised drafts of your Opinion and the amendments? We cannot close this morning without them.

Thanks very much,
Stacey

Stacey Hanson
Jones Hall, A Professional Law Corporation
C: (415) 471-4472
shanson@joneshall.com

---

**From:** Stacey Hanson <shanson@joneshall.com>
**Date:** Monday, August 14, 2023 at 2:26 PM

**To:** Hue Vuong <HVuong@whiteoaksf.com>, "McGuire, Dan" <DMcguire@winston.com>, "Jeremy H. Rothstein" <jrothstein@gblawllp.com>, Christine Hanna <Christine@geb5.com>, "gina@geb5.com" <gina@geb5.com>, Garrick Hollander <ghollander@wghlawyers.com>, "eweissman@wilshirepacificadvisors.com" <eweissman@wilshirepacificadvisors.com>, Michael Kluchin <michael@continuumanalytics.com>, Jeffrey Habicht <jhabicht@whiteoaksf.com>, Ankit Wadhwa <awadhwa@whiteoaksf.com>, "Kelly, Sean" <SKelly@winston.com>, "Krucks, Laura" <LKrucks@winston.com>, "cdreyfus@coxcastle.com" <cdreyfus@coxcastle.com>, "Desai, Sydney S." <SDesai@coxcastle.com>, "James R. Felton" <jfelton@gblawllp.com>, Michael Ryan <mryan@sksrlawyers.com>, "Strunk, Frank" <FSTRUNK@WilmingtonTrust.com>, James Hamill <jhamill@cscda.org>
**Cc:** Chris Lynch <clynch@joneshall.com>, Lindsay Bartholomew <lbartholomew@joneshall.com>, Miranda Ganzer <mganzer@joneshall.com>
**Subject:** Re: Final PACE documents - Regency Palms Oxnard

Hello All,

Our Notice of Assessment was successfully recorded in the real property records of Ventura County today. Please find a file-stamped copy attached for your records.

We have compiled executed PDF copies of the final PACE financing documents. You can access the transcript using the following Dropbox link:
https://www.dropbox.com/scl/fo/r2td4sqcuohk41j00wk09/h?rlkey=fr0c61bf7skelqkx6x421sj8x&dl=0

Please note the following:

1. Document B.6. Officers Certificate and Certificate of Incumbency. We will add this document once we have the final amendments to the Property Owner's Limited Partnership Agreement and Operating Agreement.

2. Document B.8. Opinion of Counsel to the Property Owner. We will add this upon receipt from Mike Ryan.

3. Document B.11. Order Granting Debtor's Motion for Order Authorizing Debtor to Enter into Assessment Contract and Obtain Post-Petition Loan Secured Against Real Property. **Garrick**, please keep us apprised. We will not be able to close without a signed copy.

4. Document D.2.2., CDIAC Report of Final Sale. This is a post-closing item. We will file this with CDIAC after the Bonds close.

Please let us know if you have any questions.

Thanks very much All,

Stacey


Stacey Hanson
Jones Hall, A Professional Law Corporation
C: (415) 471-4472

shanson@joneshall.com

---

**From:** Stacey Hanson <shanson@joneshall.com>
**Date:** Wednesday, August 9, 2023 at 5:10 PM
**To:** Hue Vuong <HVuong@whiteoaksf.com>, "McGuire, Dan" <DMcguire@winston.com>, "Jeremy H. Rothstein" <jrothstein@gblawllp.com>, Christine Hanna <Christine@geb5.com>, "gina@geb5.com" <gina@geb5.com>, Garrick Hollander <ghollander@wghlawyers.com>, "eweissman@wilshirepacificadvisors.com" <eweissman@wilshirepacificadvisors.com>, Michael Kluchin <michael@continuumanalytics.com>, Jeffrey Habicht <jhabicht@whiteoaksf.com>, Ankit Wadhwa <awadhwa@whiteoaksf.com>, "Kelly, Sean" <SKelly@winston.com>, "Krucks, Laura" <LKrucks@winston.com>, "cdreyfus@coxcastle.com" <cdreyfus@coxcastle.com>, "Desai, Sydney S." <SDesai@coxcastle.com>, "James R. Felton" <jfelton@gblawllp.com>, Michael Ryan <mryan@sksrlawyers.com>, "Strunk, Frank" <FSTRUNK@WilmingtonTrust.com>, James Hamill <jhamill@cscda.org>
**Cc:** Chris Lynch <clynch@joneshall.com>, Lindsay Bartholomew <lbartholomew@joneshall.com>, Miranda Ganzer <mganzer@joneshall.com>
**Subject:** Final PACE documents - Regency Palms Oxnard

Hello All,

In connection with the Regency Palms Oxnard PACE financing, currently scheduled to close on Tuesday, August 15, please find attached for your review clean and marked final drafts of the below documents. The documents have been updated to include the intercreditor provisions discussed amongst the group, final numbers and schedules and comments we've received from various parties.

1. A.0. Transcript List
2. B.1. Assessment Contract
3. B.2. Notice of Assessment and Payment of Contractual Assessment Required (the "Notice of Assessment")
4. B.4. Lender Acknowledgement and Consent (Clean/final copy approved by JKO attached.)
5. B.6. Officer's Certificate and Certificate of Incumbency of the Property Owner*
6. B.7. Property Owner Closing Certificate
7. B.8. Property Owner Counsel Opinion*
8. C.3. Indenture

*We note that these two documents will be updated further to reflect the amendments to the Limited Partnership Agreement of Global Premier Regency Palms Oxnard, LP and the Operating Agreement of Global Premier America #3, LLC. We will follow up with those changes.

Please note that we are circulating these drafts to all parties simultaneously and as such they remain subject to further review and comment by White Oak and Winston Strawn.

We ask that the following parties please provide any final comments or sign off on the attached documents and authorize us to proceed with recording the Notice of Assessment, by **12:00 pm PST on Friday, August 11.**

1. A representative of Global Premier Regency Palms Oxnard, LP
2. A representative of JKO
3. A representative of White Oak

4. A representative of WTNA

Thanks very much All. Please reach out with any questions.

Stacey

Stacey Hanson
Jones Hall, A Professional Law Corporation
475 Sansome Street, Suite 1700
San Francisco, CA 94111
(415) 471-4472
shanson@joneshall.com

Main Document Page 19 of 19

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16000 Ventura Blvd., Ste. 1000, Encino, CA 91436

A true and correct copy of the foregoing document entitled (specify): **DECLARATION OF JEREMY ROTHSTEIN IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY** be served or was served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 27, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Brian David Fittipaldi** brian.fittipaldi@usdoj.gov
- **Garrick A Hollander** ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
- **Matthew D Pham** mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Debra Riley** driley@allenmatkins.com
- **Jeremy H Rothstein** jrothstein@gblawllp.com, msingleman@gblawllp.com;mbowes@gblawllp.com
- **United States Trustee (ND)** ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On May 27, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 27, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 27, 2025 | Matthew J. Bowes | /s/ Matthew J. Bowes |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

2544129.1 - 32572.0001