**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Debtor
Hilbert Group, LLC

FILED & ENTERED
JUL 13 2026
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re:

HILBERT GROUP, LLC,

Debtor-in-Possession.

Case No.: 8:26-bk-10578-MH

Chapter 11

**ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER REGARDING DEADLINE TO FILE A DISCLOSURE STATEMENT AND PLAN AND FOR AN EXTENSION OF THE EXCLUSIVITY PERIODS OF 11 U.S.C. § 1121**

[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)]

The Court having reviewed the *Motion to Amend Scheduling Order Regarding Deadline to File a Disclosure Statement and Plan and for an Extension of the Exclusivity Periods of 11 U.S.C. § 1121* [Dkt. 59] (the "**Motion**") filed by Hilbert Group LLC, the debtor in this case (the "**Debtor**") and the Court having found that the notice of the Motion and Motion were proper and that cause exists to approve the Motion,

**IT IS ORDERED AS FOLLOWS:**

1. The Motion is granted;

2. The Scheduling Order is amended to provide that the Debtor shall file its disclosure statement and plan on or before September 22, 2026, subject to further extension for cause shown; and

3. The deadlines in 11 U.S.C. § 1121(d) are extended by ninety (90) days, to September 22, 2026, and November 21, 2026, respectively.

###

Date: July 13, 2026

Mark Houle
United States Bankruptcy Judge