**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy, State Bar No. 207959
kandrassy@raineslaw.com
Robert S. Marticello, State Bar No. 244256
rmarticello@raineslaw.com
Stephen M. Mott, State Bar No. 362642
smott@raineslaw.com
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Ynez Shops, LLC, and
Pro Temecula Town Center, LLC,
Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

In re:

YNEZ SHOPS, LLC, *et al.*,

Debtors-in-Possession.

Affects:

☒ All Debtors
☐ Ynez Shops LLC Only
☐ Pro Temecula Town Center LLC Only

Case No. 8:26-bk-10693-SC

Chapter 11

Jointly Administered with:
Case No. 8:26-bk-10694-SC

**MOTION PURSUANT TO 11 U.S.C. § 364(b) TO ENTER INTO PREMIUM FINANCE AGREEMENT WITH FIRST INSURANCE FUNDING, A DIVISION OF LAKE FOREST BANK & TRUST COMPANY, N.A.; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF HOWARD GROBSTEIN IN SUPPORT THEREOF**

[Filed concurrently with an Application for Order Shortening Time for Notice]

Hearing Information:
DATE: TBD
TIME: TBD
CTRM: 5C

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

Ynez Shops, LLC ("**Ynez**") and Pro Temecula Town Center, LLC ("**Pro Temecula**") the debtors-in-possession (collectively, the "**Debtors**"), hereby submit this *Motion to Enter Into Premium Finance Agreement with FIRST Insurance Funding, a Division of Lake Forest Bank & Trust Company, N.A.* (the "**Motion**"). In support of the Motion, the Debtors submit the following memorandum of points and authorities and the attached declaration of Howard Grobstein and respectfully represent as follows:

## I. BASIS FOR EXPEDITED RELIEF

The Debtors are under new management and are concerned that the current property and liability policies were placed by the Debtors' former asset manager, Continuum Analytics, and that if Continuum defaults on any portion of its share of the payments, it puts the Debtors' insurance coverage into jeopardy. Accordingly, the Debtors are seeking to place their own insurance effective on or about July 10, 2026. The Debtors do not have sufficient funds on hand to pay the entire premium payments so must finance the premiums. The Motion was filed promptly after the final figures were received from the insurance broker and after the legal team at the premium finance company, which requested to approve the Motion before it was filed, approved the form of the Motion.

## II. STATEMENT OF FACTS

On March 3, 2026 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned cases. The Debtors are operating as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner have been made in these cases and no official committees have been appointed or designated. Because they own different parcels of

the same shopping center and have the same ownership and management structure, the Debtors sought joint administration of their cases and the Court granted that motion.

The Debtors own different parcels of a retail shopping center located at Ynez Road and Rancho California Road in Temecula, California. Pro Temecula owns four of the parcels (the "Pro Temecula Property") and Ynez Shops, LLC, owns the rest (the "Ynez Property" and together with the Pro Temecula Property, the "Property"). The Pro Temecula Property was appraised at Nano Banc's request in December 2024, and it was appraised in as-is condition at $54,400,000. Pro Temecula owes Nano Banc approximately $34,194,705. The Ynez Property was appraised at the same time in as-is condition at $37,460,000, and Ynez owes Nano Banc approximately $23,528,000.

Prepetition, Nano Banc commenced nonjudicial foreclosure proceedings and also sued the Debtors in Orange County Superior Court. The Debtors filed their cases to avoid losing the Property at a foreclosure sale.

In order to guide the Debtors through their chapter 11 cases and because of concerns about former management, it was determined that retaining Howard Grobstein as the Debtors' manager for the pendency of this case would be in the best interests of all concerned. His appointment became effective April 20, 2026. Because of delays in getting financial information from prior management, the Debtors are only now putting together reliable 13-week cash flow projections and currently have consent to use cash for critical operating expenses.

The Property is currently insured under a group policy believed to have been obtained by Continuum Analytics, which is an asset manager for a number of different special purpose entities, including a number that have chapter 11 bankruptcy cases pending in the Central District of California and an unknown number of entities that have not sought bankruptcy protection. The Debtors understand that because of the way that the financing for the insurance policies was structured, a default by one entity in payment of its share of the premium may jeopardize the coverage for the other entities. Because the Debtors do not have control over that and given the importance of having sufficient insurance coverage, the Debtors, under Mr. Grobstein's

supervision, have obtained quotes for standalone insurance policies. Subject to approval of this Motion, Burlington Insurance Company is prepared to issue a liability insurance policy with a general aggregate limit of $2 million and a per occurrence limit of $1 million, a copy of which is attached as **Exhibit 1**. With respect to property insurance, because of the number of individual structures and insured values, the risk is spread between three carriers, as follows: (1) Axis Surplus Insurance Company to provide $5 million of coverage; (2) Ategrity Specialty Insurance Company to provide another $5 million of coverage; and (3) Homeland Insurance Company of New York to provide $47,121,875 of coverage in excess of the initial $10 million. Copies of the property policy quotes are attached as **Exhibits 2, 3, and 4, respectively**. In addition, StarStone National Insurance Company and Scottsdale Insurance Company will issue umbrella coverage totaling $10 million (together, these are referred to as the "**Policies**"). The cumulative annual premiums for the Policies, with fees and taxes, total $271,140.05. Based on their total square footage and number of units, the premiums can be allocated 35.4231% to Ynez and 64.5769% to Pro Temecula. Applying this allocation, $96,046.21 is the responsibility of Ynez and $175,093.84 is the responsibility of Pro Temecula. As of July 1, 2026, Ynez had $60,456.26 in cash on hand and Pro Temecula had $327,933.40 in cash on hand.

FIRST, which is a division of a national bank engaged in the business of financing insurance premiums, is willing to finance the $271,140.05 in premiums, taxes, and fees for the Policies, subject to Court approval, with a down payment of $73,110.01 and nine payments of $23,250.04 due on the first of each month, starting on or about July 10, 2026.[1] The annual percentage rate is 13.4%. To secure the repayment of this amount, any late charges, attorney's fees and expenses, and other costs under the financing agreement (collectively, the "**Indebtedness**"), the Debtors will grant and assign to FIRST a first priority lien on, and security interest in, the Policies, including all returned premiums and unearned premiums and all other collateral defined in the Finance Agreement (collectively, the "**Finance Agreement Collateral**"). A copy of the Finance Agreement is attached as **Exhibit 5**. Pursuant to the Finance Agreement, in

[1] The payment date on the Finance Agreement will change based on when the Policies are bound.

the event of a default, the Debtors irrevocably appoint FIRST as the Debtors' attorney-in-fact with full power of substitution and authority, to: (a) cancel the Policies; (b) receive all sums assigned to it, including the Finance Agreement Collateral; and (c) execute and deliver, on the Debtors' behalf, all documents relating to the Policies in furtherance of the Finance Agreement.

In order to reduce the cash the estate must fund at binding, Trustee Insurance Services is willing to advance a portion of the required down payment on the Debtors' behalf, with that advance to be repaid over five months. This means that upon Court approval of this Motion, the Debtors will need to pay FIRST $40,671.01 for the down payment (with $14,387.80 allocated to Ynez and $26,283.21 allocated to Pro Temecula), with nine monthly payments to FIRST of $23,250.04 starting on or about July 10, 2026 (with $8,235.88 allocated to Ynez and $15,014.16 allocated to Pro Temecula). Trustee Insurance Services will fund the balance of the deposit, which is $32,439.01, at 15% interest to be repaid over five months, which equates to $6,733.11 per month (allocated $2,384.08 to Ynez and $4,348.03 to Pro Temecula). There is no additional contract with Trustee Insurance Services other than as set forth in this Motion.

The Policies are essential to the preservation of the Debtors' assets and business and required by its secured creditors and the Office of the United States Trustee. The form of the proposed order required by FIRST is attached as **Exhibit 6**.

## III. LEGAL ARGUMENT

Under section 1108 of the Bankruptcy Code, the Debtors are authorized to operate their businesses. Section 363(c )(1) authorizes a debtor-in-possession to enter into ordinary course transactions and to use property of the estate in the ordinary course of business. The Debtors intend to enter into the Finance Agreement in the ordinary course of their affairs and believe that honoring their obligations under the Finance Agreement is in the best interests of their estates.

Section 364 of the Bankruptcy Code authorizes the Debtors to obtain postpetition financing in the manner proposed in the Finance Agreement. Specifically, Section 364(c) provides, in pertinent part, that if the debtor is unable to obtain credit solely on an unsecured basis,

the court "may authorize the obtaining of credit or the incurring of debt – (2) secured by a lien on property of the estate that is not otherwise subject to a lien." 11 U.S.C. § 364(c)(2). By extending secured credit under the Finance Agreement, FIRST is enabling the Debtors to obtain coverage under the Policies, subject to FIRST's first-priority lien and security interest. Additionally, FIRST is extending financing under the Finance Agreement in good faith and is entitled to the protections of Section 364(e).

The Debtors and FIRST have reached an agreement that the adequate protection appropriate for this financing, subject to the approval of the Court, is as follows:

a. The Debtors are authorized and directed to timely make all payments due under the Finance Agreement and FIRST is authorized to receive and apply such payments to the Indebtedness pursuant to the Finance Agreement.

b. If the Debtors do not make any of the payments under the Finance Agreement as and when due, the stay of Section 362(a) (to the extent otherwise applicable) shall automatically lift (without further order of the Court) to enable FIRST and/or third parties, including insurance companies providing the coverage under the Financed Policies, to take all steps necessary and appropriate to cancel the Financed Policies, recover and collect the Finance Agreement Collateral, and apply the Finance Agreement Collateral to the Indebtedness. In exercising such rights, FIRST and/or third parties shall comply with the notice and other relevant provisions of the Finance Agreement.

c. If any Indebtedness remains unpaid after application of the Finance Agreement Collateral, following an event of a default or otherwise, such unpaid amount shall be treated as an administrative expense claim pursuant to Section 503(b)(1) in the Debtor's bankruptcy estate.

d. If there are excess returned premiums, unearned premiums, or other Finance Agreement Collateral after application of the Finance Agreement Collateral to the Indebtedness, following and event of default or otherwise, the excess shall be turned over to the Debtors or any subsequently appointed trustees (under Chapter 7 or 11).

It is common practice for insurance premium finance lenders such as FIRST to require that the Debtors grant a security interest in the insurance policies financed in exchange for financing. Absent a first-priority lien on and security interest in the Finance Agreement Collateral, FIRST would not enter into the Finance Agreement. Further, the Debtors believe that they would be

unable to secure such financing on an unsecured basis from another lender on economic terms comparable to those under the Finance Agreement. The Debtors would be unable to take out the Financed Policies and obtain coverage in the absence of the Finance Agreement, and the Finance Agreement Collateral would not exist but for the Finance Agreement. The Debtors are seeking the consent of their secured creditor to the use of cash to pay the premiums for the Policies but, in the event such affirmative consent is not forthcoming, seek authorization to use its cash to pay for the Policies because the Policies insure its collateral and protect the estate from liability for any injuries or incidents during the administration of this case.

The Debtors have determined in their business judgment that the Finance Agreement is the Debtors' best option and provides the most favorable terms. The Debtors believe the Finance Agreement and its terms are commercially fair and reasonable. The Debtors are required to maintain adequate insurance coverage and, without it, would be unable to operate. Moreover, approval of the Finance Agreement will ensure that the Debtors can continue to operate and will not prejudice the legitimate interests of creditors and other parties in interest.

Accordingly, the Debtors believe that the Motion may be granted.

## IV. <u>CONCLUSION</u>

WHEREFORE, the Debtors request that the Court enter an order in the form attached as Exhibit 4 and grant such other and further relief as the Court may deem just and appropriate

Respectfully submitted,

DATED: July 1, 2026

**RAINES FELDMAN LITTRELL LLP**

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
Counsel for Debtors-in-Possession

**DECLARATION OF HOWARD GROBSTEIN**

I, Howard Grobstein, declare as follows:

1. I am a partner with Grobstein Teeple LLP ("**GT**"), which is a financial advisory firm with its principal office located at 6300 Canoga Avenue, Suite 1500W, Woodland Hills, California 91367. GT also has offices in the Orange County, Las Vegas, Metro Washington, Riverside, Boston and Phoenix areas. I know each of the following facts to be true of my own personal knowledge, except as otherwise stated and, if called as a witness, I could and would competently testify with respect thereto. I make this declaration in support of the *Motion Pursuant to 11 U.S.C. § § 364(b) to Enter Into Premium Finance Agreement with FIRST Insurance Funding, a Division of Lake Forest Bank & Trust Company, N.A.* (the "**Motion**"). Capitalized terms not defined in this declaration shall have the same meaning as in the Motion.

2. On March 3, 2026 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned cases. The Debtors are operating as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner have been made in these cases and no official committees have been appointed or designated. Because they own different parcels of the same shopping center and have the same ownership and management structure, the Debtors sought joint administration of their cases and the Court granted that motion.

3. The Debtors own different parcels of a retail shopping center located at Ynez Road and Rancho California Road in Temecula, California. Pro Temecula owns four of the parcels (the "Pro Temecula Property") and Ynez Shops, LLC, owns the rest (the "Ynez Property" and together with the Pro Temecula Property, the "Property"). The Pro Temecula Property was appraised at Nano Banc's request in December 2024, and it was appraised in as-is condition at $54,400,000. I am informed that Pro Temecula owes Nano Banc approximately $34,194,705. The Ynez Property was appraised at the same time in as-is condition at $37,460,000, and I am informed that Ynez owes Nano Banc approximately $23,528,000.

4. Prepetition, Nano Banc commenced nonjudicial foreclosure proceedings and also sued the Debtors in Orange County Superior Court. The Debtors filed their cases to avoid losing the Property at a foreclosure sale.

5. Because of allegations of fraudulent conduct by Continuum Analytics in these and other cases and the concern of various constituencies and so these cases could proceed without those allegations hampering their ability to move forward, the Debtors agreed to retain me as their manager. I was appointed as the Debtors' managers effective April 20, 2026, when amendments to the Debtors' operating agreements were signed. I intend to sell the Property.

6. The Property is currently insured under a group policy believed to have been obtained by Continuum Analytics, which I understand to be an asset manager for a number of different special purpose entities, including a number that have chapter 11 bankruptcy cases pending in the Central District of California and an unknown number of entities that have not sought bankruptcy protection. Based on a phone conversation with the Debtors' current insurance agent, because of the way that the financing for the insurance policies was structured, a default by one entity in payment of its share of the premium may jeopardize the coverage for the other entities. Because the Debtors do not have control over that and given the importance of having sufficient insurance coverage, I obtained quotes for a standalone insurance policy. A true and correct copy of the proposal from Burlington Insurance Company for a liability policy is attached as Exhibit 1. With respect to property insurance, because of the number of individual structures and insured values, the risk is spread between three carriers, as follows: (1) Axis Surplus Insurance Company to provide $5 million of coverage; (2) Ategrity Specialty Insurance Company to provide another $5 million of coverage; and (3) Homeland Insurance Company of New York to provide $47,121,875 of coverage in excess of the initial $10 million. True and correct copies of the property policy quotes are attached as **Exhibits 2, 3, and 4, respectively**. I am informed that StarStone National Insurance Company and Scottsdale Insurance Company will issue $10 million of umbrella coverage (together, the liability, property and umbrella policies are referred to as the "Policies"). The cumulative annual premiums for the Policies, with fees and taxes, total $271,140.05.

7. FIRST, which I am informed is a division of a national bank engaged in the business of financing insurance premiums, is willing to finance the $271,140.05 in premiums, taxes, and fees for the Policies, subject to Court approval. A true and correct copy of the Finance Agreement is attached as Exhibit 3. The form of the order required by FIRST is attached as **Exhibit 5**.

8. In order to reduce the cash the estates must fund at binding, Trustee Insurance Services, who was the broker I used and have used before in a number of other cases, is willing to advance a portion of the required down payment on the Debtors' behalf, with that advance to be repaid over five months. This means that upon Court approval of this Motion, will need to pay FIRST $40,671.01 for the down payment (with $14,387.80 allocated to Ynez and $26,283.21 allocated to Pro Temecula), with nine monthly payments to FIRST of $23,250.04 starting on or about July 10, 2026 (with $8,235.88 allocated to Ynez and $15,014.16 allocated to Pro Temecula). Trustee Insurance Services will fund the balance of the deposit, which is $32,439.01, at 15% interest to be repaid over five months, which equates to $6,733.11 per month (allocated $2,384.08 to Ynez and $4,348.03 to Pro Temecula). There is no additional contract with Trustee Insurance Services other than as set forth in this Motion.

9. As of July 1, 2026, Ynez had $60,456.26 in cash on hand and Pro Temecula had $327,933.40 in cash on hand.

10. Because of delays in getting financial information from former management, I am just now able to prepare 13-week cash flow projections that I believe are accurate and which I will submit to the secured creditor for review. I intend to seek Court approval of either a stipulation for the use of cash collateral or a motion for the use of cash collateral. Until then, I have been seeking consent on an expense by expense basis. I do not believe that utilizing the cash on hand to pay for the annual premium in one lump sum would be prudent and would likely cause at least one of the Debtors to need to seek debtor-in-possession financing to cover its other expenses pending a sale of the Property.

11. The Policies are essential to the preservation of the Debtors' assets and business and required by their secured creditor and the Office of the United States Trustee. Based on my

experience as a fiduciary and because Trustee Insurance Services solicited insurance proposals and financing proposals on my behalf and the one presented to the Court is the best, I believe that the Finance Agreement offers the best terms available and that the Debtors would be unable to secure such financing on an unsecured basis from another lender on economic terms comparable to those under the Finance Agreement. The Debtors would be unable to take out the Policies and obtain coverage in the absence of the Finance Agreement because of the cash on hand, and the Finance Agreement Collateral would not exist but for the Finance Agreement.

12. The Debtors are requesting that the hearing on the Motion be set on shortened time because the Policies are set to be bound on or about July 10, 2026. I am concerned that the current property and liability policies were placed by the Debtors' former asset manager, Continuum Analytics, and that if Continuum defaults on any portion of its share of the payments, it puts the Debtors' insurance coverage into jeopardy. The Debtors do not have sufficient funds on hand to pay the entire premium payments so must finance the premiums. The Motion was filed promptly after the final figures were received from the insurance broker and after the legal team at the premium finance company, which requested to approve the Motion before it was filed, approved the form of the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 1st day of July, 2026, at Woodland Hills, California.

______________________________
HOWARD GROBSTEIN

# EXHIBIT 1

RYAN®
TURNER
SPECIALTY

RT Specialty
540 West Madison St
9th Floor
Chicago, IL 60661
Tom Mullins
312-878-8318

# Insurance Proposal

**May 28, 2026**

**Trustee Insurance Agency**
Attn: Jessica Cox
PO Box 190 Vicksburg, MI 49097

**Applicant:** Ynez Shops LLC
520 Newport Center Dr Ste 480
Newport Beach, CA 92660

**Submission #:** APP114554274
**Policy Period:** 06/01/2026 12:01 AM To 06/01/2027 12:01 AM
**Coverage:** Liability
**Issuing Company:** Burlington Insurance Company

---

**CALIFORNIA SHORT RATE CANCELLATION PENALTY DISCLOSURE**

Please be advised that if you request cancellation of your policy prior to the expiration, the policy may be cancelled at a rate less than pro rata.

Please refer to your policy for specific terms and conditions.

RT Specialty
540 West Madison St
9th Floor
Chicago, IL 60661
Tom Mullins
312-878-8318

# Insurance Proposal

**May 28, 2026**

**Trustee Insurance Agency**
Attn: Jessica Cox
PO Box 190 Vicksburg, MI 49097

**Applicant:** Ynez Shops LLC
520 Newport Center Dr Ste 480
Newport Beach, CA 92660

**Submission #:** APP114554274
**Policy Period:** 06/01/2026 12:01 AM To 06/01/2027 12:01 AM
**Coverage:** Liability
**Issuing Company:** Burlington Insurance Company

---

We are pleased to submit our proposal for the above captioned applicant.

Please read the attached quote carefully as coverage offered may be more limited than coverage requested.

Note :

Minimum earned premium may apply to this policy. See attached carrier quote for specifics. Please note that all fees are fully earned at inception.

TRIA coverage if applicable is offered on the attached carrier's quote.

Please review any minimum and deposit, audit, and/or cancellation provisions on the attached carrier quote for details regarding possible return premiums and additional premium charges.

I look forward to hearing from you, and please call if you have any questions.

Thank you for your business.

Regards,

Tom Mullins
President
RT Specialty
Tom.Mullins@rtspecialty.com
312-878-8318

Kevin Verkler
Vice President
RT Specialty
kevin.verkler@rtspecialty.com
312-761-1053

RYAN® TURNER SPECIALTY

RT Specialty
540 West Madison St
9th Floor
Chicago, IL 60661
Tom Mullins
312-878-8318

# Insurance Proposal

## Cost Summary

| | |
|---|---|
| General Liability Premium | $43,052.00 |
| Policy Fee | $1,500.00 |
| CA Surplus Lines Tax | $1,291.56 |
| CA Stamp Fee | $77.49 |
| **Total Policy Cost** | **$45,921.05** |

**Minimum Earned**

Note: There may be a minimum earned on this policy. Please refer to the carrier quote for more details on the minimum earned percentage.

**Agent Commission: 10.00%**

**Disclosures**

RT Specialty is typically compensated through commission from the insurer for the placement of policies in most transactions. The amount of the commission varies by insurance line and by carrier. RT Specialty might also receive additional compensation. In order to place the insurance requested we may charge a reasonable fee for additional services such as performing a risk analysis, comparing policies, processing submissions, communication expenses, inspections, working with underwriters on the coverage proposal, issuing policies, or servicing the policy after issuance. Any fees charged are fully earned at inception of the policy. Third-party inspection or other fees may be separately itemized upon request. Our fees are applied to new policies, renewal policies, and endorsements. Fees applicable to each renewal and endorsement will be set forth in the quotes. It is the insurance carrier's decision whether to offer the insurance quoted, and your client's decision whether to accept the quote. Our fee is not imposed by state law or the Insurer.

Depending upon the Insurer involved with your placement, we might also have an agreement with the Insurer that we are proposing for this placement that might pay us future additional compensation This compensation could be based on formulas that consider the volume of business placed with the Insurer, the profitability of that business, how much of the business is retained for the Insurer's account each year, and potentially other factors. The agreements frequently consider total eligible premium from all clients placed during a calendar year and any incentive or contingent compensation is often received at a future date. Because of variables in these agreements, we often do not have an accurate means at the time of placement to determine the amount of any additional compensation that might be attributable to any single placement. You, as the retail broker with the direct relationship with the Insured, must comply with all applicable laws and regulations related to disclosure of and consent and agreement to, compensation, and informing the Insured that it may request more information about producer or broker compensation that might be paid in connection with the Insured's placement. If we request a copy of any legally required insured consent or agreement, you will provide us with a copy. If you need additional information about the compensation arrangements for services provided by RT Specialty affiliates, please contact your RT Specialty representative.

RT Specialty is a division of RSG Specialty, LLC. RSG Specialty, LLC is a Delaware limited liability company and a subsidiary of Ryan Specialty, LLC. In California: RSG Specialty Insurance Services, LLC (License # 0G97516).

RYAN® TURNER SPECIALTY

RT Specialty
540 West Madison St
9th Floor
Chicago, IL 60661
Tom Mullins
312-878-8318

# Insurance Proposal

## Subjectivities

- Signed and completed Acord Application
- Due Diligence Forms (if required by state - Non-Admitted Only)
- Signed TRIA form if insured is accepting or rejecting terrorism coverage
- This quote is subject to receiving currently valued, acceptable loss runs for the last 5 policy terms prior to binding.
- Signed and completed Supplemental Application
- A written request to bind coverage is required prior to binding
- Please provide Inspection Contact Name and Phone Number at binding (email if available). Coverage is subject to a satisfactory inspection.

