**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Debtor-in-Possession
Raymond Group, LLC

FILED & ENTERED
AUG 20 2026
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re:

RAYMOND GROUP, LLC,

Debtor-in-Possession.

Case No.: 8:26-bk-10834-SC

Chapter 11

**ORDER GRANTING AMENDED MOTION PURSUANT TO 11 U.S.C. § 363(b) TO ENTER INTO PROPERTY MANAGEMENT AGREEMENT WITH R & K INTERESTS, INC. DBA INVESTORS' PROPERTY SERVICES AS PROPERTY MANAGEMENT COMPANY EFFECTIVE JUNE 1, 2026**

[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)]

On July 28, 2026, Raymond Group, LLC, the debtor and debtor-in-possession (the "**Debtor**"), filed the *Amended Motion Pursuant to 11 U.S.C. § 363(b) to Enter Into Property Management Agreement with R & K Interests, Inc. dba Investors' Property Services* ("**IPS**") *as Property Management Company Effective June 1, 2026* (the "**Amended Motion**") [Dkt. 102]. No opposition or request for hearing on the Motion was filed or served. Having reviewed the Amended Motion and papers filed in support thereof, service being proper, and good cause appearing therefrom,

**IT IS ORDERED:**

1. The Amended Motion is GRANTED.

2. The Debtor is authorized to enter into the Property Management Agreement with IPS pursuant to 11 U.S.C. § 363(b).

3. Subject to either the consent of the secured creditors or Court order authorizing the Debtor to use cash collateral, authorizing the Debtor to pay IPS the compensation provided in the Property Management Agreement on a monthly basis, except that the approved initial monthly minimum is $5,000 for the first 90 days, and the $6,000 figure in Exhibit 2 is not approved.

**IT IS ORDERED.**

###

Date: August 20, 2026

Scott C. Clarkson
United States Bankruptcy Judge