Michael E. Bubman, Esq., SBN 143468
Alan I. Nahmias, Esq., SBN 125140
Xochitl Cortez, Esq., 294224
Morgan L. Bubman, Esq. SBN 345655
**MIRMAN, BUBMAN & NAHMIAS**
16133 Ventura Boulevard, Suite 1175
Encino, California 91436
Telephone: (818) 451-4600
Facsimile: (818) 451-4620
Email: mbubman@mbn.law
anahmias@mbn.law
xcortez@mbn.law
morgan.bubman@mbn.law

Attorneys for CALIFORNIA BANK OF COMMERCE, N.A.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>GLOBAL PREMIER REGENCY PALMS OXNARD, LP, a California limited partnership<br><br>Debtor and<br>Debtor-in-Possession | Case No. 9:25-bk-10329-RC<br><br>Chapter 11 Proceeding<br><br>**DECLARATION OF MICHAEL E. BUBMAN IN SUPPORT OF REPLY OF CALIFORNIA BANK OF COMMERCE, N.A. TO THE OPPOSITION OF JKO GROUP LLC AND BLACKHAWK SOLAR, LLC TO THE AUGMENTED MOTION TO VACATE AND JOINDERS THERETO**<br><br>Date: August 27, 2026<br>Time: 9:00 a.m.<br>Place: Courtroom 5D<br>411 West Fourth Street,<br>Santa Ana, CA |

I, Michael E. Bubman, declare as follows:

1. I am an attorney at law, duly licensed to practice before all courts in the State of California. I am a partner in the law firm of Mirman, Bubman & Nahmias ("MBN"), legal counsel for California Bank of Commerce, N.A., a national association, formerly known as Bank of Southern California, N.A. ("CBC") in the above-entitled action. The facts set forth herein are based on my personal knowledge and my review of the Court's docket, orders, and file in this action, and if called upon to testify thereto, I could and would do so competently.

2. As noted in the CBC Joinder, CBC did not get notice of the Motion for Relief from Stay, which is identified as No. 42 on the Court's Docket. As a result, I downloaded the MFR Motion from the Court's docket. The document that was filed is 19 pages, which includes the motion itself, as well as the Declaration of Jaspreet Singh Sethi, in which Mr. Sethi represented that JKO and Blackhawk had "physical possession" of the Global Note and were its "holder" and the "beneficiary" or "assignee of the beneficiary" of the Global Deed of Trust. Mr. Sethi represented that the Global Note and Global Deed of Trust were attached as Exhibits 3 and 4 to the Sethi Declaration—these documents, in fact, were not attached to the Sethi Declaration. Because I did not see these documents attached to the Sethi Declaration that I downloaded from the Court's docket, I thereafter checked the other documents on Court's docket to see if any other document on the Court's docket (including the Request for Judicial Notice, filed concurrently with the RFS Motion) included these documents. They did not. I then communicated with other attorneys of record in this Action (Garrick Hollander, Peter Lianides), and they informed me that they did not have any record of having received these documents either.

3. References in the Reply to the declarations of Sam Kunianski and Susan Wadi are references to the Kunianski and Wadi declarations that I filed in support of the CBC Joinder.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 22, 2026, at Los Angeles, California.

Michael Bubman

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:16133 Ventura Boulevard, Suite 1175, Encino, CA 91436

A true and correct copy of the foregoing document entitled (*specify*): _ **DECLARATION OF MICHAEL E. BUBMAN IN SUPPORT OF REPLY OF CALIFORNIA BANK OF COMMERCE, N.A. TO THE OPPOSITION OF JKO GROUP LLC AND BLACKHAWK SOLAR, LLC TO THE AUGMENTED MOTION TO VACATE AND JOINDERS THERETO** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _June 22, 2026__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ATTORNEY FOR UNITED STATES TRUSTEE: Brian David Fittipaldi brian.fittipaldi@usdoj.gov
ATTORNEY FOR DEBTOR: Garrick A Hollander ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
ATTORNEY FOR DEBTOR: Peter W Lianides plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
COURTESY NEF: Matthew D Pham mpham@allenmatkins.com, mdiaz@allenmatkins.com
ATTORNEY FOR CALIFORNIA STATEWIDE COMMUNITIES DEVELOPMENT AUTHORITY Debra Riley driley@allenmatkins.com, plewis@allenmatkins.com
ATTORNEY FOR BLACKHAWK SOLAR, LLC and JKO GROUP, LLC Jeremy H Rothstein jrothstein@gblawllp.com, msingleman@gblawllp.com;mbowes@gblawllp.com
UNITED STATES TRUSTEE: United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) __June 22, 2026___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

(See Attached Service List)

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 22, 2026 | SHINITIA JOHNSON | /s/ Shinitia Johnson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |