GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@wghlawyers.com
PETER W. LIANIDES – State Bar No. 160517
plianides@wghlawyers.com
JORDYN M. PAPERNY – State Bar No. 351678
jpaperny@wghlawyers.com
**WINTHROP GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

General Insolvency Counsel for
Debtor and Debtor-in-Possession

FILED & ENTERED

JUL 15 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Spann DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>GLOBAL PREMIER REGENCY PALMS OXNARD, LP, a California limited partnership,<br><br>Debtor and Debtor-in-Possession | Case No. 9:25-bk-10329-RC<br><br>Chapter 11 Proceeding<br><br>**ORDER ~~APPROVING~~ DENYING STIPULATION ADVANCING HEARING DATE ON DEBTOR'S MOTION (I) TO VACATE ORDER GRANTING JKO GROUP LLC'S AND BLACKHAWK SOLAR, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY; AND (II) FOR SANCTIONS AND AN AWARD OF ATTORNEY FEES AND COSTS [DOCKET NO. 116] AND VACATING PRETRIAL CONFERENCE** |

This Court having reviewed and considered the *Stipulation Advancing Hearing Date On Debtor's Motion (I) to Vacate Order Granting JKO Group LLC'S and Blackhawk Solar, LLC'S Motion For Relief From Automatic Stay; and (II) For Sanctions and an Award of Attorney Fees and Costs [Docket No. 116] and Vacating Pretrial Conference* (the "Stipulation") entered into by and among Global Premier Regency Palms Oxnard, LP, the debtor and debtor-in-possession; California Bank of Commerce, N.A.; Western Alliance Bank and Gerald Marcil, in each case by and through their undersigned counsel; and good and sufficient cause appearing,

**IT IS HEREBY ORDERED** that:

The Stipulation is denied.

###

Date: July 15, 2026

Ronald A. Clifford III
United States Bankruptcy Judge