GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@wghlawyers.com
PETER W. LIANIDES – State Bar No. 160517
plianides@wghlawyers.com
JORDYN M. PAPERNY – State Bar No. 351678
jpaperny@wghlawyers.com
**WINTHROP GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500, Newport Beach, CA 92660
Telephone: (949) 720-4100 / Facsimile: (949) 720-4111

General Insolvency Counsel for
Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

In re:

GLOBAL PREMIER REGENCY PALMS OXNARD, LP, a California limited partnership,

Debtor and
Debtor-in-Possession.

Case No. 9:25-bk-10329-RC

Chapter 11 Proceeding

**NOTICE OF CONTINUED HEARING ON DEBTOR'S AUGMENTED MOTION (I) TO VACATE ORDER GRANTING JKO GROUP LLC'S AND BLACKHAWK SOLAR, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY; AND (II) FOR SANCTIONS AND AN AWARD OF ATTORNEY FEES AND COSTS [DOCKET NO. 116]**

Hearing Date:
DATE: October 6, 2026
TIME: 10:00 a.m.
PLACE:[1] Courtroom 201
1415 State Street
Santa Barbara, CA 93101

**TO JKO GROUP LLC, BLACKHAWK SOLAR LLC, AND PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE** that the Bankruptcy Court has continued the hearings on the Debtor's *Augmented Motion (I) To Vacate Order Granting JKO Group LLCs and Blackhawk Solar LLC's Motion for Relief from the Automatic Stay; and (II) For Sanctions and an Award of Attorney Fees and Costs* [Docket No. 227] (the "Vacate Motion") to October 6, 2026, at 10:00 a.m.

On May 20, 2026, the Debtor timely filed its Vacate Motion. On June 1, 2026, certain parties filed their respective Joinder/Responses to the Vacate Motion, including California Bank of Commerce, N.A. ("CBC"); Western Alliance Bank ("WAB"); and Gerald Marcil ("Marcil") (collectively, the "Joining Parties"). On June 15, 2026, G&B Law LLP filed an Opposition to Vacate Motion ("JKO Opposition") on behalf of JKO Group LLC and Blackhawk Solar LLC (collectively "JKO/Blackhawk").

[1] The hearing is scheduled to be conducted via Zoom. Please check the Court's calendar just prior to the hearing to confirm. http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/.

Pursuant to the Court's Scheduling Order [Docket No. 221], a pretrial conference and evidentiary hearing were scheduled for August 26, 2026 at 9:00 a.m., and August 27, 2026 at 9:00 a.m., respectively, on the Vacate Motion.

The Debtor and the Joining Parties contend that no substantive controverting evidence was filed in support of the JKO Opposition or otherwise to contravene the evidence submitted in support of the Vacate Motion and the Joinders/Responses thereto. As a result of the foregoing, the Debtor and the Joining Parties contend that there is no need for an evidentiary hearing on the Vacate Motion.

The Court has continued the hearings on the Vacate Motion to October 6, 2026, at 10:00 a.m. It is the Court's intention to take the following actions:

1. Vacate the pretrial conference and evidentiary hearing;
2. Close the record on the Vacate Motion as of the last pleading filed in relation to the Vacate Motion; and
3. Rule upon the Vacate Motion based upon the existing record.

**PLEASE TAKE NOTICE** that, by no later than September 22, 2026, parties in interest may respond to the Court's intended actions set forth in this notice. Failure to timely respond will be deemed by the Court as consent for the relief set forth herein and will result in the Court taking the actions stated above at the continued hearing on October 6, 2026.

**PLEASE TAKE NOTICE** that the Court has also continued the hearing on the *Motion of California Bank of Commerce, N.A. To Strike the Opposition of JKO Group LLC and Blackhawk Solar, LLC* [Docket No. 252] ("Motion to Strike") filed by CBC, which will be heard concurrently on October 6, 2026, at 10:00 a.m. The Court indicated that it has closed the record on the Motion to Strike as of the last pleading filed in relation to the Motion to Strike as to all parties other than JKO/Blackhawk.

