Michael E. Bubman, Esq., SBN 143468
Alan I. Nahmias, Esq., SBN 125140
Xochitl Cortez, Esq., 294224
Morgan L. Bubman, Esq. SBN 345655
**MIRMAN, BUBMAN & NAHMIAS**
16133 Ventura Boulevard, Suite 1175
Encino, California 91436
Telephone: (818) 451-4600
Facsimile: (818) 451-4620
Email: anahmias@mbn.law
mbubman@mbn.law
xcortez@mbn.law
morgan.bubman@mbn.law

Attorneys for CALIFORNIA BANK OF COMMERCE, N.A.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>GLOBAL PREMIER REGENCY PALMS OXNARD, LP, a California limited partnership<br><br>Debtor and<br>Debtor-in-Possession | Case No. 9:25-bk-10329-RC<br><br>Chapter 11 Proceeding<br><br>**NOTICE OF CONTINUED HEARING ON CALIFORNIA BANK OF COMMERCE, N.A.'S MOTION TO STRIKE THE OPPOSITION OF JKO GROUP LLC AND BLACKHAWK SOLAR, LLC TO DEBTOR'S AUGMENTED MOTION TO VACATE ORDER GRANTING JKO GROUP LLC'S AND BLACKHAWK SOLAR, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY [DOCKET NO. 252]**<br><br>Date: October 6, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 201<br>1415 State Street, Suite 233<br>Santa Barbara, CA 93101-2511 |

**TO JKO GROUP, LLC AND BLACKHAWK SOLAR, LLC AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD, IF ANY:**

**PLEASE TAKE NOTICE** that the Bankruptcy Court has continued the hearing on California Bank of Commerce, N.A.'s ("CBC") Motion for an order striking the Opposition of JKO Group LLC ("JKO") and Blackhawk Solar, LLC ("Blackhawk") to the Debtor's Augmented Motion to Vacate and the joinders thereto [Doc. 244] (the "Motion to Strike") to October 6, 2026 at 10:00 a.m.

On June 23, 2026, CBC timely filed the Motion to Strike. No opposition was filed to the Motion to Strike. The Motion to Strike came for hearing as scheduled, on August 26, 2026. No appearance was made on behalf of either JKO or Blackhawk.

The Court continued the hearing on the Motion to Strike to October 6, 2026, and indicated that the record is closed as to any party other than JKO and Blackhawk. JKO and Blackhawk may file a responsive pleading as authorized by the Bankruptcy Code. CBC was ordered to give notice to JKO and Blackhawk by September 15, 2026.

Dated: September 15, 2026

**MIRMAN, BUBMAN & NAHMIAS**

By: ______________________
Michael E. Bubman
Attorneys for CALIFORNIA BANK OF COMMERCE, N.A.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16133 Ventura Boulevard, Suite 1175, Encino, CA 91436.

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF CONTINUED HEARING ON CALIFORNIA BANK OF COMMERCE, N.A.'S MOTION TO STRIKE THE OPPOSITION OF JKO GROUP LLC AND BLACKHAWK SOLAR, LLC TO DEBTOR'S AUGMENTED MOTION TO VACATE ORDER GRANTING JKO GROUP LLC'S AND BLACKHAWK SOLAR, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY [DOCKET NO. 252]

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _______________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 09/15/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JKO Group, LLC
Attn: Corporate Officer 15303
Ventura Blvd. #1650 Sherman
Oaks, CA 91403

☑ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/15/2026 | Meri Martirosian | [signature] |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

**Attachment to F9013-3.1 Proof of Service**
**Case 9:25-bk-10329-RC**

## JKO/Blackhawk

**JKO Group, LLC**
Attn: Corporate Officer
15303 Ventura Blvd. #1650
Sherman Oaks, CA 91403

**Blackhawk Solar, LLC**
Attn: Corporate Officer
16000 Ventura Blvd Suite 1000
Encino, CA 91436

**JKO Group, LLC**
c/o Agent for Service of Process
1505 Corporation
California Corporate Agents, Inc.
Attn: Chris Johnson
2108 N St Ste C
Sacramento, CA 95816

**JKO Group, LLC Manager/Member**
Rahrah Group LLC
Attn: Corporate Officer
2549 Eastbluff Dr #720
Newport Beach, CA 92660

**Blackhawk Solar LLC Manager/ Member** Lagrange Group Manager LLC
Attn: Corporate Officer
2549 Eastbluff Dr #720
Newport Beach, CA 92660

**BlackHawk Solar, LLC**
c/o Agent for Service of Process
1505 Corporation
California Corporate Agents, Inc.
Attn: Chris Johnson
2108 N St Ste C
Sacramento, CA 95816

**JKO Group, LLC**
Attn: Corporate Officer
520 Newport Center Drive # 480
Newport Beach, CA 92660

**BlackHawk Solar, LLC**
Attn: Corporate Officer
520 Newport Center Drive # 480
Newport Beach, CA 92660

Mahender Makhijani
c/o Karren Kenney
Kenney Legal Defense
2900 Bristol Street, Suite C204
Costa Mesa, CA 92626