GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@wghlawyers.com
**WINTHROP GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

General Insolvency Counsel for Global Premier Regency Palms Oxnard, LP, Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>GLOBAL PREMIER REGENCY PALMS OXNARD, LP, a California limited partnership<br><br>Debtor and Debtor-in-Possession. | Case No. 9:25-bk-10329-RC<br><br>Chapter 11 Proceeding<br><br>**DEBTOR'S NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF MOTION FOR ORDER AUTHORIZING DEBTOR TO ENTER INTO REAL PROPERTY LEASE AMENDMENT WITH TENANT [DOCKET NO. 72]**<br><br>DATE: December 1, 2026<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 201<br>1415 State Street<br>Santa Barbara, CA 93101-2511 |

**TO THE HONORABLE RONALD A. CLIFFORD, III, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that Global Premier Regency Palms Oxnard, LP, a California limited partnership and debtor and debtor-in-possession in the above-captioned Chapter 11 case (the "Debtor"), hereby withdraws, without prejudice, its Motion for Order Authorizing Debtor to Enter into Real Property Lease Amendment with Tenant; Memorandum of Points and Authorities; and Declarations of Christine Hanna and Kevin Roy in Support Thereof, filed on June 24, 2025 as Docket No. 72 (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, based on this withdrawal, the hearing on the Motion, currently continued to December 1, 2026, at 10:00 a.m. in Courtroom 201, 1415 State Street, Santa Barbara, California 93101 (see Docket No. 284), is no longer necessary, and the Debtor respectfully requests that the hearing be taken off calendar.

DATED: November 10, 2026

**WINTHROP GOLUBOW HOLLANDER, LLP**

By: /s/ Garrick A. Hollander
Garrick A. Hollander
General Insolvency Counsel for Global Premier Regency Palms Oxnard, LP, Debtor and Debtor-in-Possession

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1301 Dove Street, Suite 500, Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled (specify): **DEBTOR'S NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF MOTION FOR ORDER AUTHORIZING DEBTOR TO ENTER INTO REAL PROPERTY LEASE AMENDMENT WITH TENANT [DOCKET NO. 72]** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 10, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jessica L Bagdanov - jbagdanov@bg.law, ecf@bg.law
- Michael E Bubman - mbubman@mbn.law, aacosta@mbnlawyers.com
- Brian David Fittipaldi - brian.fittipaldi@usdoj.gov
- Amir Gamliel - amir.gamliel@ashurstperkins.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Craig S Ganz - ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Steven T Gubner - sgubner@bg.law, ecf@bg.law
- Garrick A Hollander - ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Ira David Kharasch - ikharasch@pszjlaw.com
- Peter W Lianides - plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Michael S Myers - myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Alan I Nahmias - anahmias@mbn.law, jdale@mbn.law
- Jordyn Paperny - jpaperny@wghlawyers.com, jmartinez@wghlawyers.com,svillegas@wghlawyers.com
- Matthew D Pham - mpham@allenmatkins.com, mdiaz@allenmatkins.com
- David M Poitras - dpoitras@bg.law
- Debra Riley - driley@allenmatkins.com, plewis@allenmatkins.com
- United States Trustee (ND) - ustpregion16.nd.ecf@usdoj.gov
- Christopher A Ward - cward@lowenstein.com, lsuprum@lowenstein.com

**2. <u>SERVED BY UNITED STATES MAIL</u>:** On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) ____________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 10, 2026 | Jeannie Martinez | /s Jeannie Martinez |
|---|---|---|
| Date | Printed Name | Signature |