**The Subjectivities outlined above are required prior to binding. Please forward all requested information with your bind request. No coverage is considered bound until confirmed in writing and all subjectivities have been addressed.**

IFG Companies

## COMMERCIAL GENERAL LIABILITY QUOTE

| | |
|---|---|
| **Date:** | 05/28/2026 |
| **Producer:** | 0820 - RT Specialty, a Division of RSG Specialty, LLC - Chicago, IL |
| **Attention:** | Kevin Verkler |
| **Underwriter:** | |
| **Applicant:** | Ynez Shops LLC |
| **Principal Address:** | 520 Newport Center Dr, Ste 480<br>Newport Beach, CA 92660 |
| **Proposed Policy Period:** | 06/01/2026 to 06/01/2027 |
| **Quote Number:** | QML5137399 |
| **Insurance Company:** | The Burlington Insurance Company - Non-Admitted |
| **Limits of Liability:** | |
| **General Aggregate:** | $2,000,000 |
| **Products/Comp Ops Aggregate:** | $2,000,000 |
| **Personal/Advertising Injury:** | $1,000,000 |
| **Per Occurrence:** | $1,000,000 |
| **Damage to Premises Rented:** | $100,000 |
| **Medical Payments(any one person):** | Excluded |
| **Deductible:** | $2,500 BI/PD PI & AI, ALAE Per Occurrence |
| **Policy Form:** | General Liability- Occurrence - CG 00 01 04 13 |
| **Total Terrorism Premium:** | $ 2,153 (if elected) see "Special Disclosure on Terrorism" section on the following pages) |
| **Advance Premium** **(for policy period):** | $43,052 (Add Total Terrorism Premium above to Advance Premium due if elected) |
| **Minimum Earned Premium:** | 25% of Minimum Premium if cancelled within the 1st 90 days, otherwise Pro Rata (except for that portion of the premium shown in the policy as fully earned) |
| **Premium Subject to Audit:** | No |

**Premium Payment Terms:** Annual Pay **Down Payment:** 100%

**Premium Payment is due:** Upon receipt of the premium accounting statement

**ENDORSEMENTS/EXCLUSIONS:**

BG-G-004 11 21 Exclusion - Lead Substance
BG-G-007 11 21 Exclusion - Asbestos, Silica
BG-G-119 11 17 Definition - Employee
BG-G-371 03 17 Exclusions - Construction or Demolition
CG 00 01 04 13 General Liability Coverage Form
CG 00 70 01 26 Exclusion - War
CG 20 11 12 19 Addl Insured - Manager/Lessor (Blanket Wording Applies)
CG 20 18 12 19 Additional Insured - M, A, R (Blanket Wording Applies)
CG 21 32 05 09 Communicable Disease Exclusion
CG 21 35 10 01 Exclusion - Coverage C - MedPay
CG 21 36 03 05 Exclusion -- New Entities
CG 21 44 07 98 Cov Limit Designated Project *
CG 21 47 12 07 Employment Practices Exclusion
CG 21 67 12 04 Fungi or Bacteria Exclusion
CG 24 04 12 19 Waiver Of Rights Of Recovery (Blanket Wording Applies)
D-2 01 20 California Surplus Lines Notice
GSG-G-021 03 17 Exclusion - Intellectual Properties
IFG-G-0002-DL 10 25 General Liability Declarations
IFG-G-0051 08 21 Exclusion - Liquor Liability
IFG-G-0052 03 26 Deductible Liability Insurance
IFG-G-0093 11 22 Exclusion - Cross Suits NI v NI
IFG-G-0105 03 17 Exclusion - Professional Liability
IFG-G-0156 04 19 Total Poll Excl W/ Hostile Fire
IFG-G-0197 05 25 Amendmt - Employer's Liability Excl
IFG-G-0201 03 17 Exclusion - Aircraft, Auto Or Watercraft
IFG-G-0208 04 19 Excl - Injury to Indep Contr/Subcon
IFG-G-0241 03 21 NY - Excl - Any Constr or Contr
IFG-G-0304 12 24 Exclusion - PFAS
IFG-I-0002 05 24 Policy Cover Page
IFG-I-0101 10 25 Common Policy Declarations
IFG-I-0150 03 03 Listing of Forms and Endts

IFG-I-0168 03 17 Minimum Premium

IFG-I-0408 01 17 CA Service of Suit Amendment

IFG-I-1004 11 21 Exclusion - Cyber Incident

IL 00 17 11 98 Common Policy Conditions

IL 00 21 09 08 Nuclear Energy Liability Exclusion

IL P 001 01 04 OFAC - Notice to Policyholder

***More details applicable to the exclusions and/or limitations asterisked above are provided below:**

CG 21 44 07 98 – Premises: Each "location" covered by this policy and described in the Declarations.
Project:

**Special Disclosure on Terrorism To Applicant:**

**Under the Terrorism Risk Insurance Act, as amended (TRIA), the applicant has the right to purchase Terrorism coverage. Additional premium would be 5 % of the premium shown on Page 1 or $500, whichever is greater. The premium for Terrorism is flat, fully earned.**

**Per Terrorism Risk Insurance Act, as amended (TRIA), the United States Government generally reimburses a share of losses caused by certified acts of terrorism.**

**THIS IS TO ADVISE THE APPLICANT THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.**

**Broker must have original on file and forward a copy to us for our file a properly executed Form C - "Policyholder Disclosure Notice of Terrorism Insurance Coverage" upon binding coverage.**

This Quote will expire 30 days from the date of this quote or the proposed effective date, whichever is later.

Coverage is offered on a Non-Admitted Basis.The Policy is subject to the Surplus Lines Laws in your state. You should make every effort to comply with any special provisions and regulations of your State. You must add all applicable Taxes and Fees to the quoted premium. You are responsible for the collection and remittance of surplus lines taxes to be filed directly with the applicable state(s).

Coverage shall be subject to all terms and conditions of the policy to be issued which when issued will replace any and all of our quote(s) and/or binder(s) without any further notice.

Your agency has no authority to Bind this risk. If Binder is desired, you must request such from us and receive written confirmation to that effect from us.

**PLEASE NOTE:**

**This quote is subject to the following:**

**This insurance is issued pursuant to the California Insurance Code, Sections 1760 through 1780, and is placed in an insurer or insurers not holding a Certificate of Authority from or regulated by the California Insurance Commissioner.**

Due by: Prior to Policy Bind

Receipt of the completed Acord Application, completed, signed and dated by the insured Prior to Policy Bind.

Receipt of the completed TRIA selection/rejection form signed and dated by the insured, Form C 12 20 (completed/signed to reflect insureds decision to elect or reject terrorism coverage)

Receipt of completed Surplus Lines information form.

Due by: Prior to Policy Issuance

Receipt of last five year currently valued loss runs, with favorable loss experience. If any losses or adverse change/development, we may need to alter our quote.

Copy of lease used with commercial tenants evidencing CGL limits required in the insured’s favor including: (a.) hold harmless language with indemnification wording; (b.) additional insured status on a primary and non-contributory basis; (c.) limits requirements; (d.) equivalent coverage.

Due by: 07/31/2026

IFG will order the inspection – Please confirm Inspection Contact Name and Contact Information has been provided.

**Please read all terms and conditions shown above carefully as they may not conform to the specifications shown in your submission.**

Transmittal Disclaimer

This fax or email message is strictly confidential and is intended solely for the person or organization to which it is addressed. It may contain privileged and confidential information and, if you are not the intended recipient, you must not copy or distribute it or take action in reliance on it. If you have received this message in error, please notify the sender as soon as possible.

Ed. 4/1/2010

# Rate Summary

Insured: Ynez Shops LLC

Quote Number: QML5137399

Proposed Effective Date: 06-01-2026 Proposed Expiration Date: 06-01-2027

**Location Addresses:**

Location 1 - 25776 Ynez Rd Temecula, CA 92591
Location 2 - 27536, 27560 Ynez Rd Temecula, CA 92591
Location 3 - 29720, 29560, 29640 Rancho California Road Temecula, CA 92591
Location 4 - 27520 Ynez Road Temecula, CA 92591
Location 5 - 27644, 27648 Ynez Road Temecula, CA 92591

## Commercial General Liability

| Loc. | Class Code | Prem-Op | Products | Estimated Exposure |
|---|---|---|---|---|
| 1 | 67635-Shopping Centers - Buildings, Or Premises Not Occupied By The Insured (Lessor's Risk On | 103.05427 | NA | 45,100 Area in Sq.Ft. |
| 1 | 46607-Parking - Public - Shopping Centers - Maintained By The Insured (Lessor's Risk Only) | 39.59831 | NA | 34,500 Area in Sq.Ft. |
| 2 | 67635-Shopping Centers - Buildings, Or Premises Not Occupied By The Insured (Lessor's Risk On | 103.05427 | NA | 86,000 Area in Sq.Ft. |
| 2 | 46607-Parking - Public - Shopping Centers - Maintained By The Insured (Lessor's Risk Only) | 39.59831 | NA | 144,000 Area in Sq.Ft. |
| 3 | 67635-Shopping Centers - Buildings, Or Premises Not Occupied By The Insured (Lessor's Risk On | 103.05427 | NA | 34,362 Area in Sq.Ft. |
| 3 | 46607-Parking - Public - Shopping Centers - Maintained By The Insured (Lessor's Risk Only) | 39.59831 | NA | 53,500 Area in Sq.Ft. |
| 4 | 67635-Shopping Centers - Buildings, Or Premises Not Occupied By The Insured (Lessor's Risk On | 103.05427 | NA | 54,167 Area in Sq.Ft. |
| 4 | 46607-Parking - Public - Shopping Centers - Maintained By The Insured (Lessor's Risk Only) | 39.59831 | NA | 178,500 Area in Sq.Ft. |
| 5 | 67635-Shopping Centers - Buildings, Or Premises Not Occupied By The Insured (Lessor's Risk On | 103.05427 | NA | 13,301 Area in Sq.Ft. |
| 5 | 46607-Parking - Public - Shopping Centers - Maintained By The Insured (Lessor's Risk Only) | 39.59831 | NA | 70,500 Area in Sq.Ft. |

*Disclaimer*

***The above* rates are *subject to change.* Refer *to the binder* or *policy* for *the final agreed* upon rates.**

*Premiums for non-auditable coverages, if applicable, can be found elsewhere in this quote. The total policy premium will be subject to our retention of the applicable minimum premium. Refer to the policy for detailed terms and conditions.*

**ALAMANCE INSURANCE COMPANY**
**FIRST FINANCIAL INSURANCE COMPANY**
**GUILFORD INSURANCE COMPANY**
**THE BURLINGTON INSURANCE COMPANY**

IFG Companies

## FORM C

# POLICYHOLDER DISCLOSURE NOTICE OF TERRORISM INSURANCE COVERAGE

| | | |
|---|---|---|
| Insured: | Ynez Shops LLC | Policy No.: |
| Address: | 520 Newport Center Dr, Ste 480 | Type of Policy: General Liability |
| City, State, Zip: | Newport Beach , CA 92660 | Policy Term: 06-01-2026 to 06-01-2027 |

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, you have a right to purchase insurance coverage for losses resulting from acts of terrorism. *As defined in Section 102(1) of the Act:* the term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury - in consultation with the Secretary of Homeland Security, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHERE COVERAGE IS PROVIDED BY THIS POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM, SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES 80% OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS THAT MAY BE COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

<u>Property:</u> Terrorism coverage cannot be rejected under Standard Fire Policy statutes in AZ, CA, CT*, GA*, HI*, IL*, IA*, MA*, ME, MO, NJ*, NY*, NC*, OR, RI*, VA*, WA*, WV*, and WI (* Not applicable to Inland Marine). If your policy provides commercial property insurance in these standard fire policy states, the premium we charge for property insurance includes the premium for the statutorily required terrorism coverage. Additional charges will be applicable for perils not statutorily required if you elect to purchase this terrorism coverage option (see amount below).

**See page two (2) for premiums and Acceptance or Rejection**

ALAMANCE INSURANCE COMPANY
FIRST FINANCIAL INSURANCE COMPANY
GUILFORD INSURANCE COMPANY
THE BURLINGTON INSURANCE COMPANY

IFG Companies

# FORM C

**Acceptance or Rejection Of Terrorism Insurance Coverage:** (check all applicable boxes)
You may accept or reject this offer of coverage. If you choose to accept this coverage, the premium for this coverage is payable according to the terms of policy. You may reject this offer by completing and signing this statement and returning it to us. If you send us a signed rejection of coverage, your policy will exclude coverage for certified terrorism losses.

**The premium(s) shown below are subject to change. Refer to the binder or policy for final premium(s)**

The premium for terrorism coverage will be: Liability $2,153

The premium for terrorism coverage will be: Excess Liability / Umbrella N/A

The premium for terrorism coverage will be: Property N/A

The premium for terrorism coverage will be: Inland Marine N/A

☐ I hereby elect to purchase terrorism coverage for Liability
☐ I hereby elect to purchase terrorism coverage for Excess Liability / Umbrella
☐ I hereby elect to purchase terrorism coverage for Property
☐ I hereby elect to purchase terrorism coverage for Inland Marine

☐ Except as indicated by any elections above, I hereby decline to purchase terrorism insurance coverage for certified acts of terrorism. I understand that I will have no coverage for losses resulting from certified acts of terrorism.

______________________________________________
Policyholder/Applicant's Signature Date

______________________________________________
Print Name

**RETURN THIS COMPLETED FORM TO YOUR INSURANCE AGENT**

# SURPLUS LINES INFORMATION REQUIRED FOR POLICY ISSUANCE

| | |
|---|---|
| Insured Name: | Ynez Shops LLC |
| Policy Number: | |
| Effective Date of Policy: | 06/01/2026 |
| Broker: | 0820 - RT Specialty, a Division of RSG Specialty, LLC |
| **Surplus Lines Tax to be paid in (State):**<br>(Required for all states) | ________________ |
| **Individual Surplus Lines Broker License Number:**<br>(Required for all States)<br><br>*Broker: If **MT,** you are required to insert this broker license number in the Surplus Lines notice at the bottom of the Common Declarations before delivering the policy to the insured.* | <br><br>This license number must be the broker who will be reporting the premium to the state. This is required for policy issuance. |
| Surplus Lines Broker Full Name:<br>(Required for **ID** Only)<br>*Broker: ID requires that you insert this name in the Surplus Lines notice at the bottom of the Common Declarations before delivering the policy to the insured.* | |
| **Entity Surplus Lines Broker License Number:**<br>(Required for all states except FL, GA, ID, IL, IA, KS, ME, MN, MO, MS, RI, SC, SD, TN, VT, WI, WV) | ________________________________ |
| *Broker: If **NJ ,** provide:*<br><br>NJ Surplus Lines Transaction Number: | ________________________________ |
| *Broker: If SC, provide:*<br><br>Policy Fee, if any for this policy | ________________ |

**Please return this information to your Underwriter**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – LEAD BEARING SUBSTANCE

This endorsement modifies insurance under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
AUTO DEALERS COVERAGE FORM
GARAGE COVERAGE FORM

**A.** Paragraph **G.** of this endorsement is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal and Advertising Injury Liability** under the Commercial General Liability Coverage Form.

**B.** Paragraph **G.** of this endorsement is added to Paragraph **2. Exclusions** of **Section I – Coverages – Bodily Injury and Property Damage Liability** under the Owners And Contractors Protective Liability Coverage Form.

**C.** Paragraph **G.** of this endorsement is added to Paragraph **2. Exclusions** of **Section I – Coverages – Products/Completed Operations – Bodily Injury and Property Damage Liability** under the Products/Completed Operations Liability Coverage Form.

**D.** Paragraph **G.** of this endorsement is added to Paragraph **2. Exclusions** of **Section II – General Liability Coverages A. Bodily Injury and Property Damage** and Paragraph **2. Exclusions** of **Section II – General Liability Coverages B. Personal and Advertising Injury Liability** and Paragraph **B. Exclusions** of **Section III - Acts, Errors Or Omissions Liability Coverage** under the Auto Dealers Coverage Form.

**E.** Paragraph **G.** of this endorsement is added to Paragraph **B. Exclusions** of **Section II – Liability Coverage** under the Garage Coverage Form.

**F.** When the Miscellaneous Professional Liability Coverage endorsement is attached, Paragraph **G.** of this endorsement is added to Paragraph **2. Exclusions** under the Miscellaneous Professional Liability Coverage endorsement.

**G.** This insurance does not apply to:

**Lead Bearing Substance**

**1.** Any "injury or damage" caused by or arising, directly or indirectly, in whole or in part out of:

**a.** The actual, alleged, threatened, or suspected inhalation, ingestion, absorption, consumption, existence, application, presence or use of, contact with, or exposure to lead in any form; or

**b.** Any disease or ailment caused by plumbism (lead poisoning).

**2.** Any loss, cost, or expense arising out of any:

**a.** Request, demand, order, or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, dispose of, or in any way respond to or assess the effects of lead; or

**b.** Claim or suit brought by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, disposing of, or in any way responding to or assessing the effects of lead.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**a.** The providing of instructions, warnings, or labeling;

**b.** The supervision, hiring, employment, training, or monitoring of others by that insured; or

**c.** The rendering of or failure to render aid, medical or otherwise, to any person.

Specimen


Includes copyrighted material of
ISO Properties, Inc., with its permission.

**H.** For the purposes of this endorsement, the following is added to the **Definitions** section:

"Injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes any "act, error or omission", "bodily injury", "covered pollution cost or expense", "loss", "property damage", "personal and advertising injury", or "personal injury" as defined in the applicable Coverage Part.

**All other terms and conditions of this Policy remain unchanged.**

Specimen


Includes copyrighted material of
ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ASBESTOS, SILICA OR OTHER SIMILAR FIBROUS OR MINERAL SUBSTANCES

This endorsement modifies insurance under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
AUTO DEALERS COVERAGE FORM
GARAGE COVERAGE FORM

**A.** Paragraph **G.** of this endorsement is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal and Advertising Injury Liability** under the Commercial General Liability Coverage Form.

**B.** Paragraph **G.** of this endorsement is added to Paragraph **2. Exclusions** of **Section I – Coverages – Bodily Injury and Property Damage Liability** under the Owners And Contractors Protective Liability Coverage Form.

**C.** Paragraph **G.** of this endorsement is added to Paragraph **2. Exclusions** of **Section I – Coverages – Products/Completed Operations – Bodily Injury and Property Damage Liability** under the Products/Completed Operations Liability Coverage Form.

**D.** Paragraph **G.** of this endorsement is added to Paragraph **2. Exclusions** of **Section II – General Liability Coverages A. Bodily Injury and Property Damage** and Paragraph **2. Exclusions** of **Section II – General Liability Coverages B. Personal and Advertising Injury Liability** and Paragraph **B. Exclusions** of **Section III - Acts, Errors Or Omissions Liability Coverage** under the Auto Dealers Coverage Form.

**E.** Paragraph **G.** of this endorsement is added to Paragraph **B. Exclusions** of **Section II – Liability Coverage** under the Garage Coverage Form.

**F.** When the Miscellaneous Professional Liability Coverage endorsement is attached, Paragraph **G.** of this endorsement is added to Paragraph **2. Exclusions** under the Miscellaneous Professional Liability Coverage endorsement

**G.** This insurance does not apply to:

**Asbestos, Silica Or Other Similar Fibrous Or Mineral Substances**

**1.** Any "injury or damage" caused by or arising, directly or indirectly, in whole or in part out of:

**a.** The actual, alleged, threatened, or suspected inhalation, ingestion, absorption, consumption, existence, application, presence or use of, contact with, or exposure to asbestos, asbestos dust, "silica", or any other similar fibrous or mineral substance in any form;

**b.** The handling, distribution, sale, processing, repackaging, testing, analyzing, marketing, production, manufacturing, storage, delivery, transport, warehousing, use, disposal, or removal of asbestos, asbestos dust, "silica", or any other similar fibrous or mineral substance in any form whether or not it is incorporated into "your product or your work";

**c.** Any vapor, gas, dust, fumes, or any substance in any form produced by or arising out of any process or procedure involving asbestos, asbestos dust, "silica", or any other similar fibrous or mineral substance in any form; or

**d.** Any goods, products, or materials to which asbestos, asbestos dust, "silica", or any other similar fibrous or mineral substance in any form has been applied or incorporated into by any party, including, but not limited to, any manufacturer, processor, or distributor of such goods, products, or materials.

Specimen


Includes copyrighted material of ISO Properties, Inc., with its permission.

**2.** Any loss, cost, or expense arising out of any:

**a.** Request, demand, order, or statutory or regulatory requirement that any insured or others abate, test for, monitor, clean up, remove, remediate, contain, treat, detoxify, neutralize, dispose of, or in any way respond to or assess the existence or effects of any such substance by any insured or by any other person or entity; or

**b.** Claim or suit brought by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, disposing of, or in any way responding to or assessing the effects of asbestos, asbestos dust, "silica", or any other similar fibrous or mineral substance in any form.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**a.** The providing of instructions, warnings, or labeling;

**b.** The supervision, hiring, employment, training, or monitoring of others by that insured; or

**c.** The rendering of or failure to render aid, medical or otherwise, to any person.

**H.** For the purposes of this endorsement, the following is added to the **Definitions** section:

**1.** "Injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes any "act, error or omission", "bodily injury", "covered pollution cost or expense", "loss", "property damage", "personal and advertising injury", or "personal injury" as defined in the applicable Coverage Part.

**2.** "Your product or your work" means your product or work covered under any Coverage Part to which this endorsement is applicable, and includes "products", "work you performed", "your product", or "your work" as defined in the applicable Coverage Part.

**3.** "Silica" (CAS No. 7631-86-9) means a chemical compound of silicon and oxygen, also known as Silicon Dioxide, Quartz and Cristobalite in dust or any other form, including any chemical compound, derivative, or by-product thereof.

**All other terms and conditions of this Policy remain unchanged.**

Specimen


Includes copyrighted material of ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEFINITION - EMPLOYEE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
GARAGE COVERAGE FORM

**A.** Paragraph **D.** of this endorsement replaces Definition **J.** of the **Definitions** section under the Auto Dealers Coverage Form.

**B.** Paragraph **D.** of this endorsement replaces Definition **5.** of the **Definitions** section under the Commercial General Liability Coverage Form.

**C.** Paragraph **D.** of this endorsement replaces Definition **G.** of the **Definitions** section under the Garage Coverage Form.

**D.** "Employee" means a person working for salary or wages, or any substitute for salary or wages, as compensation in any manner by any insured, under any contract of hire, express or implied, oral or written, where the insured, as employer, has the power or right to control and direct the employee. "Employee" includes a person hired by the hour, day or any other irregular or intermittent period. "Employee" includes a "leased worker" or "temporary worker".

**All other terms and conditions of this Policy remain unchanged.**

Specimen

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSIONS – CONSTRUCTION OR DEMOLITION, AND UNDECLARED PREMISES, LOCATIONS OR OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusions are added to Paragraph **2., Exclusions** of **Section I - Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

This insurance does not apply to:

**A. Construction Or Demolition**

"Bodily injury", "property damage" or "personal and advertising injury" arising out of any of the following operations performed by or on behalf of any insured:

**1.** Construction;

**2.** Renovation;

**3.** Demolition; or

**4.** Structural alterations that involve changing the size of or moving buildings or other structures.

**B. Undeclared Premises, Locations Or Operations**

"Bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** Premises or locations owned, leased or rented by the insured that are not declared in the policy; or

**2.** Operations or "products-completed operations hazard" not declared in the Classification schedule in the policy, whether or not such operations or "products-completed operations hazard" are continuous, intermittent, incidental, temporary or seasonal in nature.

**All other terms and conditions of this Policy remain unchanged.**

Specimen


Includes copyrighted material of ISO Properties, Inc., with its permission.

# NOTICE:

1. THE INSURANCE POLICY THAT YOU HAVE PURCHASED IS BEING ISSUED BY AN INSURER THAT IS NOT LICENSED BY THE STATE OF CALIFORNIA. THESE COMPANIES ARE CALLED "NONADMITTED" OR "SURPLUS LINE" INSURERS.

2. THE INSURER IS NOT SUBJECT TO THE FINANCIAL SOLVENCY REGULATION AND ENFORCEMENT THAT APPLY TO CALIFORNIA LICENSED INSURERS.

3. THE INSURER DOES NOT PARTICIPATE IN ANY OF THE INSURANCE GUARANTEE FUNDS CREATED BY CALIFORNIA LAW. THEREFORE, THESE FUNDS WILL NOT PAY YOUR CLAIMS OR PROTECT YOUR ASSETS IF THE INSURER BECOMES INSOLVENT AND IS UNABLE TO MAKE PAYMENTS AS PROMISED

4. THE INSURER SHOULD BE LICENSED EITHER AS A FOREIGN INSURER IN ANOTHER STATE IN THE UNITED STATES OR AS A NON-UNITED STATES (ALIEN) INSURER. YOU SHOULD ASK QUESTIONS OF YOUR INSURANCE AGENT, BROKER, OR "SURPLUS LINE" BROKER OR CONTACT THE CALIFORNIA DEPARTMENT OF INSURANCE AT THE TOLL-FREE NUMBER 1-800-927-4357 OR INTERNET WEBSITE WWW.INSURANCE.CA.GOV. ASK WHETHER OR NOT THE INSURER IS LICENSED AS A FOREIGN OR NON-UNITED STATES (ALIEN) INSURER AND FOR ADDITIONAL INFORMATION ABOUT THE INSURER. YOU MAY ALSO VISIT THE NAIC'S INTERNET

Specimen

**WEBSITE AT WWW.NAIC.ORG. THE NAIC--THE NATIONAL ASSOCIATION OF INSURANCE COMMISSIONERS--IS THE REGULATORY SUPPORT ORGANIZATION CREATED AND GOVERNED BY THE CHIEF INSURANCE REGULATORS IN THE UNITED STATES.**

5. **FOREIGN INSURERS SHOULD BE LICENSED BY A STATE IN THE UNITED STATES AND YOU MAY CONTACT THAT STATE'S DEPARTMENT OF INSURANCE TO OBTAIN MORE INFORMATION ABOUT THAT INSURER. YOU CAN FIND A LINK TO EACH STATE FROM THIS NAIC INTERNET WEBSITE:**

   **HTTPS://NAIC.ORG/STATE_WEB_MAP.HTM.**

6. **FOR NON-UNITED STATES (ALIEN) INSURERS, THE INSURER SHOULD BE LICENSED BY A COUNTRY OUTSIDE OF THE UNITED STATES AND SHOULD BE ON THE NAIC'S INTERNATIONAL INSURERS DEPARTMENT (IID) LISTING OF APPROVED NONADMITTED NON-UNITED STATES INSURERS. ASK YOUR AGENT, BROKER, OR "SURPLUS LINE" BROKER TO OBTAIN MORE INFORMATION ABOUT THAT INSURER.**

7. **CALIFORNIA MAINTAINS A "LIST OF APPROVED SURPLUS LINE INSURERS (LASLI)." ASK YOUR AGENT OR BROKER IF THE INSURER IS ON THAT LIST, OR VIEW THAT LIST AT THE INTERNET WEBSITE OF THE CALIFORNIA DEPARTMENT OF INSURANCE: WWW.INSURANCE.CA.GOV/01-CONSUMERS/120-COMPANY/07-LASLI/LASLI.CFM.**

Specimen

**8. IF YOU, AS THE APPLICANT, REQUIRED THAT THE INSURANCE POLICY YOU HAVE PURCHASED BE EFFECTIVE IMMEDIATELY, EITHER BECAUSE EXISTING COVERAGE WAS GOING TO LAPSE WITHIN TWO BUSINESS DAYS OR BECAUSE YOU WERE REQUIRED TO HAVE COVERAGE WITHIN TWO BUSINESS DAYS, AND YOU DID NOT RECEIVE THIS DISCLOSURE FORM AND A REQUEST FOR YOUR SIGNATURE UNTIL AFTER COVERAGE BECAME EFFECTIVE, YOU HAVE THE RIGHT TO CANCEL THIS POLICY WITHIN FIVE DAYS OF RECEIVING THIS DISCLOSURE. IF YOU CANCEL COVERAGE, THE PREMIUM WILL BE PRORATED AND ANY BROKER'S FEE CHARGED FOR THIS INSURANCE WILL BE RETURNED TO YOU.**

Specimen

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - INTELLECTUAL PROPERTY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **D.** of this endorsement is added to **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** under the Commercial General Liability Coverage Form.