DATED: September 15, 2026

**WINTHROP GOLUBOW HOLLANDER, LLP**

By: */s/ Peter W. Lianides*
Garrick A. Hollander
Peter W. Lianides
Jordyn M. Paperny
General Insolvency Counsel for Global Premier Regency Palms Oxnard, LP, Debtor and Debtor-in-Possession

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.
My business address is: 1301 Dove Street, Suite 500, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **NOTICE OF CONTINUED HEARING ON DEBTOR'S AUGMENTED MOTION (I) TO VACATE ORDER GRANTING JKO GROUP LLC'S AND BLACKHAWK SOLAR, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY; AND (II) FOR SANCTIONS AND AN AWARD OF ATTORNEY FEES AND COSTS [DOCKET NO. 116]** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 15, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jessica L Bagdanov - jbagdanov@bg.law, ecf@bg.law
- Michael E Bubman - mbubman@mbn.law, aacosta@mbnlawyers.com
- Brian David Fittipaldi - brian.fittipaldi@usdoj.gov
- Amir Gamliel - amir.gamliel@ashurstperkins.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Craig S Ganz - ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Steven T Gubner - sgubner@bg.law, ecf@bg.law
- Garrick A Hollander - ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Ira David Kharasch - ikharasch@pszjlaw.com
- Peter W Lianides - plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Michael S Myers - myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com; phxlsateam@ballardspahr.com
- Alan I Nahmias - anahmias@mbn.law, jdale@mbn.law
- Jordyn Paperny - jpaperny@wghlawyers.com, jmartinez@wghlawyers.com,svillegas@wghlawyers.com
- Matthew D Pham - mpham@allenmatkins.com, mdiaz@allenmatkins.com
- David M Poitras - dpoitras@bg.law
- Debra Riley - driley@allenmatkins.com, plewis@allenmatkins.com
- United States Trustee (ND) - ustpregion16.nd.ecf@usdoj.gov
- Christopher A Ward - cward@lowenstein.com, lsuprum@lowenstein.com

2. **SERVED BY UNITED STATES MAIL**: On **September 15, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 15, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- jkogroupllc@gmail.com
- mahendermakhijani@gmail.com
- mahender@continuumanalytics.com
- michael@continuumanalytics.com
- jaspreet@continuumanalytics.com
- thomas@continuumanalytics.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 15, 2026 | Jeannie Martinez | */s/ Jeannie Martinez* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Label Matrix For local noticing
0973-9
Case 9:25-bk-10329-RC
Central District of California
Santa Barbara
Tue Apr 15 10:15:47 PDT 2025

Global Premier Regency Palms Oxnard LP
Christine Hanna
2020 Main St. Suite 300
Irvine, CA 92614

United States Trustee (LA)
915 Wilshire Blvd., #1850
Los AngelesCA90017

Northern Division
1415 State Street
Santa Barbara, CA 93101-2511

Andrew Hanna
Global Premier Development, Inc.
~~2010 Main Street, Suite 300~~
~~Irvine, CA 92614~~
Rtd Mail 8/13/2025 UTF

California Dept of Tax and Fee Adm
Collection Support Bureau Bk Team
Mic: 74PO Box 942879
Sacramento, CA 94279-0001

California Dept. of Tax
and Fee Adm
Account Info Grp, MIC: 29
PO Box 942879
Sacramento, CA 94279

Christine Hanna
326 Quail Ridge
Irvine CA 92603

**20 LARGEST**
Door Systems
Attn: Mario Martinez
1150 La Brisas Place
Placentia, CA 92870-6643

**[POC No. 1]**
Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

**20 LARGEST**
Franchise Tax Board
PO Box 942857
Sacramento CA 94257-0531

Mike Kluchin
2549 Eastbluff Dr, #720
Newport Beach, CA 92660

Global Premier Regency Palms Oxnard, LP
Attn: Christine Hanna
2020 Main Street Suite 300
Irvine CA 92614