**B.** Paragraph **D.** of this endorsement is added to **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability** under the Commercial General Liability Coverage Form.

**C.** Paragraph **D.** of this endorsement is added to **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** under the Products/Completed Operations Liability Coverage Form.

**D.** This insurance does not apply to claims for "any injury or damage" caused by or arising out of the actual or alleged infringement or violation of any intellectual property rights or laws, including but not limited to:

**1.** Copyright;
**2.** Patent;
**3.** Trade dress;
**4.** Trade name;
**5.** Trade secret; or
**6.** Trademark.

**E.** For the purposes of this endorsement the following definition is added to the **Definitions** section:

"Any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes "bodily injury", "property damage" or "personal and advertising injury" as defined in the applicable Coverage Part.

**All other terms and conditions of this Policy remain unchanged.**

Specimen


Includes copyrighted material of ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – LIQUOR LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **c.** under Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**c.** "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person, including, but not limited to causing or contributing to the intoxication of any person because alcoholic beverages were permitted to be brought on your premises, for consumption on your premises;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution, or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training, or monitoring of others by that insured;

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol; or

**(c)** The rendering of or failure to render aid, medical or otherwise, to any person.

**All other terms and conditions of this Policy remain unchanged.**

Specimen


Includes copyrighted material of ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE - DEDUCTIBLE APPLIES TO DAMAGES, DEFENSE COSTS AND SUPPLEMENTARY PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| **Coverage** | **Amount and Basis of Deductible** | |
|---|---|---|
| | **PER CLAIM or** | **PER OCCURRENCE OR OFFENSE** |
| Bodily Injury Liability | $ | $ |
| Or | | |
| Property Damage Liability | $ | $ |
| Or | | |
| Personal and Advertising Injury Liability | $ | $ |
| Or | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ | $ |
| Or | | |
| Bodily Injury Liability, Property Damage Liability and/or Personal and Advertising Injury Liability Combined | $ | $ 2,500 |
| Or | | |
| Any Liability Coverage Subject To A Sublimit | $ | $ |
| Aggregate Deductible amount: | $ (No aggregate deductible applies if left blank.) | |

Specimen

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all applicable coverages under the Policy, however caused):

**A.** Our obligation under the Bodily Injury Liability Coverage, Property Damage Liability Coverage, Personal and Advertising Injury Liability Coverage, or any liability coverage subject to a sublimit to pay:

1. Damages on your behalf;
2. Defense Costs; and
3. Supplementary Payments;

applies only to the amount in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.


Includes copyrighted material of
ISO Properties, Inc., with its permission.

Our obligation to pay applies only to the difference between the deductible amounts shown above (less any amounts paid for damages, Defense Costs, or Supplementary Payments within the deductible amount, if applicable), and the limits of insurance stated in the Policy.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" or offense basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. Subject to paragraph **D.** below, the deductible amount stated in the Schedule above applies as follows:

**1. PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury"; and, all Defense Costs or Supplementary Payments incurred by the company as a result of a claim brought by any one person because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; and, all Defense Costs or Supplementary Payments incurred by the company as a result of a claim brought by any one person because of "property damage";

**c.** Under Personal and Advertising Injury Liability Coverage, to all damages sustained by any one person or organization because of "personal and advertising injury"; and, all Defense Costs or Supplementary Payments incurred by the company as a result of a claim brought by any one person because of "personal and advertising injury";

**d.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person, and Defense Costs or Supplementary Payments incurred by the company as a result of a claim brought by any one person because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined;

**e.** Under Bodily Injury Liability, Property Damage Liability and/or Personal and Advertising Injury Liability Coverage Combined, to all damages sustained by any one person, and Defense Costs or Supplementary Payments incurred by the company as a result of a claim brought by any one person because of:

**(1)** "Bodily injury";

**(2)** "Property damage";

**(3)** "Personal and Advertising Injury"; or

**(4)** "Bodily injury", "property damage", and "personal and advertising injury" combined; or

**f.** Under any liability coverage subject to a sublimit, to all damages subject to the applicable sublimit sustained by any one person, and Defense Costs or Supplementary Payments, if within the sublimit, incurred by the company as a result of a claim brought by any one person;

as the result of any one "occurrence" or offense.

If damages are claimed for care**,** loss of services, or death resulting at any one time from **"**bodily injury", a separate deductible amount will be applied to each person making a claim for such damages**.**

With respect to "property damage" and "personal and advertising injury", person includes an organization.

**2. PER OCCURRENCE OR OFFENSE BASIS.** If the deductible amount indicated in the schedule above is on a per "occurrence" or offense basis, that deductible amount applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury"; and, all Defense Costs or Supplementary Payments incurred by the company as a result of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; and, all Defense Costs or Supplementary Payments incurred by the company as a result of "property damage";

**c.** Under Personal and Advertising Injury Liability Coverage, to all damages because of "personal and advertising injury"; and, all Defense Costs or Supplementary Payments incurred by the company as a result of "personal and advertising injury";

**d.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages, and Defense Costs or Supplementary Payments incurred by the company because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined;

Specimen


Includes copyrighted material of ISO Properties, Inc., with its permission.

**e.** Under Bodily Injury Liability, Property Damage Liability, and/or Personal and Advertising Injury Liability Coverage Combined, to all damages, and Defense Costs or Supplementary Payments incurred by the company because of:

**(1)** "Bodily injury";

**(2)** "Property damage";

**(3)** "Personal and Advertising Injury"; or

**(4)** "Bodily injury", "property damage", and "personal and advertising injury" combined; or

**f.** Under any liability coverage subject to a sublimit, to all damages subject to the applicable sublimit, and Defense Costs or Supplementary Payments, if within the sublimit, incurred by the company;

as the result of any one "occurrence" or offense, regardless of the number of persons or organizations who sustain damages because of that "occurrence" or offense.

**C.** The Deductible amount applies to damages, Defense Costs, and Supplementary Payments combined for any one Occurrence, Offense, or Claim (whichever applies per paragraph B. above). At our discretion, the Deductible will be applied to damages, Defense Costs, or Supplementary Payments on an as incurred basis.

**D.** If an Aggregate Deductible amount is shown in the Schedule above, the total deductible amount you must pay during the policy period shall not exceed the amount of the Aggregate Deductible shown.

**E.** The terms of this insurance, including those with respect to:

**1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

**2.** Your duties in the event of an "occurrence", offense, claim, or "suit";

apply irrespective of the application of the deductible amount.

**F. Payment of the deductible:**

**1.** We may bill the deductible on an as incurred basis for any and all damages, Defense Costs, or Supplementary Payments incurred that are paid by us. We will continue to bill you up to the maximum amount of the deductible as damages, Defense Costs, or Supplementary Payments incurred are paid by us. Upon notification, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

**2.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

**G. Defense Costs**

For the purpose of this endorsement, Defense Costs includes attorney fees, court costs, interest, and all other costs incurred by the company in the handling, investigation, and adjustment of claims or "suits" against the insured, even when no payment is made to the claimant, or when this insurance does not apply.

**All other terms and conditions of this Policy remain unchanged.**

Specimen


Includes copyrighted material of ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CROSS SUITS – NAMED INSURED VERSUS NAMED INSURED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PRODUCTS-COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

**A.** Paragraph **E.** of this endorsement is added to **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability** under the Commercial General Liability Coverage Form.

**B.** Paragraph **E.** of this endorsement is added to **2. Exclusions** of **Section I – Liquor Liability Coverage** under the Liquor Liability Coverage Form.

**C.** Paragraph **E.** of this endorsement is added to **2. Exclusions** of **Section I – Coverages – Products/Completed Operations - Bodily Injury and Property Damage Liability** under the Products/Completed Operations Liability Coverage Form.

**D.** Paragraph **E.** of this endorsement is added to 2. Exclusions of Section I – Coverages – Bodily Injury and Property Damage Liability under the Owners and Contractors Protective Liability Coverage Form.

**E.** Insurance provided under this Coverage Part does not apply to:

**2. Exclusions**

**Cross Suits – Named Insured Versus Named Insured**

Any claim for damages by any "Named Insured" against another "Named Insured" because of any "injury or damage".

**F.** For the purposes of this endorsement, the following are added to the **Definitions** section:

"Injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes "bodily injury", "injury", "property damage", or "personal and advertising injury" as defined in the applicable Coverage Part.

"Named Insured" means any party listed as a Named Insured on the Common Declaration Page of the policy and any party qualifying as an insured under **Section II – Who Is An Insured**, but excluding any party qualifying as such under any Additional Insured endorsement.

**All other terms and conditions of this Policy remain unchanged.**

Specimen


Includes copyrighted material of ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **C.** of this endorsement is added to **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and to **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability** under Commercial General Liability Coverage Form.

**B.** Paragraph **C.** of this endorsement is added to **2. Exclusions** of **Section I – Coverages - Bodily Injury And Property Damage Liability** under Products/Completed Operations Liability Coverage Form.

**C.** This insurance does not apply to "any injury or damage" arising out of the rendering of or failure to render any professional services by or for you.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused "any injury or damage" or the offense which caused "any injury or damage" involved the rendering of or failure to render any professional services by or for you.

**D.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes "bodily injury", "property damage" or "personal and advertising injury" as defined in the applicable Coverage Part.

**All other terms and conditions of this Policy remain unchanged.**

Specimen


Includes copyrighted material of
ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION WITH A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **f.** under Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability Coverage** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" caused by or arising directly or indirectly, in whole or in part out of the actual, alleged or threatened discharge, dispersal, disposal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

**(a)** At any premises, site or location which is or was directly or indirectly used at any time by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

**(b)** At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense caused by or arising directly or indirectly, in whole or in part out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

This exclusion applies whether or not such "pollutants" have any function in your business, operations, premises, site or location or constitutes "your product" or is a component of "your product" or products you use.

**B.** Exclusions **m.** and **n.** under **Paragraph 2. Exclusions** of **Section I - Coverage B – Personal and Advertising Injury Liability Coverage** are replaced by the following:

This insurance does not apply to:

**m. Pollution**

"Personal and advertising injury" caused by or arising directly or indirectly, in whole or in part out of the actual, alleged or threatened discharge, dispersal, disposal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to "personal and advertising injury" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

**(a)** At any premises, site or location which is or was directly or indirectly used at any time by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

**(b)** At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

Specimen


Includes copyrighted material of ISO Properties, Inc., with its permission.

**n. Pollution-Related**

Any loss, cost or expense caused by or arising directly or indirectly, in whole or in part out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

These exclusions apply whether or not such "pollutants" have any function in your business, operations, premises, site or location or constitutes "your product" or is a component of "your product" or products you use.

**C.** Definition **15.** under the **Definitions** Section is replaced by the following:

"Pollutants" mean any solid, liquid, gaseous, bacterial, fungal, or thermal substance or material, that is harmful, toxic or hazardous to persons, plants, animals, wildlife or other living organisms or can cause contamination to property, air, land or water, which includes but is not limited to smoke, vapor, soot, fumes, acids, alkalis, chemicals, mineral spirits, solvents, insecticides, pesticides, fungicides, motor fuels, gasoline, diesel fuel, motor oil or any other petroleum based product, brake fluid, transmission fluid, antifreeze, lead paint, or other lead containing substances, carbon monoxide fumes or other exhaust gases, welding fumes, paint fumes, adhesive or glue fumes, asbestos, silica, human or animal sewage and waste. Waste includes but is not limited to materials to be recycled, reconditioned or reclaimed. A "pollutant" also includes any substance or material listed, identified or described in any municipal, state or federal environmental statute or regulation that applies to the production, shipping, handling, storage, use, processing, recycling or disposal of such substance or material.

**All other terms and conditions of this Policy remain unchanged.**

Specimen


Includes copyrighted material of
ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT – EMPLOYER'S LIABILITY EXCLUSION (EMPLOYMENT BY INSURED OR TENANT OF INSURED)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **e. Employer's Liability** of **2. Exclusions** of **Section I – Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**e. Employer's Liability**

"Bodily injury" to:

**(1)** Any "employee", "leased worker", "temporary worker", "volunteer worker", statutory "employee", casual worker, or seasonal worker of any insured, or a person hired to do work for or on behalf of any insured or tenant of any insured, arising out of and in the course of:

**(a)** Employment by any insured or tenant of any insured; or

**(b)** Directly or indirectly performing duties related to the conduct of the business of any insured or tenant of any insured; or

**(2)** The spouse, child, parent, brother or sister, or any other person that would be entitled to recover damages in connection with of that "employee", "leased worker", "temporary worker", "volunteer worker", statutory "employee", casual worker, or seasonal worker as a consequence of Paragraph **(1)** above.

This exclusion applies:

**1.** Regardless of where the:

**a.** Services are performed; or

**b.** "Bodily injury" occurs;

**2.** Whether any insured may be liable as an employer or in any other capacity; and

**3.** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** Exclusion **a. Any Insured** of **2. Exclusions** of **Section I - Coverage C - Medical Payments** is replaced by the following:

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured.

**C.** The exclusion in Paragraph **A.** applies regardless of the theory of liability the claim is brought under, whether direct or vicarious and, including, but not limited to, all theories of negligence, gross negligence, recklessness, intentional tort, criminal or intentional acts, nuisance, or violation of any law or statute.

**D.** Notwithstanding anything to the contrary in this Policy, the separation of insureds condition and any other severability or separation of insureds provision in the policy do not apply to the exclusion in Paragraph **A**. For the avoidance of doubt, if this exclusion would apply to any insured, it applies to all insureds and also applies regardless of whether the claimant is an insured.

**All other terms and conditions of this Policy remain unchanged.**

Specimen


Includes copyrighted material of ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – AIRCRAFT, AUTO OR WATERCRAFT, INCLUDING UNMANNED AIRCRAFT OR UNMANNED AERIAL VEHICLE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Paragraph **C.** of this endorsement replaces Exclusion **g. Aircraft, Auto or Watercraft** of **2. Exclusions** of **Section I – Coverage A – Bodily Injury and Property Damage Liability** under the Commercial General Liability Coverage Form.

**B.** When the Miscellaneous Professional Liability Coverage endorsement is attached, Paragraph **C.** of this endorsement is added to Paragraph **2. Exclusions** under the Miscellaneous Professional Liability Coverage endorsement.

**C.** This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft, Including Unmanned Aircraft Or Unmanned Aerial Vehicle**

**(1) Unmanned Aircraft Or Unmanned Aerial Vehicle**

"Bodily injury", "property damage" or "damages" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft or unmanned aerial vehicle". Use includes operation and "loading or unloading".

This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury", "property damage" or "damages" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft or unmanned aerial vehicle".

**(2) Manned Aircraft Or Manned Aerial Vehicle, Auto Or Watercraft**

"Bodily injury", "property damage" or "damages" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is a "manned aircraft or manned aerial vehicle", "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury", "property damage" or "damages" involved the ownership, maintenance, use or entrustment to others of any aircraft that is a "manned aircraft or manned aerial vehicle", "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This Paragraph **g.(2)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

**(i)** Less than 26 feet long; and

**(ii)** Not being used to carry persons or property for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of "manned aircraft or manned aerial vehicle" or watercraft; or

Specimen


Includes copyrighted material of ISO Properties, Inc., with its permission.

**(e)** "Bodily injury" or "property damage" arising out of:

**(i)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(ii)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**D.** If **Coverage B – Personal And Advertising Injury Liability** is provided under the Policy, the following exclusion is added to Paragraph **2. Exclusions** of **Coverage B – Personal And Advertising Injury Liability:**

**2.** Exclusions

This insurance does not apply to:

**Unmanned Aircraft Or Unmanned Aerial Vehicle**

"Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft or unmanned aerial vehicle". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft or unmanned aerial vehicle".

This exclusion does not apply to:

**a.** The use of another's advertising idea in your "advertisement"; or

**b.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**E.** The following definitions are added to the **Definitions** section:

"Manned aircraft or manned aerial vehicle" is an aircraft, including any missile or spacecraft whose flight is or can be controlled directly with a human operator on board the aircraft.

"Unmanned aircraft or unmanned aerial vehicle" is an aircraft, including any missile or spacecraft without a human operator on board, whose flight can be controlled remotely or autonomously.

**All other terms and conditions of this Policy remain unchanged.**

Specimen


Includes copyrighted material of ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW YORK EXCLUSION – ANY CONSTRUCTION OR CONTRACTING ACTIVITIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **C.** of this endorsement is added to paragraphs **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability** under the Commercial General Liability Coverage Form.

**B.** Paragraph **C.** of this endorsement is added to **2. Exclusions** of **Section I – Coverages Products/Completed Operations – Bodily Injury And Property Damage Liability** under the Products/Completed Operations Liability Coverage Form.

**C.** This insurance does not apply to:

**Any Construction Or Contracting Activities**

Any "bodily injury", "property damage", or "personal and advertising injury" caused by or arising, directly or indirectly, in whole or in part out of any construction or contracting activities that are performed or located in the state of New York.

This exclusion applies:

**a.** To any work performed by, or on behalf of, any insured as part of or in connection with such construction or contracting activities, including, but not limited to, the erection, demolition, repairing, altering, painting, cleaning, or pointing of a building or structure;

**b.** Regardless of whether the described operations are:

**(1)** Ongoing, completed, or in any other stage when the loss occurs; or

**(2)** Performed for any insured or for any other person or entity; and

**c.** Even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training, or monitoring of others by that insured.

**All other terms and conditions of this Policy remain unchanged.**

Specimen

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – PFAS AND SIMILAR SUBSTANCES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **E.** of this endorsement is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal and Advertising Injury Liability** under the Commercial General Liability Coverage Form.

**B.** Paragraph **E.** of this endorsement is added to Paragraph **2. Exclusions** of **Section I – Coverages – Bodily Injury and Property Damage Liability** under the Owners And Contractors Protective Liability Coverage Form.

**C.** Paragraph **E.** of this endorsement is added to Paragraph **2. Exclusions** of **Section I – Coverages – Products/Completed Operations – Bodily Injury and Property Damage Liability** under the Products/Completed Operations Liability Coverage Form.

**D.** When the Miscellaneous Professional Liability Coverage endorsement is attached, Paragraph **E.** of this endorsement is added to Paragraph **2. Exclusions** under the Miscellaneous Professional Liability Coverage endorsement.

**E.** This insurance does not apply to:

**PFAS And Similar Substances**

**(1)** Any "injury or damage" caused by or arising out of, in whole or in part, directly or indirectly, or in any way related to PFAS, including, but not in any way limited to:

**(a)** The actual, alleged, threatened, or suspected inhalation, ingestion, absorption, consumption, existence, application, discharge, dispersal, release, leakage, leaching, friability, flaking, escape, presence or use of, contact with, or exposure to "PFAS";

**(b)** The handling, distribution, sale, resale, processing, packaging or repackaging, testing, analyzing, marketing, production, manufacturing, storage, delivery, transport, warehousing, repair, replacement, encapsulation, abatement, use, or disposal of "PFAS" or any other material or substance containing "PFAS", whether or not "PFAS" is incorporated into or part of "your product" or "your work";

**(c)** Any vapor, gas, dust, fumes, or any substance in any form produced by or arising out of any process or procedure involving "PFAS"; or

**(d)** Any good, product, or material to which "PFAS" has been applied, into which "PFAS" has been incorporated, or which "PFAS" is a part, and any good, product, material, container, part, or equipment furnished in connection with "PFAS", whether or not such good, product, material, container, part, or equipment constitutes "your product" or "your work".

**(2)** Any loss, cost, or expense arising out of any:

**(a)** Request, demand, order, or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, dispose of, remediate, or in any way respond to or assess the effects of "PFAS"; or

**(b)** Claim or "suit" brought by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, disposing of, remediating, or in any way responding to or assessing the effects of "PFAS".

This exclusion applies in respect of any and all actual or alleged acts or omissions in connection with "PFAS", including, but not limited to, any alleged negligence or other wrongdoing in:

**(a)** The providing or failure to provide instructions, warnings, or labeling;

Specimen


Includes copyrighted material of
ISO Properties, Inc., with its permission.

**(b)** Supervision, hiring, employment, training, or monitoring of employees or others;

**(c)** The rendering of or failure to render aid, medical or otherwise, to any person; or

**(d)** Any other act or omission of any nature under any theory of liability or cause of action whatsoever.

**F.** The exclusion in Paragraph **E.** applies regardless of the theory of liability the claim is brought under, whether direct or vicarious or other secondary or derivative theory of liability or cause of action and including, but not limited to, all theories of negligence, gross negligence, recklessness, intentional tort, nuisance, criminal or intentional acts, or violation of any law or statute**.**

**G.** Notwithstanding anything to the contrary in this Policy, the separation of insureds condition and any other severability or separation of insureds provision in the policy do not apply to the exclusion added by this endorsement. For the avoidance of doubt, no person may make a claim for "injury or damage" excluded by this endorsement, regardless of whether the claimant is an insured.

**H.** For the purpose of this endorsement, the following is added to the **Definitions** section:

"Injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes damage arising out of any act, error or omission, loss, covered pollution cost or expense, "bodily injury", "property damage", "personal and advertising injury", or "damages" as defined in the applicable Coverage Part.

"PFAS" (the acronym commonly used to refer to per- or poly-fluoroalkyl substances) means any:

**1.** Chemical, material, substance, or compound that contains at least one fully fluorinated methyl or methylene carbon atom without any hydrogen, chlorine, bromine, or iodine atoms attached to it, in any form, and any precursor, additive, replacement, derivative, degradation or transformation compound, or byproduct of any such chemical, material, substance, or compound; or

**2.** Chemical, material, substance, or compound that is identified or acknowledged at any time by any federal, state, international, or other governmental agency or authority of any jurisdiction, including, but not limited to, the United States Environmental Protection Agency (EPA), the Centers for Disease Control and Prevention (CDC), the European Chemicals Agency (ECHA), the Agency for Toxic Substances and Disease Registry (ATSDR), the National Institutes for Health (NIH), and the International Agency for Research on Cancer (IARC), as a per- or poly-fluoroalkyl substance, to contain fluorinated carbon compounds, or to exhibit or demonstrate the same or similar harmful properties as any PFAS;

Including, but not in any way limited to, PFOA, PFOS, PTFE, PFHxS, PFNA, HFPO-DA/GenX, PFBA, PFBS, and PFHxA.

**All other terms and conditions of this Policy remain unchanged.**

Specimen


Includes copyrighted material of ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MINIMUM PREMIUM

A minimum premium is the lowest amount to be retained as premium. Minimum premium amounts (Minimum Premium(s)) are itemized by coverage parts (Coverage Part(s)), the total of which is shown as the Policy Minimum Premium. If the policy is auditable, the amount paid as an advance or deposit premium for the applicable Coverage Part(s) equals the Minimum Premium. The policy, whether auditable or non-auditable (flat), is subject to our retaining the Minimum Premium(s) as follows:

**A. AUDITABLE POLICIES**

Full Term: We will retain one hundred percent (100%) of the Minimum Premium(s) for the Coverage Part(s). In addition, the results of an audit will determine if any additional premium over the Minimum Premium(s) for the Coverage Part(s) may be due.

Mid-Term Cancellations: The results of an audit will determine if any additional premium over the Minimum Premium(s) for the Coverage Part(s) may be due. If no additional premium is due, the Minimum Premium(s) for the Coverage Part(s) will be retained as follows:

**1.** If the first Named Insured or anyone with his, her, its or their power of attorney, including a premium finance company, cancels this policy or a Coverage Part:

**a.** Within ninety (90) days from the effective date: We will retain twenty-five percent (25%) of the Minimum Premium(s) for the Coverage Part(s).

**b.** After ninety (90) days from the effective date: The Minimum Premium(s) for the Coverage Part(s) will be calculated based upon the number of days coverage was in effect. Unless prohibited by law, your return premium will be reduced by applying a short rate penalty in the amount of ten percent (10%) to the unearned premium.

**2.** If we cancel under the terms and conditions of this policy:

**a.** Within ninety (90) days from the effective date: We will retain twenty-five percent (25%) of the Minimum Premium(s) for the Coverage Part(s).

**b.** After ninety (90) days from the effective date: The Minimum Premium(s) for the Coverage Parts(s) will be calculated based upon the number of days coverage was in effect. The unearned premium, or your return premium, will be calculated using a pro rata method of cancellation. Unless prohibited by law, cancellation for non-payment of premium shall be deemed cancellation by the first Named Insured and your return premium will be reduced by applying a short rate penalty in the amount of ten percent (10%) to the unearned premium.

Specimen

**B. NON-AUDITABLE POLICIES (FLAT)**

Full Term: We will retain one hundred percent (100%) of the Minimum Premium(s) for the Coverage Part(s).

Mid-Term Cancellations: If the policy or a Coverage Part is cancelled mid-term, the Minimum Premium(s) for the Coverage Part(s) will be retained in the same manner as set forth above in Sections 1 and 2 for Mid -Term Cancellations for Auditable Policies.

**All other terms and conditions of this Policy remain unchanged.**


Includes copyrighted material of ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA
# SERVICE OF SUIT AMENDMENT

The Company has designated the following resident agent to be its true and lawful attorney upon whom may be served all lawful process in any action, suit or proceeding in the State of California.

Ms. Karissa Lowry

Corporation Service Company Which Will Do Business in California as CSC-Lawyers Incorporating Service

2710 Gateway Oaks Drive

Suite 150N

Sacramento, CA 95833

**All other terms and conditions of this Policy remain unchanged.**

Specimen

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CYBER INCIDENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE
PRODUCTS-COMPLETED OPERATIONS COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE
LIQUOR LIABILITY COVERAGE PART
COMMERCIAL EXCESS LIABILITY COVERAGE PART
AUTO DEALERS COVERAGE FORM
GARAGE COVERAGE FORM

**A.** The following exclusion is added to the **Exclusions** section of all coverages under all forms and endorsements that comprise this Coverage Part, Coverage Form, endorsement, or Policy and supersedes any contradictory exclusion in the Coverage Part, Coverage Form, endorsement, or Policy to which this coverage applies. This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the "injury or damage".