**20 LARGEST**
Gary White
4206 Great Plains Dr NE
Salem OR 97305

**20 LARGEST**
Global Bancorp
Attn: Nina Hanna
8 Hilltop
Irvine CA 92603

Global Premier America LLC
c/o Christine Hanna (Reg Agent)
2020 Main Street Suite 300
Irvine, CA 92614

Global Premier America LLC
Attn: Christine Hanna
2020 Main Street Suite 300
Irvine, CA 92614

**20 LARGEST**
Global Realty and Investment Corp.
Attn: Nina Hanna
8 Hilltop
Irvine, CA 92603

Global Regency Oxnard
Senior Care Services, LLC
2020 Main St. Suite 300
Irvine, CA 92614

**SECURED**
JKO Group LLC
Attn: Jeremy Rothstein
G&B Law~~16000 Ventura Blvd~~
~~Suite 1000~~
~~Encino, CA 91436-2730~~
Rtd Mail 10/17/2025 UTF

**20 LARGEST**
JTC USA Holdings
Attn: Dawn Shuster
75 State Street Suite 2801
Boston MA 02109

**SECURED**
Jones Hall, A Professional Law Corp
Attn: Corp Officer
475 Sansome Street, Suite 1700
San Francisco, CA 94111

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

**20 LARGEST**
Magdy Hanna
~~2200 Park Newport, #401~~
~~Newport Beach, CA 92660~~
Rtd Mail 7/3/2025 UTF

National Affordable
Communities, Inc
Attn: Christine Hanna
2020 Main Street, Suite 300
Irvine, CA 92614

State of California
Employment Development Dpt
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

**20 LARGEST**
Studio Six5, Inc.
Attn: Corporate Officer
811 Barton Springs Rd Ste 800
Austin, TX 78704

U.S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

**[POC #2] 20 LARGEST**
Ventura County Tax Collector
Attn: Bankruptcy
800 S. Victoria Ave
Ventura, CA 93009

**20 LARGEST**
Vortex Industries, Inc.
Attn: Corporate Officer
320 Irving Dr.
Oxnard, CA 93030

**RSN [175]**
**Attorney for Western Alliance Bank**
Michael S. Myers
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

Jeremy H. Rothstein, Esq.
James R. Felton, Esq.
G&B Law, LLP
16000 Ventura Blvd Ste 1000
Encino, CA 91436

Internal Revenue Service
PO Box 7346
Philadelphia, PA9101-7346

**SECURED**
WO PACE Funding, LLC Series 2023
c/o White Oak Global Advisors, LLC
Attn: Corporate Officer
3 Embarcadero Center, Floor 5
San Francisco, CA 94111

**SECURED**
WO Pace Funding, LLC
Attn: California Statewide Comm.
Development Authority
~~1700 North Broadway, Suite 405~~
~~Walnut Creek, CA 94596~~
Rtd Mail 7/21/2025 – See Below New Address

**SECURED**
White Oak Global Advisors, LLC
Attn: Corporate Officer
3 Embarcadero Center, Suite 550
San Francisco, CA 94111

**SECURED**
WO Pace Funding, LLC
Attn: California Statewide Comm.
Development Authority
3201 Danville Blvd, Ste 267
Alamo, CA 94507-1917

Austin C. Norris, Esq.
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

**Attorney for Andrew Stupin**
Joseph Rothberg, Esq.
David B. Golubchik, Esq.
Levene Neale Bender Yoo &
Golubchik LLP
2818 La Cienega Ave.
Los Angeles, CA 90034