**Exclusion – Cyber Incident:**

We will not pay for any "injury or damage" because of, caused by, arising or resulting, directly or indirectly, in whole or in part from a "cyber incident".

**1.** As used in this exclusion "cyber incident" means:

**(a)** Unauthorized access to, acquisition, processing, storage, use, dissemination, publication, disclosure, or diversion of; or

**(b)** Exceeding authorized use, misuse, alteration, misappropriation, theft, loss, loss of use, corruption or impairment of, damage to, inability to access, failure to provide access to, failure to remove or rectify, failure to destroy, failure to protect or secure (including, but not limited to, failure to encrypt), or inability to manipulate;

any person's or organization's confidential information or personal information including, but not limited to, patents, trade secrets, processing methods, customer or customer related information (including, but not limited to, customer lists), business plans or records, financial information, personally identifiable information, payment card information (including, but not limited to, credit, debit, or stored value cards), medical or health information, or any other type or combination of types of personal data or nonpublic information, whether such data or information is "electronic data" or in any other form or media, or any "computer system"; or

**2.** Malicious code, virus, or any other harmful or unauthorized code that is directed at, enacted upon, or introduced into any "computer system" and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use, prevent or restrict access to, or the use of "electronic data" or any part of any "computer system", or otherwise disrupt its normal functioning, use, or operation; or

**3.** Denial of service attack, denial of access to, denial or interruption of service, degradation, loss, loss of use, misappropriation, transmission, unauthorized use or access, misuse, delay, alteration, diversion, failure, destruction, corruption or impairment of, damage to, or inability to access, operate, host, use, manage, control or interface with, any "computer system", including any insured's, other person's, or organization's "computer system"; or

Specimen


Includes copyrighted material of
ISO Properties, Inc., with its permission.

**4.** Collection, sale, dissemination, publication, or disclosure of any person's or organization's confidential information, personal information, or personal data, including, but not limited to, patents, trade secrets, processing methods, customer or customer related information (including, but not limited to, customer lists), business plans or records, financial information, personally identifiable information, payment card information (including, but not limited to, credit, debit, or stored value cards), medical or health information, or any other type or combination of types of personal data or nonpublic information, whether such data or information is "electronic data" or in any other form or media, or any "computer system"; or

**5.** Loss, loss of use, corruption, or disruption of, damage to, or inability to access or alter "electronic data" or a "computer system"; or

**6.** Transfer, payment, or delivery of money or any form of currency, including virtual currency, in response to a fraudulent instruction or demand; or

**7.** Demand for ransom payments or other extortion made in connection with the actual or threatened perpetration of any of the events described in **A.1.** – **6.**

**B.** This exclusion applies even if "injury or damage" is claimed for any remediation measures (including, but not limited to, notification costs or credit monitoring), payment card replacement costs, business interruption, investigation, mitigation or restoration expenses, fines or penalties, public relations expenses, or any other damage, injury, cost, or expense because of, caused by, arising or resulting from, directly or indirectly, in whole or in part from a "cyber incident".

**C.** This exclusion applies to any liability or "injury or damage" because of, caused by, arising or resulting directly or indirectly, in whole or in part any failure (including, but not limited to, failure to timely or properly act) to notify of, disclose, prepare for, respond to, protect against, remediate, mitigate, or comply with any statutory, regulatory, contractual, common law, or other legal obligation relating to a "cyber incident".

**D.** This exclusion applies regardless of the cause or source of any "injury or damage" or the legal theory asserted, including, but not limited to, occurrences or offenses reported, claims made, or "suits" brought against any insured alleging breach of contract, misrepresentation, unfair or deceptive trade practices, defamation, violation of a person's right to privacy, violation of an intellectual property right (including, but not limited to, copyright, trademark or patent infringement), negligence, failure to comply with a legal obligation, or any other wrongdoing, including, but not limited to, the investigation, supervision, hiring, employment, training, or monitoring of others or the investigation, supervision, monitoring, or intervention with respect to "electronic data", "computer systems" or premises, by any insured or by any other person or organization acting for or on behalf of any insured.

**E.** We will have no duty to investigate or defend any claim or "suit" that alleges, or is because of, caused by, arises or results, directly or indirectly, in whole or in part from a "cyber incident" as defined in Paragraph **A.1. – 7.** of this endorsement.

**F.** For the purposes of this exclusion, the following are added to the **Definitions** section and supersede any contradictory definitions in the Coverage Part, Coverage Form, endorsement, or Policy:

"Electronic data" means:

Information, facts, files, or computer programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices, or any other repositories of computer software, including, but not limited to, those which are used with electronically controlled equipment or any other "computer systems".

"Computer systems" means:

**(a)** Computer software, firmware, hardware and associated input and output devices (including wireless, mobile, peripheral or component devices), data storage and data processing devices, networking equipment, and backup facilities, including cloud computing devices and facilities; and

**(b)** Any computer network, network interface, or network of devices or hardware, including, but not limited to, communication networks or devices, computer-controlled devices, operating and control systems; websites or domains; intranets, extranets, the internet or any other internal or external networks (including, but not limited to, cloud computing).

Specimen


Includes copyrighted material of ISO Properties, Inc., with its permission.

"Injury or damage" means any injury, damages, loss, cost, or expense, including, but not limited to, "bodily injury", "property damage", "personal or advertising injury", "covered pollution cost or expenses", "damages", "injury", "loss", or "ultimate net loss" as defined or referenced in the Coverage Part, Coverage Form, endorsement, or Policy to which this exclusion applies.

**All other terms and conditions of the Policy remain unchanged.**

Specimen


Includes copyrighted material of
ISO Properties, Inc., with its permission.

STETSON
INSURANCE FUNDING

We are pleased to introduce you to Stetson Insurance Funding, LLC ("Stetson") an affiliate of Ryan Specialty Group that operates its premium finance business. Stetson will be providing an automated premium finance agreement for your clients' commercial insurance risks placed through RT Specialty.

Stetson has teamed up with FIRST Insurance Funding ("FIRST"), the largest premium finance company in North America. Under this collaboration, FIRST will be the lender, as listed on the premium finance agreement, and the loan will be serviced by FIRST. Stetson will be your main point of contact throughout the life of the loan and provide ongoing support to your agency.

## EASY SET UP FOR AGENTS TO OBTAIN FINANCING:

1. Receive an automated premium finance agreement with eligible commercial insurance risks placed through RT Specialty.
2. Make changes to the premium finance agreement by:
   - Visiting our website at www.stetsonfunding.com
   - Emailing us at quotes@stetsonfunding.com
   - Calling us at 1-866-856-1112
3. Down payment to be collected by the agent from the insured in good funds and sent to the General Agent or Carrier.
4. Return the signed premium finance agreement to agreements@stetsonfunding.com.
5. Stetson will finalize the loan and have funding issued for the amount financed.

We look forward to exceeding your premium financing expectations.

# IMPORTANT NOTICE:

**1. The insurance policy that you are applying to purchase is being issued by an insurer that is not licensed by the State of California. These companies are called "nonadmitted" or "surplus line" insurers.**

**2. The insurer is not subject to the financial solvency regulation and enforcement that apply to California licensed insurers.**

**3. The insurer does not participate in any of the insurance guarantee funds created by California law. Therefore, these funds will not pay your claims or protect your assets if the insurer becomes insolvent and is unable to make payments as promised.**

**4. The insurer should be licensed either as a foreign insurer in another state in the United States or as a non-United States (alien) insurer. You should ask questions of your insurance agent, broker, or "surplus line" broker or contact the California Department of Insurance at the toll-free number 1-800-927-4357 or internet website www.insurance.ca.gov. Ask whether or not the insurer is licensed as a foreign or non-United States (alien) insurer and for additional information about the insurer. You may also visit the NAIC's internet website at www.naic.org. The NAIC—the National Association of Insurance Commissioners—is the regulatory support organization created and governed by the chief insurance regulators in the United States.**

**5. Foreign insurers should be licensed by a state in the United States and you may contact that state's department of insurance to obtain more information about that insurer. You can find a link to each state from this NAIC internet website: https://naic.org/state_web_map.htm.**

**6. For non-United States (alien) insurers, the insurer should be licensed by a country outside of the United States and should be on the NAIC's International Insurers Department (IID) listing of approved nonadmitted non-United States insurers. Ask your agent, broker, or "surplus line" broker to obtain more information about that insurer.**

**7. California maintains a "List of Approved Surplus Line Insurers (LASLI)." Ask your agent or broker if the insurer is on that list, or view that list at the internet website of the California Department of Insurance: www.insurance.ca.gov/01-consumers/120-company/07-lasli/lasli.cfm.**

**8. If you, as the applicant, required that the insurance policy you have purchased be effective immediately, either because existing coverage was going to lapse within two business days or because you were required to have coverage within two business days, and you did not receive this disclosure form and a request for your signature until after coverage became effective, you have the right to cancel this policy within five days of receiving this disclosure. If you cancel coverage, the premium will be prorated and any broker's fee charged for this insurance will be returned to you.**

**Date:** ______________________________

**Insured:** ___________________________

**D-1 (Effective January 1, 2020)**

# INSTRUCTIONS

**SECTION 1:** Please provide the full name, as it is written on the individual's California license, of the individual who performed or supervised the diligent search. If the search was performed under the individual's license number, enter the individual's California license number in section (A) or if the individual was authorized as an endorsee under an organizational license, enter the name of the organization and its California license number in section (B).

**SECTION 3:** Please provide a complete response to section (A), and if applicable to section (B). Note: The Insurance Commissioner or his designee may require the surplus line broker to conduct additional searches among admitted insurers for similar placements in the future. (California Insurance Code section 1763[b]) An incomplete response will be tagged and may unnecessarily result in a request for a further search to be conducted.

- **SECTION 3(A):** To avoid misidentification among insurers with similar names, please provide the complete name of the admitted insurer as listed in the California Department of Insurance (CDI) Official Publication of Admitted Companies and the insurance company's National Association of Insurance Commissioners (NAIC) number. Please include Insurer contact name and telephone number or email address, or if a website based quoting platform was used, enter the website name.

  Please refer to the California Department of Insurance Official Publication of Admitted Companies.
  https://interactive.web.insurance.ca.gov/apex_extprd/f?p=144:1

- **SECTION 3(B):** The detailed explanation in section 3(B) must include a description of the steps the broker took to determine whether three insurers write the type of insurance or risk and the reasoning for the determination. A conclusory statement is insufficient.

**SIGNATURE:** The Surplus Line Association of California (SLA) will accept a wet signature or a digital and electronic signature from the California Secretary of State's Approved List of Digital Signature Certification Authorities. Please refer to the following link:

https://www.sos.ca.gov/administration/regulations/current-regulations/technology/digital-signatures/approved-certification-authorities/

**IMPORTANT:** Persons who are licensed only as an agent are authorized to offer risks only to admitted insurers for which they are appointed agents (California Insurance Code section 1704). Agents are not authorized to offer a risk to admitted insurers for which they are not appointed agents. A search which is limited to only those companies that have appointed the agent may not necessarily constitute a diligent search of the admitted market.

**WHAT TO FILE:** This report must be filed along with the Confidential Report of Surplus Line Placement. (SL-1 Form). File this Form with signature, and, only if applicable, the Addendum.

**WHERE TO FILE:** The SL-1 Form and this report are to be filed by the surplus line broker with SLA within 60 days of placement of coverage with non-admitted insurer(s).

**MULTIPLE LICENSEES CONDUCTING SEARCH:** If two or more licensees conduct a diligent search of admitted insurers, then each licensee must complete a Diligent Search Report (SL-2 Form). All such reports should be attached to the SL-1 Form.

Please refer to the **Coverage Code List** and **Export Code List** under Resources on the Learning Center for the full list of coverages and their respective codes.

https://learningcenter.slacal.com/resources/filing-requirements-and-procedures/coverage-codes
https://learningcenter.slacal.com/resources/filing-requirements-and-procedures/export-list-codes

The Surplus Line Association of California

# DILIGENT SEARCH REPORT (SL-2 FORM)

**1**

Before completing this report, please review the instructions on page 2.

I, ______________________________, hereby submit that I performed or supervised this diligent search, and I am:

***(A)*** licensed as an individual agent-broker for the applicable lines of insurance or surplus line broker under California license number ____________; **OR**

***(B)*** licensed and an endorsee on the license of ______________________________ (**Full Name of Organization**), California license number ______________________________

**2**

***(A)*** Name of Insured: Ynez Shops LLC

***(B)*** Description of Risk: ______________________________
(e.g., Tattoo Parlor, Cannabis Dispensary, Vacant Building, **NOT TYPE OF COVERAGE**)

***(C)*** Type of Insurance or Coverage Code: ______________________________

**3**

Describe the diligent efforts made to place this coverage with admitted insurers by completing (A) or, if applicable, (B) below.

***(A)*** List the insurers admitted in California who actually write the type of insurance described on lines 2(B) and 2(C) to which you or someone under your supervision submitted the risk described in lines 2(A) through 2(C). Please complete **ALL** sections of the table below.

| | INSURER 1 | INSURER 2 | INSURER 3 |
|---|---|---|---|
| NAIC ID | | | |
| MONTH, YEAR OF DECLINATION | | | |
| FULL NAME OF ADMITTED INSURER | | | |
| CONTACT INFORMATION – FULL NAME | | | |
| PHONE / EMAIL | | | |
| ***OR*** WEBSITE | | | |

***(B)*** If you did not list at least three insurers in 3(A) above, describe in detail how you determined that fewer than **THREE** admitted insurers write the type of insurance described on lines 2(B) and 2(C). ______________________________

**4**

Is the type of insurance you are reporting as identified in line 2(C) **private passenger automobile liability or health**? Yes ☐ No ☐

If you answered "yes," please complete the Diligent Search Report Addendum.

The undersigned licensee hereby certifies that this report is true and correct, and that this risk is not being placed with a non-admitted insurer for the sole purpose of securing a rate or premium lower than the lowest rate or premium available from an admitted insurer.

______________________________ (Signature of Licensee Named on Line 1)

______________________________ (Date)

## DILIGENT SEARCH REPORT (SL-2 FORM) ADDENDUM

## PRIVATE PASSENGER AUTOMOBILE LIABILITY INSURANCE COVERAGE OR HEALTH INSURANCE COVERAGE

1. If **Private Passenger Automobile Liability Insurance** is identified on line 2(C), complete the following:

   (A) Does the insured qualify as a "Good Driver" under Section 1861.025 of the California Insurance Code?
   https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?lawCode=INS&sectionNum=1861.025.

   **(CHECK ONE) YES ☐ NO ☐**

   (B) Does the coverage that you have placed include, in whole or in part, the limits of coverage provided under the California Automobile Assigned Risk Plan (CAARP)?

   **(CHECK ONE) YES ☐ NO ☐**

   If YES, has this risk been submitted to and found to be ineligible by CAARP?

   **(CHECK ONE) YES ☐ NO ☐**

   If your answer is NO, this coverage cannot be placed with a non-admitted insurer.
   (See California Insurance Code section 1763.5)
   https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?lawCode=INS&sectionNum=1763.5.

2. If **Health Insurance** is identified on line 2(C), does the insured qualify as a "Small Employer" under

   California Insurance Code section 10700(x)?
   https://leginfo.legislature.ca.gov/faces/codes_displayText.xhtml?lawCode=INS&division=2.&title=&part=2.&chapter=8.&article=1.

   **(CHECK ONE) YES ☐ NO ☐**

# EXHIBIT 2

RYAN® TURNER SPECIALTY

RT Specialty
540 West Madison St
9th Floor
Chicago, IL 60661
Tom Mullins
312-878-8318

# Insurance Proposal

**May 28, 2026**

**Trustee Insurance Agency**
Attn: Jessica Cox
PO Box 190 Vicksburg, MI 49097

| | |
|---|---|
| **Applicant:** | Ynez Shops LLC<br>520 Newport Center Dr Ste 480<br>Newport Beach, CA 92660 |
| **Submission #:** | APP114554274 |
| **Policy Period:** | 06/01/2026 12:01 AM To 06/01/2027 12:01 AM |
| **Coverage:** | Property |
| **Issuing Company:** | AXIS Surplus Insurance Company |

---

**CALIFORNIA SHORT RATE CANCELLATION PENALTY DISCLOSURE**

Please be advised that if you request cancellation of your policy prior to the expiration, the policy may be cancelled at a rate less than pro rata.

Please refer to your policy for specific terms and conditions.

RYAN® TURNER SPECIALTY

RT Specialty
540 West Madison St
9th Floor
Chicago, IL 60661
Tom Mullins
312-878-8318

# Insurance Proposal

**May 28, 2026**

**Trustee Insurance Agency**
Attn: Jessica Cox
PO Box 190 Vicksburg, MI 49097

**Applicant:** Ynez Shops LLC
520 Newport Center Dr Ste 480
Newport Beach, CA 92660

**Submission #:** APP114554274
**Policy Period:** 06/01/2026 12:01 AM To 06/01/2027 12:01 AM
**Coverage:** Property
**Issuing Company:** AXIS Surplus Insurance Company

---

We are pleased to submit our proposal for the above captioned applicant.

Please read the attached quote carefully as coverage offered may be more limited than coverage requested.

Note :

Minimum earned premium may apply to this policy. See attached carrier quote for specifics. Please note that all fees are fully earned at inception.

TRIA coverage if applicable is offered on the attached carrier's quote.

Please review any minimum and deposit, audit, and/or cancellation provisions on the attached carrier quote for details regarding possible return premiums and additional premium charges.

I look forward to hearing from you, and please call if you have any questions.

Thank you for your business.

Regards,

Tom Mullins
President
RT Specialty
Tom.Mullins@rtspecialty.com
312-878-8318

Kevin Verkler
Vice President
RT Specialty
kevin.verkler@rtspecialty.com
312-761-1053

RYAN® TURNER SPECIALTY

RT Specialty
540 West Madison St
9th Floor
Chicago, IL 60661
Tom Mullins
312-878-8318

# Insurance Proposal

## Cost Summary

| | |
|---|---|
| Property Premium | $60,000.00 |
| CA Surplus Lines Tax | $1,800.00 |
| CA Stamp Fee | $108.00 |
| Policy Fee | $1,000.00 |
| **Total Policy Cost** | **$62,908.00** |

**Minimum Earned**

Note: There may be a minimum earned on this policy. Please refer to the carrier quote for more details on the minimum earned percentage.

**Agent Commission: 10.00%**

**Disclosures**

RT Specialty is typically compensated through commission from the insurer for the placement of policies in most transactions. The amount of the commission varies by insurance line and by carrier. RT Specialty might also receive additional compensation. In order to place the insurance requested we may charge a reasonable fee for additional services such as performing a risk analysis, comparing policies, processing submissions, communication expenses, inspections, working with underwriters on the coverage proposal, issuing policies, or servicing the policy after issuance. Any fees charged are fully earned at inception of the policy. Third-party inspection or other fees may be separately itemized upon request. Our fees are applied to new policies, renewal policies, and endorsements. Fees applicable to each renewal and endorsement will be set forth in the quotes. It is the insurance carrier's decision whether to offer the insurance quoted, and your client's decision whether to accept the quote. Our fee is not imposed by state law or the Insurer.

Depending upon the Insurer involved with your placement, we might also have an agreement with the Insurer that we are proposing for this placement that might pay us future additional compensation This compensation could be based on formulas that consider the volume of business placed with the Insurer, the profitability of that business, how much of the business is retained for the Insurer's account each year, and potentially other factors. The agreements frequently consider total eligible premium from all clients placed during a calendar year and any incentive or contingent compensation is often received at a future date. Because of variables in these agreements, we often do not have an accurate means at the time of placement to determine the amount of any additional compensation that might be attributable to any single placement. You, as the retail broker with the direct relationship with the Insured, must comply with all applicable laws and regulations related to disclosure of and consent and agreement to, compensation, and informing the Insured that it may request more information about producer or broker compensation that might be paid in connection with the Insured's placement. If we request a copy of any legally required insured consent or agreement, you will provide us with a copy. If you need additional information about the compensation arrangements for services provided by RT Specialty affiliates, please contact your RT Specialty representative.

RT Specialty is a division of RSG Specialty, LLC. RSG Specialty, LLC is a Delaware limited liability company and a subsidiary of Ryan Specialty, LLC. In California: RSG Specialty Insurance Services, LLC (License # 0G97516).

RYAN® TURNER SPECIALTY

RT Specialty
540 West Madison St
9th Floor
Chicago, IL 60661
Tom Mullins
312-878-8318

# Insurance Proposal

## Subjectivities

- Signed and completed Acord Application
- Due Diligence Forms (if required by state - Non-Admitted Only)
- Signed TRIA form if insured is accepting or rejecting terrorism coverage
- This quote is subject to receiving currently valued, acceptable loss runs for the last 5 policy terms prior to binding.
- Signed and completed Supplemental Application
- A written request to bind coverage is required prior to binding
- Please provide Inspection Contact Name and Phone Number at binding (email if available). Coverage is subject to a satisfactory inspection.
- Subjectivities & conditions per the Axis quote letter.

**The Subjectivities outlined above are required prior to binding. Please forward all requested information with your bind request. No coverage is considered bound until confirmed in writing and all subjectivities have been addressed.**

RYAN® TURNER SPECIALTY

RT Specialty
540 West Madison St
9th Floor
Chicago, IL 60661
Tom Mullins
312-878-8318

# Insurance Proposal

---

## NOTICE

## Occurrence Limit of Liability

## (OLLE) Scheduled Limits

Blanket coverage for first-party property insurance risks has become increasingly difficult to secure and often is not available regardless of price.

Please note that your quote may not provide coverage on a blanket basis and, based on current market conditions, a blanket coverage option might not be available. Any reference(s) to an Occurrence Limit of Liability Endorsement (OLLE), margin clause, maximum amount payable, and/or scheduled limits indicate that blanket coverage is not provided. Instead, the amount of recovery afforded by the policy is limited in some respect to the amount(s) set forth on the Statement of Values (SOV) provided to the insurer. This potentially can materially reduce the insured’s recovery in the event of a loss as compared to blanket coverage. Additionally, the policy language for these clauses may vary by insurer and some insurers limit the amount recoverable for extensions of coverage, additional coverages, and additional covered property to the values as shown on the SOV.

Please review this quote very carefully to determine if coverage is being offered or provided on a blanket, or some other more limited, basis.

As such, we strongly recommend that you confirm that the insured is in agreement that they have provided full and accurate amounts for the values set forth on the SOV. RT Specialty expressly disclaims any responsibility for the accuracy or adequacy of the values provided on an SOV. We also note that all decisions concerning coverage and the application of the terms, provisions, conditions, limitations or exclusions of the policy to any claim are made exclusively by the insurers.

AXIS PROPERTY INSURANCE

05/28/2026

RSG Specialty, LLC, R-T Specialty Div. [Chicago]
540 W Madison, 9th Floor

Chicago, IL 60661

Re: Ynez Shops LLC
520 Newport Center Dr, Ste 480
Newport Beach, CA 92660

Quote No: Q-002-002022589-01
Policy Period: 06/01/2026 to 06/01/2027

Dear Broker:

Many states require AXIS, as an eligible surplus lines insurer, to obtain and report certain Surplus Lines Broker information on policies written. So that we may report to the states accurately, we ask that you carefully review the information below. **Note that if you are required to complete any section of this form, it is imperative that you return this form within thirty (30) days of the policy's effective date**.

**Home State:**

**According to our records, the Policyholder's "Home State" is California.**
*("Home State" as defined by the Nonadmitted and Reinsurance Reform Act of 2010).* **If this is correct, skip to the next section. If this is NOT correct, it is imperative that you complete the following information:**

Named Insured's Corrected Home State (if applicable): ____________________

Procuring Surplus Lines Broker's Name: ____________________

Procuring Surplus Lines Broker's Address: ____________________

Procuring Surplus Lines Broker's "Home State" License #: ____________________

**New Jersey Home State Risks**:

If the Home State is New Jersey, the Transaction Number is **REQUIRED**:

**Independent Procurement**:

With respect to independently procured policies, the following individual hereby confirms that the required filings will be made and applicable taxes paid for any independently procured coverage:

Name: ____________________ Date: ____________________

By completion of this form, the Procuring Surplus Lines Broker confirms that this policy is issued as a surplus lines policy in accordance with applicable state requirements and that surplus lines tax filings, and any applicable surcharges, fees or assessments, will be filed as required. The Procuring Surplus Lines Broker further agrees that, upon request of AXIS or any insurance regulator, a copy of applicable surplus lines broker license(s) and evidence of payment of required surplus lines taxes will be provided promptly.

Name of Person Completing this Form: ____________________ Date: ____________________

**POLICYHOLDER DISCLOSURE**

**NOTICE OF TERRORISM INSURANCE COVERAGE**

You are hereby notified that under the Terrorism Risk Insurance Act, as amended (the "Act"), you have a right to purchase insurance coverage for losses resulting from acts of terrorism. As defined in Section 102(1) of the Act, the term "act of terrorism" means any act that is certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHERE COVERAGE IS PROVIDED BY THIS POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM, SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES 85% THROUGH 2015; 84% BEGINNING ON JANUARY 1, 2016; 83% BEGINNING ON JANUARY 1, 2017; 82% BEGINNING ON JANUARY 1, 2018; 81% BEGINNING ON JANUARY 1, 2019 and 80% BEGINNING ON JANUARY 1, 2020, OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED ABOVE AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS THAT MAY BE COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

**SELECTION OR REJECTION OF TERRORISM INSURANCE COVERAGE**

If you choose to accept this offer of coverage, you will be charged an additional premium of $4,000.00.

In addition, if you choose to accept this offer of coverage, your policy will be endorsed to add AXIS 1012444 0619 Terrorism Exclusion with Coverage for Certified Acts Endorsement. This endorsement provides coverage only for Certified Acts of Terrorism (as defined) and excludes all other terrorism.