**Cantor V Receiver**
Chris Neilson, Receiver
Trigild IVL, LLC
3450 Bonita Road, Suite 203
Chula Vista, CA 91910

**Cantor V Receiver**
Chris Neilson, Receiver
Trigild IVL, LLC
390 N. Pacific Coast Highway, Suite 3100
El Segundo, CA 90245

**Cantor Group V, LLC**
Larry Allen Rothstein, Esq.
Law Ofc Larry A. Rothstein
2625 Townsgate Rd, Ste 330,
Westlake Village, CA 91361-5749

## JKO/Blackhawk

**JKO Group, LLC**
Attn: Corporate Officer
15303 Ventura Blvd. #1650
Sherman Oaks, CA 91403

**JKO Group, LLC Manager/Member**
Rahrah Group LLC
Attn: Corporate Officer
2549 Eastbluff Dr #720
Newport Beach, CA 92660

**JKO Group, LLC**
Attn: Corporate Officer
520 Newport Center Drive # 480
Newport Beach, CA 92660

**Blackhawk Solar, LLC**
Attn: Corporate Officer
16000 Ventura Blvd Suite 1000
Encino, CA 91436

**Blackhawk Solar LLC Manager/Member**
Lagrange Group Manager LLC
Attn: Corporate Officer
2549 Eastbluff Dr #720
Newport Beach, CA 92660

**BlackHawk Solar, LLC**
Attn: Corporate Officer
520 Newport Center Drive # 480
Newport Beach, CA 92660

**JKO Group, LLC**
c/o Agent for Service of Process
1505 Corporation
California Corporate Agents, Inc.
Attn: Chris Johnson
2108 N St Ste C
Sacramento, CA

**BlackHawk Solar, LLC**
c/o Agent for Service of Process
1505 Corporation
California Corporate Agents, Inc.
Attn: Chris Johnson
2108 N St Ste C
Sacramento, CA

Mahender Makhijani
c/o Karren Kenney
Kenney Legal Defense
2900 Bristol Street, Suite C204
Costa Mesa, CA 92626

**NEF [36]**
Allen Matkins Leck Gamble
Mallory & Natsis LLP
Attn: Matthew D. Pham
865 S. Figueroa Street, Suite 2800
Los Angeles, California 90017-2543

**NEF RSN [35]**
Allen Matkins Leck Gamble
Mallory & Natsis LLP
Attn: Debra A. Riley
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903

**RSN [35]**
CSCDA
c/o White Oak Global Advisors
Attn: Jeff Habicht
3 Embarcadero Center, Suite 550
San Francisco, CA 94111

**NEF [163]**
BG Law LLP
Attn: Jessica L. Bagdanov
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

**NEF [164]**
Attorney for Gerald J. Marcil
BG Law LLP
Attn: Steven T. Gubner
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

**RSN [174]**
**Attorney for Western Alliance Bank**
Craig Solomon Ganz
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

**NEF [264]**
Andrew Stupin and Julie Stupin
c/o Ira David Kharasch / Ira D. Kharasch
Cia H. Mackle / Brooke E. Wilson
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

**NEF [233]**
David m. Poitras
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

**NEF SERVICE LIST [225]**
**Attorney for Chris Neilson**
Perkins Coie LLP
Amir Gamliel, Esq.
1888 Century Park East, Ste 1700
Los Angeles, CA 90067-1721

**NEF SERVICE LIST [256]**
Lowenstein Sandler LLP
Christopher A. Ward, Esq.
1000 N West Street, Suite 1200
Wilmington, Delaware 19801

**NEF SERVICE LIST**
Interested Party California Bank of Commerce
Michael E Bubman, Esq.
Alan I Nahmias, Esq.

**NEF SERVICE LIST**
Interested Party Courtesy NEF
Matthew D Pham, Esq.

**NEF SERVICE LIST**
Creditor California Statewide Communities
Development Authority
Debra Riley, Esq.

**NEF SERVICE LIST**
4G Wireless, Inc. /
Creditor Mohammad Honarkar
Christopher A Ward, Esq.