If you choose to reject this offer of coverage, your policy will be endorsed to add AXIS 1012445 0619 Terrorism Exclusion Endorsement. This endorsement amends the policy to provide a full terrorism exclusion.

*Includes copyrighted material 2015 National Association of Insurance Commissioners*

**AXIS QUOTE**

05/28/2026

**DELIVERED TO:**
Kevin Verkler
540 W Madison, 9th Floor
Chicago, IL 60661

AXIS is pleased to offer the following quote. This quote contemplates AXIS policy forms and endorsements, which may not conform to industry standard policy language, terms and conditions. The terms and conditions of this quote may not conform to the specifications as originally submitted. Please review this quote carefully.

***This quote expires in 30 days, or on the proposed policy effective date, whichever is earlier***
*(unless extended in writing by AXIS or unless superseded by the binder).*

| | |
|---|---|
| **NAMED INSURED AND ADDRESS** | Ynez Shops LLC<br>520 Newport Center Dr, Ste 480<br>Newport Beach, CA 92660 |
| **BROKER OF RECORD** | RSG Specialty, LLC, R-T Specialty Div. [Chicago]<br>540 W Madison, 9th Floor<br>Chicago, IL 60661 |
| **INSURER** | AXIS Surplus Insurance Company (Non-Admitted)<br>233 South Wacker Drive, Suite 4930<br>Chicago, IL 60606<br>*A Stock Insurer* |

| | |
|---|---|
| **POLICY FORM** | AXIS PROPERTY AXIS 1012401 0525 |
| **POLICY NUMBER** | TBD |
| **POLICY PERIOD** | Effective Date: 06/01/2026<br>Expiration Date: 06/01/2027<br>*Both dates at 12:01 a.m. standard time at the Named Insured's address stated herein.* |
| **POLICY TERRITORY** | The United States of America, including the District of Columbia. |

| | | | |
|---|---|---|---|
| **POLICY PREMIUM/FEES** | All premiums reflect AXIS's share of the Total Policy Premium.<br><br>Premium based on Total Insured Values of: $57,121,875 | AXIS Base Premium: | $60,000 |
| | | AXIS Premium Attributable to TRIA (included in Total Policy Premium): | $4,000 |
| | | AXIS Total Policy Premium: | $64,000 |
| | | AXIS Risk Engineering Fees: | $0 |
| | | | |
| **MINIMUM EARNED PREMIUM (*percentage of Total Policy Premium)*** | 35% | | |
| **CANCELLATION NOTICE** | 30 days except for nonpayment of premium which is 10 days | | |
| **PERCENT OF STATED VALUE** | 100% | | |

| **COINSURANCE** | |
|---|---|
| Real Property | Waived |

**COVERED CAUSE OF LOSS**

Risk of direct physical loss:

Excluding Earthquake and Earth Movement

Excluding Flood

and as otherwise excluded or limited in this policy.

**QUOTA SHARE SCHEDULE**

| Quota Share Participant | Proportionate Limit of Liability | Proportionate Percentage |
|---|---|---|
| AXIS Surplus Insurance Company | $5,000,000 | 50% |
| TBD | $5,000,000 | 50% |

AXIS has assumed the respective Proportionate Percentage set forth in the Quota Share Schedule above of all limits and losses under this policy issued by AXIS to the **named insured**. AXIS's obligation under this policy is several, not joint, and is limited solely to the extent of its Proportional Percentage. The failure of any quota share participant to pay all or a portion of its Proportionate Share of any Limit of Insurance, does not increase the liability of any other quota share participant.

**SCHEDULE OF LIMITS OF INSURANCE**

The Insurer will not be liable for more than its Proportionate Percentage.

| | |
|---|---|
| **Policy Limit** | $5,000,000 part of $10,000,000<br>Per **Occurrence** as a result of all covered loss or damage regardless of the number of **Insured Locations**, buildings, coverages or perils insured |

| | |
|---|---|
| | under this Policy. |
| **Sub-limits** | The sub-limits of insurance set forth below and in any endorsement to this policy are the total applicable sub-limits of insurance in this policy issued to the **named insured** by AXIS. AXIS will not be liable for more than its Proportionate Percentage regardless of the number of **insured locations**, buildings, coverages or perils insured under this Policy.<br><br>The sub-limits of insurance set forth below and in any endorsement to this policy are subject to and not in addition to the policy limit of insurance. All sub-limits of insurance are per **occurrence** unless otherwise indicated. If the words "No Coverage" are shown then no coverage is provided for that coverage.<br><br>When a sub-limit of insurance for a specific type of coverage is shown as "in the aggregate", our maximum limit of liability for that coverage will not exceed such limit during the policy period.<br><br>When a sub-limit of insurance applies to property, that sub-limit of insurance also applies to any **time element** coverage associated with that property, unless a different sub-limit applies to that time element coverage. |
| Real Property | Included |
| Business Personal Property | No Coverage |
| Personal Property Of Others | No Coverage |
| Accounts Receivable | $5,000 |
| Debris Removal | 25% of direct physical loss subject to a maximum of $25,000 |
| Fire Department Service Charge | $5,000 |
| Limited Coverage for Fungus, Wet Rot or Dry Rot | $10,000 in the Aggregate |
| Pollutant Clean Up and Removal | $10,000 in the Aggregate |
| Property in Transit | $10,000 |
| Property off Premises | $10,000 |
| Valuable Papers & Records | $5,000 |
| Time Element Business Income including Rental Value | No Coverage |
| Time Element Extra Expense | No Coverage |
| Extended Business Income | No Coverage |
| Convective Storm | $10,000,000 |
| Named Storm | $10,000,000 |
| Newly Acquired Property | $250,000 |
| Newly Constructed Property | $250,000 |
| Outdoor Property | $1,000 |
| Outdoor Signs | $2,500 |

| DEDUCTIBLE | |
|---|---|
| **Policy Deductible** | $10,000 Per **Occurrence** regardless of the number of **Insured Locations**, **buildings**, coverages or perils insured under this Policy as set forth in the Policy unless a specific deductible shown below or on an applicable endorsement applies.<br>If two or more deductible amounts provided in this Policy apply to a single **occurrence**, the total to be deducted shall not exceed the largest deductible applicable unless the **occurrence** involved **named storm** or **flood**, in which event all applicable deductibles apply. |

| CONVECTIVE STORM OR NAMED STORM DEDUCTIBLES | | |
|---|---|---|
| | **Applicable To:** | **Dollar or Percentage Amount** |
| Convective Storm Deductible | All **Insured Locations** | $25,000 per **occurrence** |
| Named Storm Deductible | All **Insured Locations** | $25,000 per **occurrence** |

***SUBJECTIVITIES PRIOR TO BINDING:***

***Please provide the following documentation:***

- Completed Surplus Lines Form
- Current 3 year loss history

This quote is strictly conditioned upon (1) no material change in exposure or risk contemplated in this quote occurring between the date of this quote and the inception date of the proposed policy, (2) no material change in the information requested by or submitted to the Insurer, and (3) no receipt of any additional information that the insurer determines would materially impact the risk profile. Applicant is under the continuing duty to report any such change. Failure to do so invalidates this quote. In the event of any such change in exposure or risk or receipt of additional information, the insurer may in its sole discretion modify or withdraw this offer, whether or not this offer has already been accepted by the applicant.

Coverage may be bound only pursuant to the terms of a written binder. No authority is granted to the agent or broker to bind coverage.

In order to complete the underwriting process, the insurer requires that the applicant provide all requested additional information and reserves the right to refuse to bind coverage prior to receipt and underwriting approval of this information. However, if the insurer does bind coverage prior to receipt and underwriting approval of such information, the terms and conditions indicated above may be amended at the insurer's sole discretion until such information is received and approved.

| SCHEDULE OF FORMS & ENDORSEMENTS<br>***DOUBLE-CLICK THE PAPERCLIP ICON FOR SPECIMENS:*** | | |
|---|---|---|
| **Policyholder Notices and Policy Forms** | | **Form Number and Edition Date** |
| Surplus Lines Broker Statement | | AXIS 103 0415 |
| Policyholder Disclosure - Notice of Terrorism Insurance Coverage | | TRIA OFFER DISCLOSURE 0418 |
| State Fraud Statement | | AXIS 104 0415 |
| PolicyHolder Notice | | AXIS 105 0316 |
| Service of Suit | | AXIS 106 0415 |
| Policyholder Notice - Economic And Trade Sanctions | | AXIS 906 0316 |
| California Disclosure Notice Regarding Calculation Of Return Premium In Event Of Cancellation | | AXIS CA901 0815 |
| AXIS Property Form | | AXIS 1012401 0525 |
| Signature Page | | AXIS 102ASIC 0415 |
| **Endorsements** | | **Form Number and Edition Date** |
| 1 | Minimum Earned Premium Endorsement | AXIS 1011730 0618 |
| 2 | Schedule of Valuable Papers and Records | AXIS 1012407 0619 |
| 3 | EXCLUSION OF SPECIFIED COVERED PROPERTY ENDORSEMENT | AXIS 1012423 0322 |
| 4 | Outdoor Signs Coverage Endorsement | AXIS 1012430 0619 |
| 5 | Newly Acquired Property Endorsement | AXIS 1012432 0619 |
| 6 | Newly Constructed Property Endorsement | AXIS 1012433 0619 |
| 7 | Outdoor Property Endorsement | AXIS 1012435 0619 |
| 8 | Roof Surfacing Limited Exclusion Endorsement | AXIS 1012441 0619 |
| 9 | Roofing Material Valuation Condition Endorsement | AXIS 1012442 0619 |
| 10 | Convective Storm And Named Storm Deductibles Endorsement | AXIS 1012455 0619 |
| 11 | Convective Storm And Named Storm Coverage Endorsement | AXIS 1012481 1120 |
| 12 | Loss Condition Endorsement - Assignment of Benefits Fully Prohibited | AXIS 1013154 0922 |

STETSON
INSURANCE FUNDING

We are pleased to introduce you to Stetson Insurance Funding, LLC ("Stetson") an affiliate of Ryan Specialty Group that operates its premium finance business. Stetson will be providing an automated premium finance agreement for your clients' commercial insurance risks placed through RT Specialty.

Stetson has teamed up with FIRST Insurance Funding ("FIRST"), the largest premium finance company in North America. Under this collaboration, FIRST will be the lender, as listed on the premium finance agreement, and the loan will be serviced by FIRST. Stetson will be your main point of contact throughout the life of the loan and provide ongoing support to your agency.

## EASY SET UP FOR AGENTS TO OBTAIN FINANCING:

1. Receive an automated premium finance agreement with eligible commercial insurance risks placed through RT Specialty.
2. Make changes to the premium finance agreement by:
   - Visiting our website at www.stetsonfunding.com
   - Emailing us at quotes@stetsonfunding.com
   - Calling us at 1-866-856-1112
3. Down payment to be collected by the agent from the insured in good funds and sent to the General Agent or Carrier.
4. Return the signed premium finance agreement to agreements@stetsonfunding.com.
5. Stetson will finalize the loan and have funding issued for the amount financed.

We look forward to exceeding your premium financing expectations.

# IMPORTANT NOTICE:

**1. The insurance policy that you are applying to purchase is being issued by an insurer that is not licensed by the State of California. These companies are called "nonadmitted" or "surplus line" insurers.**

**2. The insurer is not subject to the financial solvency regulation and enforcement that apply to California licensed insurers.**

**3. The insurer does not participate in any of the insurance guarantee funds created by California law. Therefore, these funds will not pay your claims or protect your assets if the insurer becomes insolvent and is unable to make payments as promised.**

**4. The insurer should be licensed either as a foreign insurer in another state in the United States or as a non-United States (alien) insurer. You should ask questions of your insurance agent, broker, or "surplus line" broker or contact the California Department of Insurance at the toll-free number 1-800-927-4357 or internet website www.insurance.ca.gov. Ask whether or not the insurer is licensed as a foreign or non-United States (alien) insurer and for additional information about the insurer. You may also visit the NAIC's internet website at www.naic.org. The NAIC—the National Association of Insurance Commissioners—is the regulatory support organization created and governed by the chief insurance regulators in the United States.**

**5. Foreign insurers should be licensed by a state in the United States and you may contact that state's department of insurance to obtain more information about that insurer. You can find a link to each state from this NAIC internet website: https://naic.org/state_web_map.htm.**

**6. For non-United States (alien) insurers, the insurer should be licensed by a country outside of the United States and should be on the NAIC's International Insurers Department (IID) listing of approved nonadmitted non-United States insurers. Ask your agent, broker, or "surplus line" broker to obtain more information about that insurer.**

**7. California maintains a "List of Approved Surplus Line Insurers (LASLI)." Ask your agent or broker if the insurer is on that list, or view that list at the internet website of the California Department of Insurance: www.insurance.ca.gov/01-consumers/120-company/07-lasli/lasli.cfm.**

**8. If you, as the applicant, required that the insurance policy you have purchased be effective immediately, either because existing coverage was going to lapse within two business days or because you were required to have coverage within two business days, and you did not receive this disclosure form and a request for your signature until after coverage became effective, you have the right to cancel this policy within five days of receiving this disclosure. If you cancel coverage, the premium will be prorated and any broker's fee charged for this insurance will be returned to you.**

**Date: ______________________________**

**Insured: ___________________________**

**D-1 (Effective January 1, 2020)**

# INSTRUCTIONS

**SECTION 1:** Please provide the full name, as it is written on the individual's California license, of the individual who performed or supervised the diligent search. If the search was performed under the individual's license number, enter the individual's California license number in section (A) or if the individual was authorized as an endorsee under an organizational license, enter the name of the organization and its California license number in section (B).

**SECTION 3:** Please provide a complete response to section (A), and if applicable to section (B). Note: The Insurance Commissioner or his designee may require the surplus line broker to conduct additional searches among admitted insurers for similar placements in the future. (California Insurance Code section 1763[b]) An incomplete response will be tagged and may unnecessarily result in a request for a further search to be conducted.

- **SECTION 3(A):** To avoid misidentification among insurers with similar names, please provide the complete name of the admitted insurer as listed in the California Department of Insurance (CDI) Official Publication of Admitted Companies and the insurance company's National Association of Insurance Commissioners (NAIC) number. Please include Insurer contact name and telephone number or email address, or if a website based quoting platform was used, enter the website name.

  Please refer to the California Department of Insurance Official Publication of Admitted Companies.
  https://interactive.web.insurance.ca.gov/apex_extprd/f?p=144:1

- **SECTION 3(B):** The detailed explanation in section 3(B) must include a description of the steps the broker took to determine whether three insurers write the type of insurance or risk and the reasoning for the determination. A conclusory statement is insufficient.

**SIGNATURE:** The Surplus Line Association of California (SLA) will accept a wet signature or a digital and electronic signature from the California Secretary of State's Approved List of Digital Signature Certification Authorities. Please refer to the following link:

https://www.sos.ca.gov/administration/regulations/current-regulations/technology/digital-signatures/approved-certification-authorities/

**IMPORTANT:** Persons who are licensed only as an agent are authorized to offer risks only to admitted insurers for which they are appointed agents (California Insurance Code section 1704). Agents are not authorized to offer a risk to admitted insurers for which they are not appointed agents. A search which is limited to only those companies that have appointed the agent may not necessarily constitute a diligent search of the admitted market.

**WHAT TO FILE:** This report must be filed along with the Confidential Report of Surplus Line Placement. (SL-1 Form). File this Form with signature, and, only if applicable, the Addendum.

**WHERE TO FILE:** The SL-1 Form and this report are to be filed by the surplus line broker with SLA within 60 days of placement of coverage with non-admitted insurer(s).

**MULTIPLE LICENSEES CONDUCTING SEARCH:** If two or more licensees conduct a diligent search of admitted insurers, then each licensee must complete a Diligent Search Report (SL-2 Form). All such reports should be attached to the SL-1 Form.

Please refer to the **Coverage Code List** and **Export Code List** under Resources on the Learning Center for the full list of coverages and their respective codes.

https://learningcenter.slacal.com/resources/filing-requirements-and-procedures/coverage-codes
https://learningcenter.slacal.com/resources/filing-requirements-and-procedures/export-list-codes

The Surplus Line Association of California

# DILIGENT SEARCH REPORT (SL-2 FORM)

① Before completing this report, please review the instructions on page 2.

I, ______________________________, hereby submit that I performed or supervised this diligent search, and I am:

***(A)*** licensed as an individual agent-broker for the applicable lines of insurance or surplus line broker under California license number ____________; **OR**

***(B)*** licensed and an endorsee on the license of ______________________________ (**Full Name of Organization**), California license number ______________________________

② ***(A)*** Name of Insured: Ynez Shops LLC

***(B)*** Description of Risk: ______________________________
(e.g., Tattoo Parlor, Cannabis Dispensary, Vacant Building, **NOT TYPE OF COVERAGE**)

***(C)*** Type of Insurance or Coverage Code: ______________________________

③ Describe the diligent efforts made to place this coverage with admitted insurers by completing (A) or, if applicable, (B) below.

***(A)*** List the insurers admitted in California who actually write the type of insurance described on lines 2(B) and 2(C) to which you or someone under your supervision submitted the risk described in lines 2(A) through 2(C). Please complete **ALL** sections of the table below.

| | INSURER ① | INSURER ② | INSURER ③ |
|---|---|---|---|
| NAIC ID | | | |
| MONTH, YEAR OF DECLINATION | | | |
| FULL NAME OF ADMITTED INSURER | | | |
| CONTACT INFORMATION – FULL NAME | | | |
| PHONE / EMAIL | | | |
| *OR* WEBSITE | | | |

***(B)*** If you did not list at least three insurers in 3(A) above, describe in detail how you determined that fewer than **THREE** admitted insurers write the type of insurance described on lines 2(B) and 2(C). ______________________________

④ Is the type of insurance you are reporting as identified in line 2(C) **private passenger automobile liability or health**? Yes ☐ No ☐

If you answered "yes," please complete the Diligent Search Report Addendum.

The undersigned licensee hereby certifies that this report is true and correct, and that this risk is not being placed with a non-admitted insurer for the sole purpose of securing a rate or premium lower than the lowest rate or premium available from an admitted insurer.

______________________________ (Signature of Licensee Named on Line 1)

______________________________ (Date)

## DILIGENT SEARCH REPORT (SL-2 FORM) ADDENDUM

## PRIVATE PASSENGER AUTOMOBILE LIABILITY INSURANCE COVERAGE OR HEALTH INSURANCE COVERAGE

1. If **Private Passenger Automobile Liability Insurance** is identified on line 2(C), complete the following:

(A) Does the insured qualify as a "Good Driver" under Section 1861.025 of the California Insurance Code?
https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?lawCode=INS&sectionNum=1861.025.

**(CHECK ONE) YES** ☐ **NO** ☐

(B) Does the coverage that you have placed include, in whole or in part, the limits of coverage provided under the California Automobile Assigned Risk Plan (CAARP)?

**(CHECK ONE) YES** ☐ **NO** ☐

If YES, has this risk been submitted to and found to be ineligible by CAARP?

**(CHECK ONE) YES** ☐ **NO** ☐

If your answer is NO, this coverage cannot be placed with a non-admitted insurer.
(See California Insurance Code section 1763.5)
https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?lawCode=INS&sectionNum=1763.5.

2. If **Health Insurance** is identified on line 2(C), does the insured qualify as a "Small Employer" under California Insurance Code section 10700(x)?
https://leginfo.legislature.ca.gov/faces/codes_displayText.xhtml?lawCode=INS&division=2.&title=&part=2.&chapter=8.&article=1.

**(CHECK ONE) YES** ☐ **NO** ☐

# EXHIBIT 3

RYAN®
TURNER
SPECIALTY

RT Specialty
540 West Madison St
9th Floor
Chicago, IL 60661
Tom Mullins
312-878-8318

# Insurance Proposal

**May 28, 2026**

**Trustee Insurance Agency**
Attn: Jessica Cox
PO Box 190 Vicksburg, MI 49097

| | |
|---|---|
| **Applicant:** | Ynez Shops LLC<br>520 Newport Center Dr Ste 480<br>Newport Beach, CA 92660 |
| **Submission #:** | APP114554274 |
| **Policy Period:** | 06/01/2026 12:01 AM To 06/01/2027 12:01 AM |
| **Coverage:** | Property |
| **Issuing Company:** | Ategrity Specialty Insurance Company |

---

**CALIFORNIA SHORT RATE CANCELLATION PENALTY DISCLOSURE**

Please be advised that if you request cancellation of your policy prior to the expiration, the policy may be cancelled at a rate less than pro rata.

Please refer to your policy for specific terms and conditions.

RYAN® TURNER SPECIALTY

RT Specialty
540 West Madison St
9th Floor
Chicago, IL 60661
Tom Mullins
312-878-8318

# Insurance Proposal

**May 28, 2026**

**Trustee Insurance Agency**
Attn: Jessica Cox
PO Box 190 Vicksburg, MI 49097

**Applicant:** Ynez Shops LLC
520 Newport Center Dr Ste 480
Newport Beach, CA 92660

**Submission #:** APP114554274
**Policy Period:** 06/01/2026 12:01 AM To 06/01/2027 12:01 AM
**Coverage:** Property
**Issuing Company:** Ategrity Specialty Insurance Company

---

We are pleased to submit our proposal for the above captioned applicant.

Please read the attached quote carefully as coverage offered may be more limited than coverage requested.

Note :

Minimum earned premium may apply to this policy. See attached carrier quote for specifics. Please note that all fees are fully earned at inception.

TRIA coverage if applicable is offered on the attached carrier's quote.

Please review any minimum and deposit, audit, and/or cancellation provisions on the attached carrier quote for details regarding possible return premiums and additional premium charges.

I look forward to hearing from you, and please call if you have any questions.

Thank you for your business.

Regards,

Tom Mullins
President
RT Specialty
Tom.Mullins@rtspecialty.com
312-878-8318

Kevin Verkler
Vice President
RT Specialty
kevin.verkler@rtspecialty.com
312-761-1053

RT RYAN® TURNER SPECIALTY

RT Specialty
540 West Madison St
9th Floor
Chicago, IL 60661
Tom Mullins
312-878-8318

# Insurance Proposal

## Cost Summary

| | |
|---|---|
| Property Premium | $60,000.00 |
| CA Surplus Lines Tax | $1,818.00 |
| CA Stamp Fee | $109.08 |
| Policy Fee | $1,000.00 |
| Carrier Policy Fee | $600.00 |
| **Total Policy Cost** | **$63,527.08** |

**Minimum Earned**

Note: There may be a minimum earned on this policy. Please refer to the carrier quote for more details on the minimum earned percentage.

**Agent Commission: 10.00%**

**Disclosures**

RT Specialty is typically compensated through commission from the insurer for the placement of policies in most transactions. The amount of the commission varies by insurance line and by carrier. RT Specialty might also receive additional compensation. In order to place the insurance requested we may charge a reasonable fee for additional services such as performing a risk analysis, comparing policies, processing submissions, communication expenses, inspections, working with underwriters on the coverage proposal, issuing policies, or servicing the policy after issuance. Any fees charged are fully earned at inception of the policy. Third-party inspection or other fees may be separately itemized upon request. Our fees are applied to new policies, renewal policies, and endorsements. Fees applicable to each renewal and endorsement will be set forth in the quotes. It is the insurance carrier's decision whether to offer the insurance quoted, and your client's decision whether to accept the quote. Our fee is not imposed by state law or the Insurer.

Depending upon the Insurer involved with your placement, we might also have an agreement with the Insurer that we are proposing for this placement that might pay us future additional compensation This compensation could be based on formulas that consider the volume of business placed with the Insurer, the profitability of that business, how much of the business is retained for the Insurer's account each year, and potentially other factors. The agreements frequently consider total eligible premium from all clients placed during a calendar year and any incentive or contingent compensation is often received at a future date. Because of variables in these agreements, we often do not have an accurate means at the time of placement to determine the amount of any additional compensation that might be attributable to any single placement. You, as the retail broker with the direct relationship with the Insured, must comply with all applicable laws and regulations related to disclosure of and consent and agreement to, compensation, and informing the Insured that it may request more information about producer or broker compensation that might be paid in connection with the Insured's placement. If we request a copy of any legally required insured consent or agreement, you will provide us with a copy. If you need additional information about the compensation arrangements for services provided by RT Specialty affiliates, please contact your RT Specialty representative.

RT Specialty is a division of RSG Specialty, LLC. RSG Specialty, LLC is a Delaware limited liability company and a subsidiary of Ryan Specialty, LLC. In California: RSG Specialty Insurance Services, LLC (License # 0G97516).

RT Specialty
540 West Madison St
9th Floor
Chicago, IL 60661
Tom Mullins
312-878-8318

# Insurance Proposal

## Subjectivities

- Signed and completed Acord Application
- Due Diligence Forms (if required by state - Non-Admitted Only)
- Signed TRIA form if insured is accepting or rejecting terrorism coverage
- This quote is subject to receiving currently valued, acceptable loss runs for the last 5 policy terms prior to binding.
- Signed and completed Supplemental Application
- A written request to bind coverage is required prior to binding
- Please provide Inspection Contact Name and Phone Number at binding (email if available). Coverage is subject to a satisfactory inspection.
- Subjectivities & conditions per the Ategrity quote letter.

**The Subjectivities outlined above are required prior to binding. Please forward all requested information with your bind request. No coverage is considered bound until confirmed in writing and all subjectivities have been addressed.**

RYAN® TURNER SPECIALTY

RT Specialty
540 West Madison St
9th Floor
Chicago, IL 60661
Tom Mullins
312-878-8318

# Insurance Proposal

---

## NOTICE

## Occurrence Limit of Liability

## (OLLE) Scheduled Limits

Blanket coverage for first-party property insurance risks has become increasingly difficult to secure and often is not available regardless of price.

Please note that your quote may not provide coverage on a blanket basis and, based on current market conditions, a blanket coverage option might not be available. Any reference(s) to an Occurrence Limit of Liability Endorsement (OLLE), margin clause, maximum amount payable, and/or scheduled limits indicate that blanket coverage is not provided. Instead, the amount of recovery afforded by the policy is limited in some respect to the amount(s) set forth on the Statement of Values (SOV) provided to the insurer. This potentially can materially reduce the insured's recovery in the event of a loss as compared to blanket coverage. Additionally, the policy language for these clauses may vary by insurer and some insurers limit the amount recoverable for extensions of coverage, additional coverages, and additional covered property to the values as shown on the SOV.

Please review this quote very carefully to determine if coverage is being offered or provided on a blanket, or some other more limited, basis.

As such, we strongly recommend that you confirm that the insured is in agreement that they have provided full and accurate amounts for the values set forth on the SOV. RT Specialty expressly disclaims any responsibility for the accuracy or adequacy of the values provided on an SOV. We also note that all decisions concerning coverage and the application of the terms, provisions, conditions, limitations or exclusions of the policy to any claim are made exclusively by the insurers.

**ATEGRITY SPECIALTY INSURANCE COMPANY**
1400 N. Pima Road, Suite 200
Scottsdale, AZ 85260

5/28/2026

**RT SPECIALTY - CHICAGO, IL**

AGENCY NUMBER: 0000003146

**SUBJECT: YNEZ SHOPS LLC**
**520 NEWPORT CENTER DR, STE BEACH**
**NEWPORT BEACH, CA 92660**
QUOTE NUMBER: Q-B-Property-1000142264
New Business
**Ategrity Property Quote**

Thank you for your submission. We are pleased to offer terms and conditions for a Primary Property policy subject to the conditions outlined below.

## POLICY PERIOD

From 06/01/2026 to 06/01/2027 at 12:01 AM standard time at the mailing address shown above.

## SUBJECTIVITIES

All Bind requests require signed and dated Acord applications and TRIA selection form.
This proposal is subject to the receipt, review, and acceptance of the following additional information within 15 days of binding, if not already received in the initial submission:

1) ALL OTHER TERMS/CONDITIONS/SUBLIMITS/EXCLUSIONS AS PER LEAD PRIMARY QUOTE ON FILE; NO CHANGES TO UNDERLYING TERMS WITHOUT ATEGRITY APPROVAL
2) COPY OF LEAD PRIMARY BINDER WITHIN 10 DAYS OF BINDING.
3) COPY OF LEAD PRIMARY POLICY WITHIN 45 DAYS OF BINDING.
4) MID-TERM ADD/DELETES SUBJECT TO PRIOR SUBMIT.
5) NO CHANGES TO QUOTED TOTAL INSURED VALUES AND/OR PREMIUM WITHOUT ATEGRITY PRIOR APPROVAL.

6) SUBJECT TO NO OTHER ATEGRITY PROPERTY COVERAGE

## QUOTE EXPIRATION

This quote is valid for 60 days from the above date or until the effective date, whichever comes first.

THIS QUOTE MAY NOT MEET ALL OF YOUR REQUESTED SPECIFICATIONS AND/OR COVERAGES, SO PLEASE REVIEW CAREFULLY.

ATEGRITY SPECIALTY INSURANCE COMPANY RESERVES THE RIGHT TO ALTER OR WITHDRAW THESE TERMS AT ANY TIME SHOULD WE BECOME AWARE OF ANY MATERIAL CHANGE IN UNDERWRITING INFORMATION OR CLAIMS ACTIVITY.

## COMMISSIONS AND FEES

| | |
|---|---|
| Minimum Earned Premium: | 35% |
| Admin Fee | $600 |

The following pages include your quote proposal and a list of forms making up the proposed policy.

If you have questions or need any revisions to this proposal, please reach out to me. Thank you for your consideration of our proposal.

| | |
|---|---|
| **Total Policy Insured Value:** | $ 57,121,875 |
| **Premium:** | $ 60,000 |
| **TRIPRA Premium:** | $ 6,000 |
| **Limits of Liability:** | $5,000,000 part of $10,000,000 excess of deductibles; All Risks excluding Earth Movement and Flood; Excluding Equipment Breakdown |
| **Co-Insurance:** | N/A |
| **Valuation:** | As Per Lead Primary |
| **Deductibles:** | As Per Lead Primary |

## FORMS AND ENDORSEMENTS

The proposed policy consists of the forms shown in the forms schedule on the following page. These forms and endorsements will be attached to a policy, if issued. If a coverage is not selected, any related forms and endorsements will not be attached.

## SURPLUS LINES

This insurance quote is being provided by Ategrity Specialty Insurance Company as a surplus lines carrier. Surplus lines insurance provides coverage for risks that cannot be readily obtained from licensed insurers in the standard market. As such, policies issued by surplus lines carriers may differ from those offered by licensed insurers in terms of coverage, terms, and conditions.

## FORMS SCHEDULE

| FORM NUMBER | VERSION NUMBER | NAME |
|---|---|---|
| ASIC-AF-0000 | 01 23 | Cover Page |
| ASIC-AF-0003 | 01 23 | Service of Suit Clause |
| ASIC-XP-0001 | 01 22 | Minimum Earned Cancellation Premium |
| ASIC-NOT-0002 | 09 22 | Claim Reporting Information |
| ASIC-XP-0018 | 03 22 | Commercial Property Participating Primary Policy Dec. - Follow Form |
| ASIC-XP-0015 | 03 22 | Commercial Property Participating Primary Follow Form |
| ASIC-NOT-0004 | 12 20 | Policy Holder Disclosure Notice of Terrorism Insurance Coverage |

Ategrity

ATEGRITY SPECIALTY INSURANCE COMPANY

IMPORTANT INFORMATION
POLICYHOLDER DISCLOSURE
NOTICE OF TERRORISM INSURANCE COVERAGE

**TERRORISM RISK INSURANCE ACT**

Under the Terrorism Risk Insurance Act of 2002, as amended pursuant to the Terrorism Risk Insurance Program Reauthorization Act of 2015, effective January 1, 2015 (the "Act"), you have a right to purchase insurance coverage for losses arising out of acts of terrorism, as defined in Section 102(1) of the Act: The term "certified acts of terrorism" means any act that is certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

You should know that where coverage is provided by this policy for losses resulting from "certified acts of terrorism," such losses may be partially reimbursed by the United States Government under a formula established by federal law. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government agrees to reimburse eighty percent (80%) of covered terrorism losses that exceed the statutorily established deductible paid by the insurance company providing the coverage. The premium charged for this coverage is provided below and does not include any charges for the portion of loss that may be covered by the Federal Government under the Act.

You should also know that the Act, as amended, contains a $100 billion cap that limits United States Government reimbursement as well as insurers' liability for losses resulting from "certified acts of terror- ism" when the amount of such losses in any one calendar year exceeds $100 billion. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

**CONDITIONAL TERRORISM COVERAGE**

The federal Terrorism Risk Insurance Program Reauthorization Act of 2015 is scheduled to terminate at the end of December 31, 2027, unless renewed, extended or otherwise continued by the federal government. Should you select Terrorism Coverage provided under the Act and the Act is terminated December 31, 2027, any terrorism coverage as defined by the Act provided in the policy will also terminate.

**IN ACCORDANCE WITH THE ACT, YOU MUST CHOOSE TO SELECT OR REJECT COVERAGE FOR "CERTIFIED ACTS OF TERRORISM" BELOW:**

**The Note below applies for risks in these states:** California, Connecticut, Georgia, Hawaii, Illinois, Iowa, Maine, Missouri, New Jersey, New York, North Carolina, Oregon, Rhode Island, Virginia, Washington, West Virginia, Wisconsin.

Ategrity

**NOTE:** In these states, a terrorism exclusion makes an exception for (and thereby provides coverage for) fire losses resulting from an act of terrorism. Therefore, if you reject the offer of terrorism coverage, that rejection does not apply to fire losses resulting from an act of terrorism coverage for such fire losses will be provided in your policy.

**If you do not respond to our offer and do not return this notice to the Company, you will have no Terrorism Coverage under this policy.**

PLEASE SELECT ONE OF THE FOLLOWING TO EITHER ACCEPT OR REJECT TERRORISM INSURANCE COVERAGE:

☐ I hereby elect to purchase terrorism coverage for a prospective premium of $6,000, I understand that the federal Terrorism Risk Insurance program Reauthorization Act of 2015 may terminate on December 31, 2027. Should that occur my coverage for terrorism as defined by the Act will also terminate.

☐ I hereby reject the purchase of certified terrorism coverage.

______________________________
Name of Insured/Firm

______________________________
Policyholder/Applicant's Signature

______________________________
Policy Number, if available

______________________________
Print Name

______________________________
Date

STETSON
INSURANCE FUNDING

We are pleased to introduce you to Stetson Insurance Funding, LLC ("Stetson") an affiliate of Ryan Specialty Group that operates its premium finance business. Stetson will be providing an automated premium finance agreement for your clients' commercial insurance risks placed through RT Specialty.

Stetson has teamed up with FIRST Insurance Funding ("FIRST"), the largest premium finance company in North America. Under this collaboration, FIRST will be the lender, as listed on the premium finance agreement, and the loan will be serviced by FIRST. Stetson will be your main point of contact throughout the life of the loan and provide ongoing support to your agency.

## EASY SET UP FOR AGENTS TO OBTAIN FINANCING:

1. Receive an automated premium finance agreement with eligible commercial insurance risks placed through RT Specialty.
2. Make changes to the premium finance agreement by:
   - Visiting our website at www.stetsonfunding.com
   - Emailing us at quotes@stetsonfunding.com
   - Calling us at 1-866-856-1112
3. Down payment to be collected by the agent from the insured in good funds and sent to the General Agent or Carrier.
4. Return the signed premium finance agreement to agreements@stetsonfunding.com.
5. Stetson will finalize the loan and have funding issued for the amount financed.

We look forward to exceeding your premium financing expectations.

# IMPORTANT NOTICE:

**1. The insurance policy that you are applying to purchase is being issued by an insurer that is not licensed by the State of California. These companies are called "nonadmitted" or "surplus line" insurers.**

**2. The insurer is not subject to the financial solvency regulation and enforcement that apply to California licensed insurers.**

**3. The insurer does not participate in any of the insurance guarantee funds created by California law. Therefore, these funds will not pay your claims or protect your assets if the insurer becomes insolvent and is unable to make payments as promised.**

**4. The insurer should be licensed either as a foreign insurer in another state in the United States or as a non-United States (alien) insurer. You should ask questions of your insurance agent, broker, or "surplus line" broker or contact the California Department of Insurance at the toll-free number 1-800-927-4357 or internet website www.insurance.ca.gov. Ask whether or not the insurer is licensed as a foreign or non-United States (alien) insurer and for additional information about the insurer. You may also visit the NAIC's internet website at www.naic.org. The NAIC—the National Association of Insurance Commissioners—is the regulatory support organization created and governed by the chief insurance regulators in the United States.**

**5. Foreign insurers should be licensed by a state in the United States and you may contact that state's department of insurance to obtain more information about that insurer. You can find a link to each state from this NAIC internet website: https://naic.org/state_web_map.htm.**

**6. For non-United States (alien) insurers, the insurer should be licensed by a country outside of the United States and should be on the NAIC's International Insurers Department (IID) listing of approved nonadmitted non-United States insurers. Ask your agent, broker, or "surplus line" broker to obtain more information about that insurer.**

**7. California maintains a "List of Approved Surplus Line Insurers (LASLI)." Ask your agent or broker if the insurer is on that list, or view that list at the internet website of the California Department of Insurance: www.insurance.ca.gov/01-consumers/120-company/07-lasli/lasli.cfm.**

**8. If you, as the applicant, required that the insurance policy you have purchased be effective immediately, either because existing coverage was going to lapse within two business days or because you were required to have coverage within two business days, and you did not receive this disclosure form and a request for your signature until after coverage became effective, you have the right to cancel this policy within five days of receiving this disclosure. If you cancel coverage, the premium will be prorated and any broker's fee charged for this insurance will be returned to you.**

**Date: ______________________________**

**Insured: ___________________________**

**D-1 (Effective January 1, 2020)**

## INSTRUCTIONS

**SECTION 1:** Please provide the full name, as it is written on the individual's California license, of the individual who performed or supervised the diligent search. If the search was performed under the individual's license number, enter the individual's California license number in section (A) or if the individual was authorized as an endorsee under an organizational license, enter the name of the organization and its California license number in section (B).

**SECTION 3:** Please provide a complete response to section (A), and if applicable to section (B). Note: The Insurance Commissioner or his designee may require the surplus line broker to conduct additional searches among admitted insurers for similar placements in the future. (California Insurance Code section 1763[b]) An incomplete response will be tagged and may unnecessarily result in a request for a further search to be conducted.

- **SECTION 3(A):** To avoid misidentification among insurers with similar names, please provide the complete name of the admitted insurer as listed in the California Department of Insurance (CDI) Official Publication of Admitted Companies and the insurance company's National Association of Insurance Commissioners (NAIC) number. Please include Insurer contact name and telephone number or email address, or if a website based quoting platform was used, enter the website name.

  Please refer to the California Department of Insurance Official Publication of Admitted Companies.
  https://interactive.web.insurance.ca.gov/apex_extprd/f?p=144:1

- **SECTION 3(B):** The detailed explanation in section 3(B) must include a description of the steps the broker took to determine whether three insurers write the type of insurance or risk and the reasoning for the determination. A conclusory statement is insufficient.

**SIGNATURE:** The Surplus Line Association of California (SLA) will accept a wet signature or a digital and electronic signature from the California Secretary of State's Approved List of Digital Signature Certification Authorities. Please refer to the following link:

https://www.sos.ca.gov/administration/regulations/current-regulations/technology/digital-signatures/approved-certification-authorities/

**IMPORTANT:** Persons who are licensed only as an agent are authorized to offer risks only to admitted insurers for which they are appointed agents (California Insurance Code section 1704). Agents are not authorized to offer a risk to admitted insurers for which they are not appointed agents. A search which is limited to only those companies that have appointed the agent may not necessarily constitute a diligent search of the admitted market.

**WHAT TO FILE:** This report must be filed along with the Confidential Report of Surplus Line Placement. (SL-1 Form). File this Form with signature, and, only if applicable, the Addendum.

**WHERE TO FILE:** The SL-1 Form and this report are to be filed by the surplus line broker with SLA within 60 days of placement of coverage with non-admitted insurer(s).

**MULTIPLE LICENSEES CONDUCTING SEARCH:** If two or more licensees conduct a diligent search of admitted insurers, then each licensee must complete a Diligent Search Report (SL-2 Form). All such reports should be attached to the SL-1 Form.

Please refer to the **Coverage Code List** and **Export Code List** under Resources on the Learning Center for the full list of coverages and their respective codes.

https://learningcenter.slacal.com/resources/filing-requirements-and-procedures/coverage-codes
https://learningcenter.slacal.com/resources/filing-requirements-and-procedures/export-list-codes

The Surplus Line Association of California

# DILIGENT SEARCH REPORT (SL-2 FORM)

**1**

Before completing this report, please review the instructions on page 2.

I, ______________________________, hereby submit that I performed or supervised this diligent search, and I am:

***(A)*** licensed as an individual agent-broker for the applicable lines of insurance or surplus line broker under California license number ____________; **OR**

***(B)*** licensed and an endorsee on the license of ______________________________ (**Full Name of Organization**), California license number ______________________________

**2**

***(A)*** Name of Insured: Ynez Shops LLC

***(B)*** Description of Risk: ______________________________
(e.g., Tattoo Parlor, Cannabis Dispensary, Vacant Building, **NOT TYPE OF COVERAGE**)

***(C)*** Type of Insurance or Coverage Code: ______________________________

**3**

Describe the diligent efforts made to place this coverage with admitted insurers by completing (A) or, if applicable, (B) below.

***(A)*** List the insurers admitted in California who actually write the type of insurance described on lines 2(B) and 2(C) to which you or someone under your supervision submitted the risk described in lines 2(A) through 2(C). Please complete **ALL** sections of the table below.

| | INSURER 1 | INSURER 2 | INSURER 3 |
|---|---|---|---|
| NAIC ID | | | |
| MONTH, YEAR OF DECLINATION | | | |
| FULL NAME OF ADMITTED INSURER | | | |
| CONTACT INFORMATION — FULL NAME | | | |
| PHONE / EMAIL | | | |
| *OR* WEBSITE | | | |

***(B)*** If you did not list at least three insurers in 3(A) above, describe in detail how you determined that fewer than **THREE** admitted insurers write the type of insurance described on lines 2(B) and 2(C). ______________________________

**4**

Is the type of insurance you are reporting as identified in line 2(C) **private passenger automobile liability or health**? Yes ☐ No ☐

If you answered "yes," please complete the Diligent Search Report Addendum.

The undersigned licensee hereby certifies that this report is true and correct, and that this risk is not being placed with a non-admitted insurer for the sole purpose of securing a rate or premium lower than the lowest rate or premium available from an admitted insurer.

______________________________ ______________________________
(Signature of Licensee Named on Line 1) (Date)

# DILIGENT SEARCH REPORT (SL-2 FORM) ADDENDUM

## PRIVATE PASSENGER AUTOMOBILE LIABILITY INSURANCE COVERAGE OR HEALTH INSURANCE COVERAGE

1. If **Private Passenger Automobile Liability Insurance** is identified on line 2(C), complete the following:

   (A) Does the insured qualify as a "Good Driver" under Section 1861.025 of the California Insurance Code?
   https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?lawCode=INS&sectionNum=1861.025.

   **(CHECK ONE) YES ☐ NO ☐**

   (B) Does the coverage that you have placed include, in whole or in part, the limits of coverage provided under the California Automobile Assigned Risk Plan (CAARP)?

   **(CHECK ONE) YES ☐ NO ☐**

   If YES, has this risk been submitted to and found to be ineligible by CAARP?

   **(CHECK ONE) YES ☐ NO ☐**

   If your answer is NO, this coverage cannot be placed with a non-admitted insurer.
   (See California Insurance Code section 1763.5)
   https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?lawCode=INS&sectionNum=1763.5.

2. If **Health Insurance** is identified on line 2(C), does the insured qualify as a "Small Employer" under

   California Insurance Code section 10700(x)?
   https://leginfo.legislature.ca.gov/faces/codes_displayText.xhtml?lawCode=INS&division=2.&title=&part=2.&chapter=8.&article=1.

   **(CHECK ONE) YES ☐ NO ☐**

# EXHIBIT 4

RYAN® TURNER SPECIALTY

RT Specialty
540 West Madison St
9th Floor
Chicago, IL 60661
Tom Mullins
312-878-8318

# Insurance Proposal

**May 28, 2026**

**Trustee Insurance Agency**
Attn: Jessica Cox
PO Box 190 Vicksburg, MI 49097

| | |
|---|---|
| **Applicant:** | Ynez Shops LLC<br>520 Newport Center Dr Ste 480<br>Newport Beach, CA 92660 |
| **Submission #:** | APP114554274 |
| **Policy Period:** | 06/01/2026 12:01 AM To 06/01/2027 12:01 AM |
| **Coverage:** | Property |
| **Issuing Company:** | Homeland Insurance Company of New York |

## CALIFORNIA SHORT RATE CANCELLATION PENALTY DISCLOSURE

Please be advised that if you request cancellation of your policy prior to the expiration, the policy may be cancelled at a rate less than pro rata.

Please refer to your policy for specific terms and conditions.

RYAN® TURNER SPECIALTY

RT Specialty
540 West Madison St
9th Floor
Chicago, IL 60661
Tom Mullins
312-878-8318

# Insurance Proposal

**May 28, 2026**

**Trustee Insurance Agency**
Attn: Jessica Cox
PO Box 190 Vicksburg, MI 49097

| | |
|---|---|
| **Applicant:** | Ynez Shops LLC<br>520 Newport Center Dr Ste 480<br>Newport Beach, CA 92660 |
| **Submission #:** | APP114554274 |
| **Policy Period:** | 06/01/2026 12:01 AM To 06/01/2027 12:01 AM |
| **Coverage:** | Property |
| **Issuing Company:** | Homeland Insurance Company of New York |

---

We are pleased to submit our proposal for the above captioned applicant.

Please read the attached quote carefully as coverage offered may be more limited than coverage requested.

Note :

Minimum earned premium may apply to this policy. See attached carrier quote for specifics. Please note that all fees are fully earned at inception.

TRIA coverage if applicable is offered on the attached carrier's quote.

Please review any minimum and deposit, audit, and/or cancellation provisions on the attached carrier quote for details regarding possible return premiums and additional premium charges.

I look forward to hearing from you, and please call if you have any questions.

Thank you for your business.

Regards,

Tom Mullins
President
RT Specialty
Tom.Mullins@rtspecialty.com
312-878-8318

Kevin Verkler
Vice President
RT Specialty
kevin.verkler@rtspecialty.com
312-761-1053

RYAN® TURNER SPECIALTY

RT Specialty
540 West Madison St
9th Floor
Chicago, IL 60661
Tom Mullins
312-878-8318

# Insurance Proposal

## Cost Summary

| | |
|---|---|
| Property Premium | $52,500.00 |
| CA Surplus Lines Tax | $1,575.00 |
| CA Stamp Fee | $94.50 |
| Policy Fee | $1,000.00 |
| **Total Policy Cost** | **$55,169.50** |

**Minimum Earned**

Note: There may be a minimum earned on this policy. Please refer to the carrier quote for more details on the minimum earned percentage.

**Agent Commission: 10.00%**

**Disclosures**

RT Specialty is typically compensated through commission from the insurer for the placement of policies in most transactions. The amount of the commission varies by insurance line and by carrier. RT Specialty might also receive additional compensation. In order to place the insurance requested we may charge a reasonable fee for additional services such as performing a risk analysis, comparing policies, processing submissions, communication expenses, inspections, working with underwriters on the coverage proposal, issuing policies, or servicing the policy after issuance. Any fees charged are fully earned at inception of the policy. Third-party inspection or other fees may be separately itemized upon request. Our fees are applied to new policies, renewal policies, and endorsements. Fees applicable to each renewal and endorsement will be set forth in the quotes. It is the insurance carrier's decision whether to offer the insurance quoted, and your client's decision whether to accept the quote. Our fee is not imposed by state law or the Insurer.

Depending upon the Insurer involved with your placement, we might also have an agreement with the Insurer that we are proposing for this placement that might pay us future additional compensation This compensation could be based on formulas that consider the volume of business placed with the Insurer, the profitability of that business, how much of the business is retained for the Insurer's account each year, and potentially other factors. The agreements frequently consider total eligible premium from all clients placed during a calendar year and any incentive or contingent compensation is often received at a future date. Because of variables in these agreements, we often do not have an accurate means at the time of placement to determine the amount of any additional compensation that might be attributable to any single placement. You, as the retail broker with the direct relationship with the Insured, must comply with all applicable laws and regulations related to disclosure of and consent and agreement to, compensation, and informing the Insured that it may request more information about producer or broker compensation that might be paid in connection with the Insured's placement. If we request a copy of any legally required insured consent or agreement, you will provide us with a copy. If you need additional information about the compensation arrangements for services provided by RT Specialty affiliates, please contact your RT Specialty representative.

RT Specialty is a division of RSG Specialty, LLC. RSG Specialty, LLC is a Delaware limited liability company and a subsidiary of Ryan Specialty, LLC. In California: RSG Specialty Insurance Services, LLC (License # 0G97516).

RYAN® TURNER SPECIALTY

RT Specialty
540 West Madison St
9th Floor
Chicago, IL 60661
Tom Mullins
312-878-8318

# Insurance Proposal

## Subjectivities

- Signed and completed Acord Application
- Due Diligence Forms (if required by state - Non-Admitted Only)
- Signed TRIA form if insured is accepting or rejecting terrorism coverage
- This quote is subject to receiving currently valued, acceptable loss runs for the last 5 policy terms prior to binding.
- Signed and completed Supplemental Application
- A written request to bind coverage is required prior to binding
- Please provide Inspection Contact Name and Phone Number at binding (email if available). Coverage is subject to a satisfactory inspection.
- Subjectivities & conditions per the Intact quote letter.

**The Subjectivities outlined above are required prior to binding. Please forward all requested information with your bind request. No coverage is considered bound until confirmed in writing and all subjectivities have been addressed.**

RYAN® TURNER SPECIALTY

RT Specialty
540 West Madison St
9th Floor
Chicago, IL 60661
Tom Mullins
312-878-8318

# Insurance Proposal

---

## NOTICE

## Occurrence Limit of Liability

## (OLLE) Scheduled Limits

Blanket coverage for first-party property insurance risks has become increasingly difficult to secure and often is not available regardless of price.

Please note that your quote may not provide coverage on a blanket basis and, based on current market conditions, a blanket coverage option might not be available. Any reference(s) to an Occurrence Limit of Liability Endorsement (OLLE), margin clause, maximum amount payable, and/or scheduled limits indicate that blanket coverage is not provided. Instead, the amount of recovery afforded by the policy is limited in some respect to the amount(s) set forth on the Statement of Values (SOV) provided to the insurer. This potentially can materially reduce the insured's recovery in the event of a loss as compared to blanket coverage. Additionally, the policy language for these clauses may vary by insurer and some insurers limit the amount recoverable for extensions of coverage, additional coverages, and additional covered property to the values as shown on the SOV.

Please review this quote very carefully to determine if coverage is being offered or provided on a blanket, or some other more limited, basis.

As such, we strongly recommend that you confirm that the insured is in agreement that they have provided full and accurate amounts for the values set forth on the SOV. RT Specialty expressly disclaims any responsibility for the accuracy or adequacy of the values provided on an SOV. We also note that all decisions concerning coverage and the application of the terms, provisions, conditions, limitations or exclusions of the policy to any claim are made exclusively by the insurers.

intact INSURANCE specialty property

# EXCESS PROPERTY QUOTATION

**Date:** May 27, 2026

**Broker:** **Kevin Verkler**
RT Specialty
*Chicago, IL*

**Policy Period:** From: 6/1/2026
To: 6/1/2027

**Insured:** **Ynez Shops LLC**

520 Newport Center Dr Ste 480
Newport Beach CA 92660

**Excess Insurance Company:** Homeland Insurance Company of New York
Non-admitted

**Premium:**

| **Coverages** | **Coverage Premium** |
|---|---|
| Excess Property Coverages: | **$ 52,500** |
| Terrorism Coverage | **$ 5,250** |
| Total Premium | **$ 57,750** |

Minimum Earned Premium: 35% of the premium is earned at inception.

## ** NO FLAT CANCELLATIONS **

**The premium amount in this quote does not include any taxes and fees. Homeland Insurance Company of New York is a non-admitted company in the home state of the insured. Note that as the producer of this business, you are solely responsible for compliance with all surplus lines regulations including, but not limited to, licensing, collection and remittance of applicable taxes and/or fees, submission of policies to any state stamping offices, attaching required notices to the application and/or policy, and ensuring that proper due diligence with respect to authorized company declinations has been conducted and documented to the extent required by state regulations.**

**Surplus Lines Taxes to be filed in the insured's Home State of : CA**

Intact Insurance is the marketing brand for the insurance company subsidiaries of Intact Insurance Group USA LLC, including Atlantic Specialty Insurance Company, a New York insurer, Homeland Insurance Company of New York, a New York insurer, Homeland Insurance Company of Delaware, a Delaware insurer. Each of these insurers maintains its principal place of business at 605 Highway 169 N, Plymouth, MN 55441.

intact INSURANCE specialty property

# EXCESS PROPERTY QUOTATION

**Thank you for the opportunity to provide you with this quote.**
**We are able to quote coverage under the terms and conditions as follows.**

**Excess Limit of Liability and Participation:**
$47,121,875 (being 100.0% part of $47,121,875) Per occurrence

**Attachment Point:**
$10,000,000 Per occurrence

**Sublimits:**
***As provided by the primary policy form.***

**Reported Values:** $57,121,875

**Valuation:**
Property insured under the Policy will be valued according to the terms of the Primary Underlying Insurance Policy.

**Cancellation:**
Subject to any state regulations or statutes which govern the notice period, the cancellation notice period is 30 days. The cancellation notice period for nonpayment of premium is 10 days.

Intact Insurance is the marketing brand for the insurance company subsidiaries of Intact Insurance Group USA LLC, including Atlantic Specialty Insurance Company, a New York insurer, Homeland Insurance Company of New York, a New York insurer, Homeland Insurance Company of Delaware, a Delaware insurer. Each of these insurers maintains its principal place of business at 605 Highway 169 N, Plymouth, MN 55441.

intact INSURANCE specialty property

# EXCESS PROPERTY QUOTATION

**Items of Insurance Covered:**

Real Property as shown in the reported values provided by the Insured at the inception of this Policy or added by endorsement during the period of this Policy.

**Perils Insured:**

Direct Physical Loss or Damage; Excluding Flood and Earthquake

**Exclusions:**

- ☑ Earth Movement
- ☑ Earthquake
- ☑ Cyber Vandalism / Denial of Service Attack
- ☑ Fungus, Wet Rot, Dry Rot, Virus or Bacteria
- ☑ Equipment Breakdown
- ☑ Asbestos removal
- ☑ Water
- ☑ Flood
- ☑ Costs, Expenses, Fines or Penalties Incurred by Order of Authority
- ☑ Nuclear Hazard
- ☑ Chemical or Biological Materials
- ☑ Terrorism (If Not Purchased)
- ☑ Electronic Data
- ☐ Windstorm/Hail
- ☐ Named Storm
- ☑ Ordinance or Law
- ☑ Contaminants or Pollutants

**Warranties:**

**** All Warranties, Conditions, Subjectivities, etc are as per the primary.***

Intact Insurance is the marketing brand for the insurance company subsidiaries of Intact Insurance Group USA LLC, including Atlantic Specialty Insurance Company, a New York insurer, Homeland Insurance Company of New York, a New York insurer, Homeland Insurance Company of Delaware, a Delaware insurer. Each of these insurers maintains its principal place of business at 605 Highway 169 N, Plymouth, MN 55441.

intact INSURANCE specialty property

# EXCESS PROPERTY QUOTATION

**Conditions:**

- At the time of binding, please provide this Company with the following:
  - A copy of the primary binder;
  - The completed and signed SURPLUS LINES PRODUCER CERTIFICATION form;
  - The completed and signed Terrorism Coverage Election Form.
- You must have this Company's permission to bind coverage.
- This Quote is valid until the proposed effective date or for 30 days if none is specified.
- Recovery will be limited to the values shown on the application. Refer to the Occurrence Limit of Liability Endorsement attached to this Quote.
- Newly acquired properties must have the underwriter's prior approval.
- This excess insurance shall not be considered other insurance for the purposes of any "Other Insurance" clause in the primary policy.
- Any coinsurance clause, references to pro rata liability, pro rata distribution or any other apportionment clause will be deleted from the primary policy.
- **Salvage or Recoveries:** When, in connection with any loss under this Policy, any salvage or recovery is received after loss settlement, the loss will be calculated on the basis on which it would have been settled had the amount of salvage or recovery been known at the time the loss was originally determined. Any amounts thus found to be due either party from the other will be paid promptly. The expense of all proceedings necessary to such recoveries will be apportioned between the interests concerned in the ratio of their respective recoveries as finally settled. If there should be no recovery and proceedings are conducted solely by this Company, this Company will pay such expenses.

  Subject to Intact Follow Form and Endorsements pending review and approval of the primary policy form.

**Underwriter Comments:**

Issuance of the policy is contingent upon the underwriter's receipt of all underlying policy numbers and participation

Intact Insurance is the marketing brand for the insurance company subsidiaries of Intact Insurance Group USA LLC, including Atlantic Specialty Insurance Company, a New York insurer, Homeland Insurance Company of New York, a New York insurer, Homeland Insurance Company of Delaware, a Delaware insurer. Each of these insurers maintains its principal place of business at 605 Highway 169 N, Plymouth, MN 55441.

intact INSURANCE specialty property

# EXCESS PROPERTY QUOTATION

**Forms and Endorsements:**

| | | |
|---|---|---|
| X | Excess Property Policy Declarations | OBSP 100 04 16 |
| X | Excess Property Policy – Following Form | OBSP 001 04 24 |
| X | Excess Property Conditions | OBSP 002 04 16 |
| X | Additional Interests Endorsement | OBSP 241 04 16 |
| X | Claim Reporting Options | PHN 049 OBSP 04 16 |
| x | Loss Occurrence Limit of Liability – Reported Value | OBSP 204 04 24 |
| X | Ordinance or Law Exclusion | OBSP 206 01 19 |
| X | Permission to Add Locations | OBSP 238 04 16 |
| X | Service of Suit Endorsement | OB IL 001 10 15 |
| X | U.S. Treasury OFAC Advisory Notice | IL P 001 01 04 |
| X | Policyholder Disclosure Notice of Terrorism Insurance Coverage | PHN 001 IL 12 20 |
| X | Policyholder Disclosure Notice of Terrorism Insurance Coverage (If Terrorism Insurance Coverage is Rejected) | PHN 002 IL 12 20 |
| X | Exclusion of Certified Acts of Terrorism (If Terrorism Insurance Coverage is Rejected) | OBSP 219 09 15 |
| X | Policyholder Disclosure Notice of Terrorism Insurance Coverage (If Terrorism Insurance Coverage is Accepted) | PHN 003 IL 12 20 |
| X | Cap on Losses from Certified Acts of Terrorism (If Terrorism Insurance Coverage is Accepted) | OBSP 218 09 15 |
| X | Required state amendatory endorsements and notices | |
| X | Policyholder State Notices | PHN 024 OBSP 09 15 |

# EXCESS PROPERTY POLICY FORMS

## IMPORTANT NOTICE

We are pleased to offer to issue this excess property policy under our new Excess Property Policy - Following Form, endorsements to the new form, and new Excess Property Conditions. These revised forms include modernized policy language, making them more consistent with underlying property forms. Revisions to the forms also reinforce coverage intent. Note, however, that the change in forms may impact rights, duties and coverages under the excess property policy. **You should read all policy forms, including the expiring policy forms, for complete information on the coverages or conditions the policy forms provide.** As always, please contact us with any questions about the attached insurance forms or renewal of this excess property policy.

**Insured Name and Address:**

Ynez Shops LLC
520 Newport Center Dr Ste
480
Newport Beach, CA 92660

**Policy/Quote Number:** 0

# POLICYHOLDER DISCLOSURE
# NOTICE OF TERRORISM INSURANCE COVERAGE

You are hereby notified that under the Terrorism Risk Insurance Act (the Act), as amended, you have a right to purchase insurance coverage for losses resulting from acts of terrorism. *As defined in Section 102(1) of the Act:* The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury - in consultation with the Secretary of Homeland Security, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHERE COVERAGE IS PROVIDED BY THIS POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM, SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES 80%, BEGINNING ON JANUARY 1, 2020, OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM TO BE CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS THAT MAY BE COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

**SELECTION OR REJECTION OF TERRORISM INSURANCE COVERAGE**

The prospective premium required for your terrorism coverage is: $5,250

If you wish to reject this offer of coverage, you should check the box below, sign this notice and send it to your agent.

An **exclusion** of terrorism losses, as defined by the Act, will then be made part of your policy.

| | |
|---|---|
| | I hereby reject the offer of terrorism coverage. I understand that I will have no coverage for losses arising from acts of terrorism, as defined in the act. |

**If your policy includes Property Coverage in one or more of these states: CA, GA, HI, IA, IL, MA, ME, MO, NC, NJ, NY, OR, RI, WA, WI, or WV; the following statement applies:**

The terrorism exclusion makes an exception for (and thereby continues your coverage for) property fire losses resulting from an act of terrorism. Therefore, if you reject the offer of terrorism coverage, that rejection does not apply to fire losses resulting from an act of terrorism - the coverage in your policy for such fire losses will continue. If such a loss occurs, and is certified under the Act, the loss will be reimbursed by the United States government under the formula detailed above.

The portion of your policy premium attributable to terrorism (fire only) coverage in all of the states listed above, in which your policy provides property coverage, is $ Included. This amount is included in your policy premium and cannot be rejected.

**If your policy includes Inland Marine Coverage in one or more of these states: CA, ME, MO, OR or WI, the following statement applies:**

The terrorism exclusion makes an exception for (and thereby continues your coverage for) direct property damage fire losses resulting from an act of terrorism. Therefore, if you reject the offer of terrorism coverage, that rejection does not apply to direct property damage fire losses resulting from an act of terrorism - the coverage in your policy for such fire losses will continue. If such a loss occurs, and is certified under the Act, the loss will be reimbursed by the United States government under the formula detailed above.

The portion of your policy premium attributable to coverage for direct property damage from fire resulting from terrorism in all of the states listed above, in which your policy provides Inland Marine coverage, is $ Included. This amount is included in your policy premium and cannot be rejected.

| | |
|---|---|
| | Homeland Insurance Company of New York |
| Policyholder/Applicant's Signature | Insurance Company |
| | |
| Print Name | Date |

If you have any questions about this notice, please contact your agent.


Contains copyrighted material of National Association Of Insurance Commissioners with its permission.

intact INSURANCE specialty property

# Surplus Lines Producer Certification

*Important: This agreement must be completed by the broker responsible for the surplus lines tax filings.*

**Insured Information**

| | |
|---|---|
| Insured Name: | Ynez Shops LLC |
| Insured Address: | , 520 Newport Center Dr Ste 480, Newport Beach, CA 92660 |
| Policy Number: | 0 |
| Writing Company: | Homeland Insurance Company of New York |
| Producer Name: | Kevin Verkler |
| Producer Address: | RT Specialty , Chicago, IL |

The Insured referenced above is domiciled in the state of: CA To ensure compliance with laws and regulations regarding Surplus Lines business, we are furnishing you with the name, address and license number for the Surplus Lines broker who will arrange for affidavit filings, payment of applicable taxes and fees, and compliance with any other requirements, with respect to the above-referenced policy.

**Broker Information**

| | |
|---|---|
| Licensed Surplus Lines Broker Name: | |
| Surplus Lines Broker License Number: | |
| Surplus Lines Broker Address: | |
| NJ Transaction Number: (NJ Domiciled Risks Only) | |

Licensed Broker's Signature: ____________________ Date: __________

**Please return this form to your underwriter.**

POLICY NUMBER:
NAMED INSURED:
ISSUE DATE:
EFFECTIVE DATE:

COMMERCIAL EXCESS PROPERTY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS OCCURRENCE LIMIT OF LIABILITY ENDORSEMENT

This endorsement modifies insurance provided under the following:

EXCESS PROPERTY POLICY – FOLLOWING FORM

SCHEDULE

| | | | | |
|---|---|---|---|---|
| **Excess Insurance Company:** | | | | |
| **Policy Number:** | | | | |
| **Layer** | | | **Company Excess Participation Percentage** | **Company Excess Limit of Liability** |
| $47,121,875 | **excess of** | $10,000,000 | 100.00% | $47,121,875 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. If the information above conflicts with any information shown in the Declarations, the information in the Declarations will supersede the above information. | | | | |

The following replaces Paragraph **2.** of Paragraph **A. Excess Limit of Liability and Participation** of Section **III**.
**LIMITS OF LIABILITY:**

**2.** The Company Excess Limit of Liability shown in the SCHEDULE above is the maximum available limit of this Company's liability applicable to each "**loss occurrence**". Notwithstanding any other terms and conditions of this Policy, in no event will the liability of this Company exceed this limit regardless of the number or type of items of insurance involved or affected or Covered Excess Locations shown in the Declarations which had the loss.

Subject to the paragraph above, the limit of recovery in any one **"loss occurrence"** under this Policy will not exceed the least of the following:

**a.** This Company's proportionate share (shown as the Company Excess Participation Percentage in the SCHEDULE above) of:

**(1)** The actual adjusted amount of loss; less

**(2)** The "**underlying limits**" and applicable deductibles;

**b.** This Company's proportionate share (shown as the Company Excess Participation Percentage in the SCHEDULE above) of:

**(1)** The reported value, as shown on the most recent reported values provided by the Insured and on file with this Company, for each scheduled item of insurance insured at the Covered Excess Location shown in the Declarations which had the loss; less

**(2)** The **"underlying limits"** and applicable deductibles

If no value, item or location is reported to this Company then there is no coverage; or

**c.** The Company Excess Limit of Liability shown in the SCHEDULE above.

If the **"loss occurrence"** involves more than one Covered Excess Location or scheduled item of insurance, the liability of this Company will be determined separately for each individually scheduled item of insurance.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

Contains copyrighted material of Insurance Services Office, Inc. with its permission
Copyright 2024, OneBeacon Insurance Group LLC

STETSON
INSURANCE FUNDING

We are pleased to introduce you to Stetson Insurance Funding, LLC ("Stetson") an affiliate of Ryan Specialty Group that operates its premium finance business. Stetson will be providing an automated premium finance agreement for your clients' commercial insurance risks placed through RT Specialty.

Stetson has teamed up with FIRST Insurance Funding ("FIRST"), the largest premium finance company in North America. Under this collaboration, FIRST will be the lender, as listed on the premium finance agreement, and the loan will be serviced by FIRST. Stetson will be your main point of contact throughout the life of the loan and provide ongoing support to your agency.

## EASY SET UP FOR AGENTS TO OBTAIN FINANCING:

1. Receive an automated premium finance agreement with eligible commercial insurance risks placed through RT Specialty.
2. Make changes to the premium finance agreement by:
   - Visiting our website at www.stetsonfunding.com
   - Emailing us at quotes@stetsonfunding.com
   - Calling us at 1-866-856-1112
3. Down payment to be collected by the agent from the insured in good funds and sent to the General Agent or Carrier.
4. Return the signed premium finance agreement to agreements@stetsonfunding.com.
5. Stetson will finalize the loan and have funding issued for the amount financed.

We look forward to exceeding your premium financing expectations.

# IMPORTANT NOTICE:

**1. The insurance policy that you are applying to purchase is being issued by an insurer that is not licensed by the State of California. These companies are called "nonadmitted" or "surplus line" insurers.**

**2. The insurer is not subject to the financial solvency regulation and enforcement that apply to California licensed insurers.**

**3. The insurer does not participate in any of the insurance guarantee funds created by California law. Therefore, these funds will not pay your claims or protect your assets if the insurer becomes insolvent and is unable to make payments as promised.**

**4. The insurer should be licensed either as a foreign insurer in another state in the United States or as a non-United States (alien) insurer. You should ask questions of your insurance agent, broker, or "surplus line" broker or contact the California Department of Insurance at the toll-free number 1-800-927-4357 or internet website www.insurance.ca.gov. Ask whether or not the insurer is licensed as a foreign or non-United States (alien) insurer and for additional information about the insurer. You may also visit the NAIC's internet website at www.naic.org. The NAIC—the National Association of Insurance Commissioners—is the regulatory support organization created and governed by the chief insurance regulators in the United States.**

**5. Foreign insurers should be licensed by a state in the United States and you may contact that state's department of insurance to obtain more information about that insurer. You can find a link to each state from this NAIC internet website: https://naic.org/state_web_map.htm.**

**6. For non-United States (alien) insurers, the insurer should be licensed by a country outside of the United States and should be on the NAIC's International Insurers Department (IID) listing of approved nonadmitted non-United States insurers. Ask your agent, broker, or "surplus line" broker to obtain more information about that insurer.**

**7. California maintains a "List of Approved Surplus Line Insurers (LASLI)." Ask your agent or broker if the insurer is on that list, or view that list at the internet website of the California Department of Insurance: www.insurance.ca.gov/01-consumers/120-company/07-lasli/lasli.cfm.**

**8. If you, as the applicant, required that the insurance policy you have purchased be effective immediately, either because existing coverage was going to lapse within two business days or because you were required to have coverage within two business days, and you did not receive this disclosure form and a request for your signature until after coverage became effective, you have the right to cancel this policy within five days of receiving this disclosure. If you cancel coverage, the premium will be prorated and any broker's fee charged for this insurance will be returned to you.**

**Date: ______________________________**

**Insured: ___________________________**

**D-1 (Effective January 1, 2020)**

# INSTRUCTIONS

**SECTION 1:** Please provide the full name, as it is written on the individual's California license, of the individual who performed or supervised the diligent search. If the search was performed under the individual's license number, enter the individual's California license number in section (A) or if the individual was authorized as an endorsee under an organizational license, enter the name of the organization and its California license number in section (B).

**SECTION 3:** Please provide a complete response to section (A), and if applicable to section (B). Note: The Insurance Commissioner or his designee may require the surplus line broker to conduct additional searches among admitted insurers for similar placements in the future. (California Insurance Code section 1763[b]) An incomplete response will be tagged and may unnecessarily result in a request for a further search to be conducted.

- **SECTION 3(A):** To avoid misidentification among insurers with similar names, please provide the complete name of the admitted insurer as listed in the California Department of Insurance (CDI) Official Publication of Admitted Companies and the insurance company's National Association of Insurance Commissioners (NAIC) number. Please include Insurer contact name and telephone number or email address, or if a website based quoting platform was used, enter the website name.

  Please refer to the California Department of Insurance Official Publication of Admitted Companies.
  https://interactive.web.insurance.ca.gov/apex_extprd/f?p=144:1

- **SECTION 3(B):** The detailed explanation in section 3(B) must include a description of the steps the broker took to determine whether three insurers write the type of insurance or risk and the reasoning for the determination. A conclusory statement is insufficient.

**SIGNATURE:** The Surplus Line Association of California (SLA) will accept a wet signature or a digital and electronic signature from the California Secretary of State's Approved List of Digital Signature Certification Authorities. Please refer to the following link:

https://www.sos.ca.gov/administration/regulations/current-regulations/technology/digital-signatures/approved-certification-authorities/

**IMPORTANT:** Persons who are licensed only as an agent are authorized to offer risks only to admitted insurers for which they are appointed agents (California Insurance Code section 1704). Agents are not authorized to offer a risk to admitted insurers for which they are not appointed agents. A search which is limited to only those companies that have appointed the agent may not necessarily constitute a diligent search of the admitted market.

**WHAT TO FILE:** This report must be filed along with the Confidential Report of Surplus Line Placement. (SL-1 Form). File this Form with signature, and, only if applicable, the Addendum.

**WHERE TO FILE:** The SL-1 Form and this report are to be filed by the surplus line broker with SLA within 60 days of placement of coverage with non-admitted insurer(s).

**MULTIPLE LICENSEES CONDUCTING SEARCH:** If two or more licensees conduct a diligent search of admitted insurers, then each licensee must complete a Diligent Search Report (SL-2 Form). All such reports should be attached to the SL-1 Form.

Please refer to the **Coverage Code List** and **Export Code List** under Resources on the Learning Center for the full list of coverages and their respective codes.

https://learningcenter.slacal.com/resources/filing-requirements-and-procedures/coverage-codes
https://learningcenter.slacal.com/resources/filing-requirements-and-procedures/export-list-codes

The Surplus Line Association of California

# DILIGENT SEARCH REPORT (SL-2 FORM)

**①**

Before completing this report, please review the instructions on page 2.

I, ____________________, hereby submit that I performed or supervised this diligent search, and I am:

***(A)*** licensed as an individual agent-broker for the applicable lines of insurance or surplus line broker under California license number __________; **OR**

***(B)*** licensed and an endorsee on the license of ____________________ (**Full Name of Organization**), California license number ____________________

**②**

***(A)*** Name of Insured: Ynez Shops LLC

***(B)*** Description of Risk: ____________________
(e.g., Tattoo Parlor, Cannabis Dispensary, Vacant Building, **NOT TYPE OF COVERAGE**)

***(C)*** Type of Insurance or Coverage Code: ____________________

**③**

Describe the diligent efforts made to place this coverage with admitted insurers by completing (A) or, if applicable, (B) below.

***(A)*** List the insurers admitted in California who actually write the type of insurance described on lines 2(B) and 2(C) to which you or someone under your supervision submitted the risk described in lines 2(A) through 2(C). Please complete **ALL** sections of the table below.

| | **INSURER ①** | **INSURER ②** | **INSURER ③** |
|---|---|---|---|
| **NAIC ID** | | | |
| **MONTH, YEAR OF DECLINATION** | | | |
| **FULL NAME OF ADMITTED INSURER** | | | |
| CONTACT INFORMATION **FULL NAME** | | | |
| **PHONE / EMAIL** | | | |
| ***OR* WEBSITE** | | | |

***(B)*** If you did not list at least three insurers in 3(A) above, describe in detail how you determined that fewer than **THREE** admitted insurers write the type of insurance described on lines 2(B) and 2(C). ____________________

**④**

Is the type of insurance you are reporting as identified in line 2(C) **private passenger automobile liability or health**? Yes ☐ No ☐

If you answered "yes," please complete the Diligent Search Report Addendum.

The undersigned licensee hereby certifies that this report is true and correct, and that this risk is not being placed with a non-admitted insurer for the sole purpose of securing a rate or premium lower than the lowest rate or premium available from an admitted insurer.

____________________ (Signature of Licensee Named on Line 1)

____________________ (Date)

## DILIGENT SEARCH REPORT (SL-2 FORM) ADDENDUM

## PRIVATE PASSENGER AUTOMOBILE LIABILITY INSURANCE COVERAGE OR HEALTH INSURANCE COVERAGE

1. If **Private Passenger Automobile Liability Insurance** is identified on line 2(C), complete the following:

   (A) Does the insured qualify as a "Good Driver" under Section 1861.025 of the California Insurance Code?
   https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?lawCode=INS&sectionNum=1861.025.

   **(CHECK ONE) YES** ☐ **NO** ☐

   (B) Does the coverage that you have placed include, in whole or in part, the limits of coverage provided under the California Automobile Assigned Risk Plan (CAARP)?

   **(CHECK ONE) YES** ☐ **NO** ☐

   If YES, has this risk been submitted to and found to be ineligible by CAARP?

   **(CHECK ONE) YES** ☐ **NO** ☐

   If your answer is NO, this coverage cannot be placed with a non-admitted insurer.
   (See California Insurance Code section 1763.5)
   https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?lawCode=INS&sectionNum=1763.5.

2. If **Health Insurance** is identified on line 2(C), does the insured qualify as a "Small Employer" under

   California Insurance Code section 10700(x)?
   https://leginfo.legislature.ca.gov/faces/codes_displayText.xhtml?lawCode=INS&division=2.&title=&part=2.&chapter=8.&article=1.

   **(CHECK ONE) YES** ☐ **NO** ☐

# EXHIBIT 5

STETSON INSURANCE FUNDING

We are pleased to introduce you to Stetson Insurance Funding, LLC ("Stetson") an affiliate of Ryan Specialty that facilitates its premium finance requests.

Stetson has teamed up with FIRST Insurance Funding ("FIRST"), one of the largest premium finance companies in North America. Under this collaboration*, FIRST is the lender, as listed on the Premium Finance Agreement, and the loan will be serviced by FIRST.

Stetson will be your Agency's primary point of contact throughout the life of the loan and provide ongoing support to your Agency.

## GUIDELINES TO OBTAIN FINANCING WITH STETSON:

1. **Request changes and provide updates to the premium finance agreement by:**
   - Visiting our website at www.stetsonfunding.com
   - Emailing us at quotes@stetsonfunding.com
   - Calling us at 1-866-856-1112
2. **Loan Down Payment:**
   - **Commercial Lines** – Your Agency collects the down payment from the Insured and sends it to the General Agent or Carrier.
   - **Personal Lines** – The Insured can pay the down payment to your Agency or to FIRST via electronic check by calling 1-800-837-2513; please reference the quote number on the attached Premium Finance Agreement.
3. **Return the signed Premium Finance Agreement, along with the ACH Authorization for Direct Debit, if applicable, to agreements@stetsonfunding.com**
   - FOR PERSONAL LINES ONLY: Stetson must also receive the Truth-In-Lending Disclosures page. If multiple borrowers are listed on the Premium Finance Agreement, eachborrower must sign the Premium Finance Agreement and initial the Truth-In-Lending Disclosures page.
4. **Stetson coordinates with FIRST to finalize the loan and fund accordingly. Note that all loan installment payments are due to FIRST.**

**Thank you for your business.**
**We look forward to exceeding your premium finance expectations!**

**This information does not apply to premium finance requests submitted directly to FIRST.*

INTERACTIVE VOICE RESPONSE: 866.373.3866 | MAIN: 866.856.1112
CUSTOMERSERVICE@STETSONFUNDING.COM | STETSONFUNDING.COM

**LENDER:**
FIRST Insurance Funding
450 Skokie Blvd, Ste 1000
Northbrook, IL, 60062-7917
P:(800) 837-3707, F:(800) 837-3709

# PREMIUM FINANCE AGREEMENT

☐ Personal ☑ Commercial ☐ Additional Premium

Stetson Insurance Funding, LLC
10150 York Road, Fifth Floor
Hunt Valley, MD, 21030
P: (866) 373-3866

STETSON INSURANCE FUNDING

**Quote #: 98396377**

| **INSURED/BORROWER** Customer ID: N/A | **AGENT or BROKER** AGT43542 |
|---|---|
| (Name and Address as shown on Policy)<br>YNEZ SHOPS LLC (DIP)<br>520 Newport Center Dr<br>Ste 480<br>Newport Beach, CA 92660-7034 | (Name and Business Address)<br>Trustee Insurance Agency<br>PO Box 190<br>Vicksburg, MI 49097 |

## LOAN DISCLOSURE

| **Total Premiums, Taxes, and Fees** | **Down Payment** | **Unpaid Balance** | **Documentary Stamp Tax** (only applicable in Florida) | **Amount Financed** (amount of credit provided on your behalf) | **FINANCE CHARGE** (dollar amount the credit will cost you) | **Total of Payments** (amount paid after making all scheduled payments) | **ANNUAL PERCENTAGE RATE** (cost of credit as a yearly rate) |
|---|---|---|---|---|---|---|---|
| 271,140.05 | 73,110.01 | 198,030.04 | 0.00 | 198,030.04 | 11,220.32 | 209,250.36 | 13.400 % |

***YOUR PAYMENT SCHEDULE WILL BE:*** ***Mail Payments to: FIRST Insurance Funding, PO Box 7000, Carol Stream, IL 60197-7000***

| Number of Payments | Amount of Each Payment | **First Installment Due** | 7/1/2026 |
|---|---|---|---|
| 9 | 23,250.04 | **Installment Due Dates** | 1st (Monthly) |

Certain information contained in the Loan Disclosure section may change in accordance with Section 19 of this Agreement.

**INSURED'S AGREEMENT:**

**1. SECURITY INTEREST.** INSURED/BORROWER ("Insured") grants and assigns FIRST Insurance Funding, A Division of Lake Forest Bank & Trust Company, N.A. ("LENDER") a first priority lien on and security interest in the financed policies and any additional premium required under the financed policies listed in the Schedule of Policies, including (a) all returned or unearned premiums, (b) all additional cash contributions or collateral amounts assessed by the insurance companies in relation to the financed policies and financed by LENDER hereunder, (c) any credits generated by the financed policies, (d) dividend payments, and (e) loss payments which reduce unearned premiums (collectively, the "Financed Policies"). If any circumstances exist in which premiums related to any Financed Policy could become fully earned in the event of loss, LENDER shall be named a loss-payee with respect to such policy.

**2. FINANCE CHARGE.** The finance charge begins accruing on the earliest effective date of the Financed Polices. The finance charge is computed using a 365-day calendar year.

**3. LATE PAYMENT.** For commercial loans, a late charge will be assessed on any installment at least 5 days in default, and the late charge will equal 5% of the delinquent installment or the maximum late charge permitted by law, whichever is less. For personal loans, a late charge will be assessed on any installment 10 days in default, and the late charge will be the lesser of $10 or 5% of the delinquent installment.

**4. PREPAYMENT.** If Insured prepays the loan in full, Insured is entitled to a refund of the unearned finance charge computed according to the Rule of 78s.

### SCHEDULE OF POLICIES

| Policy Number | Full Name of Insurance Company and Name of General Agent or Company Office to Which Premium is Paid | Coverage | Policy Term | Effective Date | Premiums, Taxes and Fees |
|---|---|---|---|---|---|
| TBD | C03456-ATEGRITY SPECIALTY INSURANCE CO.<br>G03719-RT Chicago<br>[ME:25.000 %, CX:0] [PR] A/F [46,445.31] | PROP | 12 | 6/1/2026<br>ERN TXS/FEES<br>FIN TXS/FEES | 60,000.00<br>1,600.00<br>1,927.08 |
| TBD | C00013-BURLINGTON INSURANCE COMPANY<br>G03719-RT Chicago<br>[ME:25.000 %, CX:0] [PR] A/F [33,315.79] | GL | 12 | 6/1/2026<br>ERN TXS/FEES<br>FIN TXS/FEES | 43,052.00<br>1,500.00<br>1,369.05 |
| (Policies continued on next page.) | | | | TOTAL | 271,140.05 |

Q# 98396377, PRN: 062226, CFG: Stetson-Default, RT: STETSON - AGENT - 7, DD: N/A, BM: Invoice, Qtd For: A36441 Original, Memo 2

**5. PROMISE TO PAY.** In consideration of the premium payment by LENDER to the insurance companies listed in the Schedule of Policies (or their authorized representative) or the Agent or Broker listed above, Insured unconditionally promises to pay LENDER, the Amount Financed plus interest and other charges permitted under this Agreement, including the Down Payment if owed and payable directly to LENDER, subject to all the provisions of this Agreement.

**6. POWER OF ATTORNEY.** INSURED IRREVOCABLY APPOINTS LENDER AS ITS "ATTORNEY-IN-FACT" with full power of substitution and full authority, in the event of default under this Agreement, to (a) cancel the Financed Policies in accordance with the provisions contained herein, (b) receive all sums assigned to LENDER, and (c) execute and deliver on behalf of Insured all documents relating to the Financed Policies in furtherance of this Agreement. This right to cancel will terminate only after all of Insured's indebtedness under this Agreement is paid in full. Insured is responsible for repayment of the Amount Financed plus interest and other charges permitted under this Agreement, including the Down Payment if owed and payable directly to LENDER, irrespective of whether LENDER exercises this right to cancel the Financed Policies.

**7. SIGNATURE & ACKNOWLEDGEMENT.** Insured has received, reviewed, and signed a copy of this Agreement. By signing below, you certify that you have the requisite authority to (a) enter into this Agreement on behalf of Insured (if applicable, including as agent, trustee, executor, or otherwise in a representative capacity) and any other insureds named on the Financed Policies, and (b) jointly and severally agree on behalf of all insureds named on the Financed Policies to all provisions set forth in this Agreement. **Insured acknowledges and understands that entry into this financing arrangement is not required as a condition for obtaining insurance coverage.**

**NOTICE TO INSURED: (1) Do not sign this Agreement before you read both pages of it, or if it contains any blank space. (2) You are entitled to a completely filled-in copy of this Agreement. (3) You have the right to prepay the loan in full and receive a refund of any unearned finance charge. (4) Keep a copy of this Agreement to protect your legal rights. (5) See last page of Agreement for your consent to electronic statement and notice delivery.**

Signature of Insured or Authorized Agent ____ Date ____ Signature of Agent ____ Date ____

**8. APPLICATION OF PAYMENTS.** (a) Payments received by LENDER from Insured shall be applied first to installments, then to any unpaid fees. The payment of installments is prioritized over the payment of fees, which means when LENDER receives partial payments or overpayments of any installment(s), amounts previously applied to fees may be reallocated to enable a full installment(s) to be paid. This payment application method may cause fees to reappear as unpaid and owing after the payment period in which the fees were originally assessed and paid, but does not increase or otherwise change the amount of fees that Insured may be required to pay under this Agreement. (b) Any returned premium received by LENDER from the Financed Policies will be applied to reduce the total unpaid balance under this Agreement, which shall not relieve Insured of its obligation to pay any remaining installments due but may reduce the amount of such installments.

**9. EFFECTIVE DATE.** This Agreement will not become effective until it is accepted in writing by LENDER. LENDER will send a Notice of Acceptance to Insured to confirm this Agreement is effective.

**10. DEFAULT/CANCELLATION.** Insured is in default under this Agreement if (a) the Down Payment, if to be collected by LENDER, or any payment is not received by LENDER when it is due, (b) a proceeding in bankruptcy, receivership, insolvency or similar proceeding is instituted by or against Insured, or (c) Insured fails to comply with any of the terms of this Agreement. If Insured is in default, LENDER has no further obligation under this Agreement to pay premiums on Insured's behalf, and LENDER may pursue any of the remedies provided in this Agreement or by law. If a default by Insured results in a cancellation of the Financed Policies, Insured agrees to pay a cancellation charge for commercial loans, which will be the maximum permitted by law. No cancellation charge shall apply to personal loans. If cancellation or default occurs, Insured agrees to pay interest on the unpaid balance due at the contract rate until the balance is paid in full.

**11. LIMITATION OF LIABILITY. Insured understands and agrees that LENDER or its assignee is not liable for any losses or damages to Insured or any person or entity upon the exercise of LENDER's right of cancellation, except in the event of willful or intentional misconduct by LENDER.**

**12. INSUFFICIENT FUNDS CHARGE.** If Insured's payment is dishonored for any reason and if permitted by law, Insured will pay LENDER an insufficient funds charge equal to the maximum fee permitted by law for commercial loans and $10 for personal loans.

**13. LENDER'S RIGHTS AFTER THE POLICIES ARE CANCELLED.** After any Financed Policy is cancelled by any party or if a credit is otherwise generated, LENDER has the right to receive all unearned premiums and other funds assigned to LENDER as security herein and to apply them to Insured's unpaid balance under this Agreement or any other agreement between Insured and LENDER. Receipt of unearned premiums does not constitute payment of installments to LENDER, in full or in part. Any amounts received by LENDER after cancellation of the Financed Policies will be credited to the balance due with any excess paid to the Insured; the minimum refund is $1.00. Any deficiency shall be immediately paid by Insured to LENDER. Insured agrees that insurance companies may rely exclusively on LENDER's representations about the Financed Policies.

**14. ASSIGNMENT.** Insured may not assign any Financed Policy or this Agreement without LENDER's prior written consent. LENDER may transfer its rights under this Agreement without the consent of Insured.

**15. AGENT OR BROKER.** Insured agrees that the Agent or Broker issuing the Financed Policies or through whom the Financed Policies were issued is not the agent of LENDER, except for any action taken on behalf of LENDER with the express authority of LENDER, and LENDER is not bound by anything the Agent or Broker represents to Insured, orally or in writing, that is not contained in this Agreement. The Agent or Broker will receive from LENDER 0.94 % of the Amount Financed stated on page 1 for aiding in the administration of this Agreement relating to the Financed Policies. In NY, the Agent or Broker may assess a fee to Insured for obtaining and servicing the Financed Policies pursuant to NY CLS Ins § 2119. Any questions regarding this payment should be directed to the Agent or Broker.

**16. COLLECTION COSTS.** Insured agrees to pay reasonable attorney fees, court costs, and other collection costs to LENDER to the extent permitted by law if this Agreement is referred to an attorney or collection agent who is not a salaried employee of LENDER to collect money that Insured owes.

**17. GOVERNING LAW.** The loan terms subject to this Agreement are governed by applicable federal law and Illinois law (to the extent not preempted by federal law), without regard to principles of conflicts of law or choice of law. If any court finds any term herein to be invalid, such finding will not affect the remaining provisions.

**18. WARRANTY OF ACCURACY.** Insured represents and warrants that to the best of its knowledge: (a) the Financed Policies are in full force and effect and that the Insured has not and will not assign any interest in the Financed Policies except for the interest of mortgagees and loss payees, (b) the Down Payment and any past due payments have been paid in full to the Agent or Broker or Lender in cash or other immediately available funds, (c) all information provided herein or in connection with the Agreement is true, correct, and not misleading, (d) Insured is not insolvent nor presently involved in any insolvency proceeding, (e) Insured has no indebtedness to the insurance companies issuing the Financed Policies, (f) there is no provision in the Financed Policies that would require LENDER to notify or obtain consent from any other party to effect cancellation of the Financed Policies, and (g) Insured has disclosed if he or she is a covered member of the armed forces or a dependent of a covered member as defined in the Military Lending Act.

**19. ADDITIONAL PREMIUMS.** (a) Insured expressly agrees to (i) fully and timely comply with all audits by the insurance companies issuing the Financed Policies, (ii) timely provide complete and accurate payroll information, if applicable, and (iii) pay to the insurance companies any additional amount due in connection with the Financed Policies. The Amount Financed shall be applied to the Financed Policies' premium amounts and Insured shall be responsible for any additional premiums or other sums. (b) Insured, or Agent or Broker, may request that LENDER finance additional policies and/or additional premiums (the "Additional Premiums") for Insured during the term of this Agreement. If LENDER agrees, LENDER will send a Notice of Acceptance to Insured to confirm its approval to finance the Additional Premiums. For commercial loans, this Agreement shall be deemed amended on the date of the Notice of Acceptance to consolidate the Additional Premiums with Financed Policies into a single and indivisible loan transaction subject to this Agreement (with applicable changes to the payment schedule), and the Additional Premiums shall be "Financed Policies" on the date of the Notice of Acceptance. For personal loans, LENDER (or Agent or Broker on LENDER's behalf) will provide a separate Premium Finance Agreement to Insured for any Additional Premiums.

**20. CORRECTIONS.** LENDER may insert the names of insurance companies or policy numbers in the Schedule of Policies, if this information is not known at the time Insured signs this Agreement. LENDER is authorized to correct patent errors or omissions in this Agreement.

**21. NON-WAIVER.** Not Applicable.

## AGENT OR BROKER REPRESENTATIONS AND WARRANTIES

Unless previously disclosed in writing to LENDER or specified in the Schedule of Policies, the Agent or Broker executing this Agreement expressly represents, warrants, and agrees as follows: (1) Insured has received a copy of this Agreement and has authorized this transaction, the signer of this Agreement (whether Insured or its agent) has valid authority to bind Insured and any other insureds named under the Financed Policies to the terms of this Agreement, including the Power of Attorney provision, Insured's signature is genuine, and the Down Payment has been received from Insured (unless the Down Payment was made to Lender), (2) the information contained in the Schedule of Policies including the premium amount is correct and accurately reflects the necessary coverage, (3) the Financed Policies (a) are in full force and effect, (b) are cancellable by Insured or LENDER (or its successors or assigns), (c) will generate unearned premiums which will be computed on the standard short rate or pro rata basis, and (d) do not contain any provisions which affect the standard short rate or pro rata premium computation, including but not limited to direct company bill, audit, reporting form, retrospective rating, or minimum or fully earned premium, (4) the Agent or Broker is either the insurer's authorized policy issuing agent or the broker placing the coverage directly with the insurer, except where the name of the Issuing Agent or General Agent is listed in the Schedule of Policies, (5) to the best of the Agent or Broker's knowledge, there are no bankruptcy, receivership, or insolvency proceedings affecting Insured, (6) Agent or Broker will hold harmless and indemnify LENDER and its successors and assigns against any loss or expense (including attorney's fees, court costs, and other costs) incurred by LENDER and resulting from Agent or Broker's violations of these Representations and Warranties or from Agent or Broker's errors, omissions, or inaccuracies in preparing this Agreement, and will promptly reimburse LENDER for any loss or expense incurred in connection with any incidence of fraud or lack of valid authority on behalf of Insured or any other named insureds with respect to the terms of this transaction, the Agreement, or the Financed Policies, (7) Agent or Broker will (a) hold in trust for LENDER any payments made or credited to Insured through or to Agent or Broker by the insurance companies or LENDER, and (b) pay these monies and the unearned commissions to LENDER upon demand to satisfy the outstanding indebtedness under this Agreement, and (8) to fully and timely assist with all payroll audits.

SCHEDULE OF POLICIES

Insured: YNEZ SHOPS LLC (DIP)
Quote #: 98396377

| Policy Number | Full Name of Insurance Company and Name of General Agent or Company Office to Which Premium is Paid | Coverage | Policy Term | Effective Date | Premiums, Taxes and Fees |
|---|---|---|---|---|---|
| TBD | C00198-AXIS INSURANCE COMPANY<br>G03719-RT Chicago<br>[ME:25.000 %, CX:0] [PR] A/F [53,181.00] | PROP | 12 | 6/1/2026<br>ERN TXS/FEES<br>FIN TXS/FEES | 60,000.00<br>1,000.00<br>10,908.00 |
| TBD | C00192-HOMELAND INS CO OF NY<br>G03719-RT Chicago<br>[ME:25.000 %, CX:0] [PR] A/F [40,627.13] | PROP | 12 | 6/1/2026<br>ERN TXS/FEES<br>FIN TXS/FEES | 52,500.00<br>1,000.00<br>1,669.50 |
| TBD | C00089-SCOTTSDALE INSURANCE COMPANY<br>G03719-RT Chicago<br>[ME:25.000 %, CX:0] [PR] A/F [10,522.82] | EXLB | 12 | 6/1/2026<br>ERN TXS/FEES<br>FIN TXS/FEES | 13,598.00<br>1,000.00<br>432.42 |
| TBD | C00060-StarStone National Insurance Company<br>G00004-RT Specialty of Illinois, LLC<br>[ME:25.000 %, CX:0] [PR] A/F [13,937.99] | EXLB | 12 | 6/1/2026<br>ERN TXS/FEES<br>FIN TXS/FEES | 18,584.00<br>1,000.00<br>0.00 |

FIRST INSURANCE FUNDING
A WINTRUST COMPANY

450 Skokie Blvd, Ste 1000
Northbrook, IL 60062-7917
Phone: (800) 837-3707 Fax: (800) 837-3709

## FIRST Insurance Funding Agreement: ACH Authorization for Direct Debit

This Agreement governs ACH transactions initiated by FIRST Insurance Funding, A Division of Lake Forest Bank & Trust Company, N.A. ("FIRST") to credit or charge the Company indicated below. Both parties agree to be bound by NACHA Operating Rules as they pertain to all ACH transactions initiated by FIRST that credit or debit the Company's bank account listed below, and acknowledge that the origination of ACH transactions to the listed account must comply with provisions of U.S. law.

This Agreement provides authorization for recurring ACH Debit transactions to be initiated by FIRST. This Agreement will remain in effect until Company cancels it in writing. Both parties agree that this Agreement constitutes authorization to debit Company's bank account, and Company agrees not to dispute any debits with its bank provided the transaction(s) correspond to the terms indicated in this Agreement and any respective premium finance agreement(s) ("PFA(s)").

**Customer Information:**

Quote #: 98396377
FIRST Account #:
Company Name: YNEZ SHOPS LLC (DIP)
Street Address: 520 Newport Center Dr
City, State, Zip Code: Newport Beach, California 92660-7034
Contact:
Phone Number:
Email Address:

**Bank Information:**

Name on Bank Account: ______________________
Bank Name: ______________________
Bank Account #: ______________________
Bank Routing #: ______________________
Bank City/State: ______________________
Account Type: ______________________ (Checking or Savings)

**I Authorize FIRST to initiate ACH Debits and Credits to the bank account indicated above, provided each transaction is initiated according to the terms of this Agreement or any other PFA(s) I may have with FIRST to debit the amount(s) currently due, including any late fees, other charges, or payment shortages.**

SIGNATURE ______________________ DATE ______________________
NAME ______________________ TITLE ______________________

I certify that I am an authorized representative of the Company indicated above and that I have the authority to enter into this Agreement on the Company's behalf. Company understands that this authorization will remain in effect until it is canceled in writing, and agrees to notify FIRST in writing at least 15 days in advance of any changes in its account information or termination of this authorization. Company understands that this authorization applies to the FIRST Account # listed above and subsequent FIRST Account #s. Company understands that because these are electronic transactions, it will have limited time to report and dispute errors. In the case of an ACH Transaction being rejected for Non Sufficient Funds (NSF) Company understands that FIRST may at its discretion attempt to process the charge again within 30 days, and agrees to an additional NSF charge, as allowed by applicable law, for each attempt returned NSF. Company has certified that the above business bank account is enabled for ACH transactions, and agrees to reimburse FIRST for all penalties and fees incurred as a result of Company's bank rejecting ACH debits or credits as a result of the account not being properly configured for ACH transactions. Company acknowledges that the origination of ACH transactions to its account must comply with the provisions of U.S. law.

PLEASE FAX THIS FORM TO (847) 509-7105 OR EMAIL TO CONTROLLER@FIRSTINSURANCEFUNDING.COM

# EXHIBIT 6

**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy, State Bar No. 207959
kandrassy@raineslaw.com
Robert S. Marticello, State Bar No. 244256
rmarticello@raineslaw.com
Stephen M. Mott, State Bar No. 362642
smott@raineslaw.com
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Ynez Shops, LLC, and
Pro Temecula Town Center, LLC,
Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

In re:

YNEZ SHOPS, LLC, *et al.*,

Debtors-in-Possession.

Affects:

☒ All Debtors

☐ Ynez Shops LLC Only

☐ Pro Temecula Town Center LLC Only

Case No. 8:26-bk-10693-SC

Chapter 11

Jointly Administered with:
Case No. 8:26-bk-10694-SC

**[PROPOSED] ORDER GRANTING MOTION PURSUANT TO 11 U.S.C. § 364(b) TO ENTER INTO PREMIUM FINANCE AGREEMENT WITH FIRST INSURANCE FUNDING, A DIVISION OF LAKE FOREST BANK & TRUST COMPANY, N.A.**

Hearing Information:
DATE: TBD
TIME: TBD
CTRM: 5C

At the above date and time, the Court held a hearing on the Motion Pursuant to 11 U.S.C. § 364(b) to Enter Into Premium Finance Agreement with First Insurance Funding, a Division of Lake Forest Bank & Trust Company, N.A. filed by Ynez Shops, LLC, and Pro

Temecula Town Center, LLC, the debtors in possession (the "Debtors") in this case. For the reasons set forth in the Motion and on the record,

**IT IS ORDERED AS FOLLOWS:**

1. The Motion is granted;

2. Pursuant to Section 364(c)(2) of the Code, the Debtors are authorized to enter into the Finance Agreement, in the form attached to the Motion as Exhibit 3, and the terms of the Finance Agreement are approved. The Debtors are authorized and directed to timely make all payments under the Finance Agreement, and FIRST is authorized to receive and apply such payments to the Indebtedness as provided in the Finance Agreement;

3. FIRST (or its successor or assigns) is granted a first-priority lien and security interest in the Finance Agreement Collateral and any additional premium required thereunder, including all returned premiums and unearned premiums and all other collateral define in the Finance Agreement. Without limitation, FIRST's liens, security interests and rights relating to the Finance Agreement Collateral granted: (i) are senior to (a) the liens of any lender providing DIP or cash collateral financing in these cases, and (b) to any claims under 11 U.S.C. §§ 503, 506(c) or 507(b); and (ii) shall not be subject to avoidance, priming or surcharge;

4. If additional premiums become due to insurance companies under the Policies in the Finance Agreement, the Debtors and FIRST (or its successor or assigns) are authorized to modify the Finance Agreement as necessary to pay additional premiums, without the necessity of further hearing or order of the Court;

5. FIRST is irrevocably appointed as attorney-in-fact in the event of default under the Finance Agreement. If the Debtors do not timely make payments when due or are otherwise in default under the terms of the Finance Agreement, the stay of Section 362(a) shall automatically lift (without further order of the Court) to enable FIRST and/or third parties, including insurance companies providing coverage under the Financed Policies, to take all steps necessary and appropriate to: (i) cancel the Financed Policies; (ii) collect, recover, or return the Finance Agreement Collateral to FIRST; (iii) apply the Finance Agreement

Collateral to the Indebtedness; and (iv) take other remedial actions consistent with the terms of the Finance Agreement and applicable non-bankruptcy law. FIRST and/or third parties, including insurance companies providing coverage under the Financed Policies, exercising such rights shall comply with the notice provisions and other provisions of the Finance Agreement;

6. The Finance Agreement and the liens and security interests in the Finance Agreement Collateral granted to FIRST shall continue in full force and effect and the Indebtedness under the Finance Agreement shall remain owing notwithstanding: (i) the dismissal and/or conversion of the Debtors' cases; (ii) the discharges of the Debtors; or (iii) the confirmation of a plan of reorganization or liquidation in the Debtors' cases. FIRST is extending credit in good faith and is entitled to the protections of Section 364(e) of the Code;

7. If any Indebtedness remains unpaid after application of the Finance Agreement Collateral, following an event of a default or otherwise, such unpaid amount shall be treated as an administrative expense claim pursuant to Section 503(b)(1) of the Code in the respective Debtors' cases;

8. If there are excess returned premiums, unearned premiums, or other Finance Agreement Collateral after application of the Finance Agreement Collateral to the Indebtedness, following an event of default or otherwise, the excess shall be turned over to the Debtors or any trustee subsequently appointed (under Chapter 7 or 11) for the Debtors;

9. If any insurance company needs to perform an audit on any of the Financed Policies, the Debtor and/or any trustee subsequently appointed (under Chapter 7 or 11) for the Debtors, shall cooperate therewith; and

**10.** The terms of the Order will be immediately effective and enforceable upon entry and that the Court shall retain jurisdiction with respect to any matters related to the implementation of this Order.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **MOTION PURSUANT TO 11 U.S.C. § 364(b) TO ENTER INTO PREMIUM FINANCE AGREEMENT WITH FIRST INSURANCE FUNDING, A DIVISION OF LAKE FOREST BANK & TRUST COMPANY, N.A.; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF HOWARD GROBSTEIN IN SUPPORT THEREOF**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 1, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 1, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 1, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Amir Gamliel** agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Craig S Ganz** ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **Eric D Goldberg** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **David M Goodrich** dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Shane J Moses** smoses@foley.com, llanglois@foley.com;lanii-langlois-4514@ecf.pacerpro.com
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **Michael S Myers** myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **David M Poitras** dpoitras@bg.law
- **David M Riley** david.riley@us.dlapiper.com, davidzriley@gmail.com;DLAPiper@ecfxmail.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com